IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, ) <br> ) <br> Plaintiff/Counterclaim - Defendant, ) <br> ) <br> v. ) <br> ) <br> THE COCA-COLA COMPANY, ) <br> ) <br> Defendant/Counterclaim - Plaintiff. ) <br> ) | Civil Action No.: C-1-02-393 <br><br> Hon. Walter Herbert Rice (Chief Judge) <br><br> Hon. Sharon Ovington (Magistrate) |

### THE COCA-COLA COMPANY'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Defendant The Coca-Cola Company files this Motion for a two-week enlargement of time to file its opposition brief to Plaintiff's Motion for Leave to File Second Amended Complaint. This is The Coca-Cola Company's first request for an enlargement of time to its opposition brief. The Coca-Cola Company's opposition brief is currently due September 4, 2003, and the two-week enlargement of time would extend the due date to September 18, 2003.

The Coca-Cola Company respectfully requests this additional time because of commitments related to discovery, including numerous scheduled depositions, which are to be completed by the close of fact discovery, September 23, 2003.

The Coca-Cola Company's counsel has spoken to counsel for The Procter & Gamble Company and is informed that The Procter & Gamble Company consents to the requested enlargement.

A proposed Order is attached.

Respectfully submitted,

s/Roger J. Makley
Roger J. Makley (0018702)
Trial Attorney
Coolidge Wall Womsley
& Lombard Co., L.P.A.
33 West First Street, Suite 600
Dayton, Ohio  45402
Telephone:  (937) 223-8177
Facsimile:  (937) 223-6705
E-mail:  makley@coollaw.com

Counsel for Defendant and
Counterclaim - Plaintiff
The Coca-Cola Company

Of Counsel:

Donald R. Dunner, Esq.
Gerald F. Ivey, Esq.
Christopher P. Isaac, Esq.
Robert L. Burns, Esq.
Michele L. Mayberry, Esq.
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
1300 I Street, N.W., Suite 700
Washington, D.C.  20005-3315
Telephone:  (202) 408-4000
Facsimile:  (202) 408-4400

Michael J. Kline, Esq.
Intellectual Property Litigation Counsel
Michael V. Kruljac, Esq.
Patent and Technology Counsel
The Coca-Cola Company
P.O. Box 1734
Atlanta, GA  30301
Telephone:  (404) 676-3162
Facsimile:  (404) 676-7636

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of THE COCA-COLA COMPANY'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT was served on this 4th day of September 2003, via facsimile and Federal Express to Plaintiff's counsel:

| | |
|---|---|
| Mark A. Vander Laan | William F. Lee |
| Dinsmore & Shohl L.L.P. | David B. Bassett |
| 1900 Chemed Center | Vinita Ferrera |
| 255 East Fifth Street | Hale and Dorr LLP |
| Cincinnati, Ohio 45202-3172 | 60 State Street |
| | Boston, Massachusetts 02109 |

s/Roger J. Makley

S:\Wdox\Client\005634\00376\00136641.Doc