IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, <br><br> Plaintiff/Counterclaim - Defendant, <br><br> v. <br><br> THE COCA-COLA COMPANY, <br><br> Defendant/Counterclaim - Plaintiff. | Civil Action No.: C-1-02-393 <br><br> Hon. Walter Herbert Rice (Chief Judge) <br><br> Hon. Sharon Ovington (Magistrate) |

### ORDER

Upon consideration of The Coca-Cola Company's Unopposed Motion for Enlargement of Time, it is

ORDERED that the Motion is GRANTED, and Defendant, The Coca-cola Company's time for filing its opposition brief is extended from September 4, 2003 to September 18, 2003.

CHIEF JUDGE WALTER H. RICE
UNITED STATES DISTRICT JUDGE