

470     CITRUS SCIENCE AND TECHNOLOGY

phenylhydrazones for determining carbonyl concentrations in essence. Braddock and Petrus (1971A,B) determined the malonaldehyde content of citrus essences by treating them with thiobarbituric acid to form a pink complex that was quantitated by measuring the fluorescence and phosphorescence spectra. They related the malonaldehyde content to essence quality and suggested the former as an index of flavor quality in citrus essences.

Moshonas and Lund (1971) developed a gas chromatographic procedure for separating the total organics (those other than the three main organic components, ethanol, methanol and acetaldehyde) in essence for further detailed analysis. Moshonas and Shaw (1975) used this method, as well as a bromate titration method, to determine relative strength of different essences prepared from the same essence recovery unit. Veldhuis et al. (1972) extracted essence by the methylene chloride procedure of Wolford et al. (1962) and determined organic components other than methanol, ethanol and acetaldehyde either gravimetrically or by quantitative gas chromatography. Randall et al. (1973) pointed out that the disadvantages of the methylene chloride extraction procedure for quantitative work were incomplete extraction, losses of some components upon concentration of the methylene chloride extract, and the time consuming and sometimes inexact integration of peak areas in gas chromatograms. They used ultraviolet absorption of essence as a measure of strength, which they then correlated with the value from the bromate titration method of Moshonas and Shaw (1975).

Despite the variety of attempts to correlate either essence strength or flavor acceptance with analytical measurement, no one objective test has been found either to replace or to equal organoleptic evaluation of essence. Tasting essence either in orange juice or in aqueous sugar-acid-pectin mixtures (Braddock and Petrus 1971B) is still the method of choice for judging quality and strength of essences to be sold commercially.

Quantitative analysis of individual compounds in orange essence has received little attention compared to qualitative analysis or to quantitative analysis of compound classes. Hall and Wilson (1925) determined the ethanol content of fresh Valencia orange juice to be about 0.018% by analyzing essence prepared on laboratory scale. Kirchner and Miller (1957) quantitated ethanol, acetaldehyde, methanol, acetic acid and a partially characterized acid in essences from fresh, freshly canned and stored canned juices of Valencia orange. They reported more ethanol (0.04%) in fresh juice than Hall and Wilson had found. Moshonas and Lund (1971) described a rapid gas chromatographic method for determining ethanol, methanol and ac-

AQUEOUS ESSENCES

etaldehyde content in citrus essences, and reported a value of 10.4% ethanol for the orange essence analyzed. Shaw and Moshonas (1974) reported the percentages of water (10.8), acetaldehyde (0.9), methanol (3.2), ethanol (84.5), ethyl acetate (0.5) and limonene (0.2) present in a concentrated orange essence. Swift (1961) reported the levels of linalool and $\alpha$-terpineol (0.3 to 2.3 and 0.6 to 1.1 mg per l of juice) found in a distillate from freshly canned orange juice. Moshonas and Shaw (1973) estimated the concentration of trans-2-pentenal as 750 ppb in orange essence by gas chromatographic analysis of a methylene chloride extract from essence. No systematic quantitative study of individual compounds in orange or any other citrus essence has been reported.

### Flavor Significance and Stability

Use of essence to enhance the flavor of frozen concentrated orange juice (FCOJ) has increased to the point that some 25 to 50% of the FCOJ produced in Florida now contains added essence (Dougherty et al. 1974). Commercial essence is usually described as hundred-fold, that is, one part flavors per 100 parts single-strength orange juice. Essence imparts a fresh orange flavor, or bouquet, to the flavor of processed juice. It compliments or even replaces the use of fresh cutback juice, which adds fresh flavor to FCOJ (Veldhuis 1971). Dougherty et al. (1974) studied the effects of various levels of essence on orange juice flavor and concluded that in juice there is an optimum level for essence and that higher levels than this decrease flavor quality. They also showed that essence-enhanced FCOJ retained acceptable essence flavor for periods of up to 30 months frozen storage. This finding contrasts with the widely accepted belief that FCOJ containing essence tends to lose its essence-like flavor during storage. Guadagni et al. (1970) showed that samples of orange essence were unstable even at -18°C unless stored in the dark in sealed containers. They showed that d-limonene decreased during storage deterioration of essence, and that exclusion of air and light were both more important to essence flavor stability than storage temperature (up to 21°C). Askar et al. (1973) studied changes in volatile constituents of essence-containing orange juice stored for up to six months at room temperature. They found levels of limonene and linalool decreased during storage while levels of $\alpha$-terpineol and decanal increased. Hexanal, hexenal and octanal levels increased during the first two months of storage, then began to decrease. They proposed $\alpha$-terpineol as an indicator of storage history for orange juice.

The importance of several essence constituents to orange juice flavor has been reported. Moshonas and Shaw (1973) suggested the

472	CITRUS SCIENCE AND TECHNOLOGY

trace components 1-penten-3-one (ethyl vinyl ketone) and *trans*-2-pentenal to be important to essence flavor, the former because of its penetrating acetylene-type aroma and the latter because of its fruity or apple-like aroma and astringent taste at near threshold concentration. Dougherty and Ahmed (1973) determined odor and flavor thresholds of selected components of orange essence in water. They also tested some of these compounds singly or in combination for their positive or negative contribution to the flavor of orange juice prepared from evaporator pumpout (orange concentrate containing no added oil, cut-back juice or essence). The flavors of these preparations were compared with a control juice prepared from a good quality concentrate of orange juice containing orange oil, cut-back juice, and essence as flavor enhancers. Table 12.2 lists results of their studies on selected components of orange essence and shows positive or negative contributions to orange juice flavor for certain components. Levels of compounds added to juice from evaporator pumpout were chosen from values reported in the literature. Generally juice containing combinations of several components received higher sensory ratings (data not shown) than did those containing single compounds.

### Concentrated Essence

The commercial hundred-fold essence of today contains ethanol at an upper limit of about 15% so that no alcohol tax has to be paid on the product. Since demand for essence has increased in other parts of the world, a more concentrated solution of flavor organics would be a desirable product to market. Its storage and shipping costs would decrease and its storage stability would increase. Shaw and Moshonas

473	AQUEOUS ESSENCES

(1974) analyzed a commercially prepared concentrate of essence and showed it to be about 85% ethanol. The other major organic components were present in about the same proportion as that found in hundred-fold essence. Concentrated essence has recently been judged by the Federal Bureau of Alcohol, Tobacco and Firearms to be naturally denatured and, as such, not subject to an alcohol tax. Thus, product will probably gain increasing worldwide acceptance. Thus, the demand for orange and other citrus essences in this concentrated form may increase.

### Aroma Solutions

Veldhuis *et al.* (1972) found that aqueous solutions of volatile orange constituents (aroma solutions) could be distilled from aqueous slurries of ground whole peel, flavedo, albedo, from peel-oil-free juice (juice from oranges peeled prior to extraction) or from centrifuge effluent (the aqueous discharge from peel oil centrifugation). Such aqueous solutions were shown by Moshonas *et al.* (1972) to contain many of the components found in essence. Lund *et al.* (1972) showed quantitative variations in aroma solutions from centrifuge effluents as processing conditions were varied. Most of these aroma solutions are produced from what are normally regarded as waste products in a citrus plant. In the case of centrifuge effluent, removal of an aroma solution actually aids in purification of this waste stream. Some of the aroma solutions have flavor properties similar to those of commercial essence (Berry and Wagner 1974).

### GRAPEFRUIT, TANGERINE, LEMON AND LIME ESSENCES

In preparing a concentrated juice product from grapefruit, tangerine, lemon or lime, an essence recovery unit can be operated to afford essence having a fresh-fruit aroma. The essence of lemon or lime is strongly characteristic of the fruit. Perhaps the least desirable citrus essence for flavoring is that from tangerine. It has an undesirable "fishy" aroma that disappears upon preparation of anhydrous essence (Moshonas and Shaw 1972A). Disappearance of the odor indicates that a volatile or labile component is responsible for the undesirable aroma. Analytical studies on essences of citrus other than orange have been relatively few. Kirchner *et al.* (1953) reported qualitative and quantitative measurements of seven identified and three partially characterized components of grapefruit essence prepared on laboratory scale. Moshonas and Shaw (1971, 1972A,B) reported the only analytical studies on commercial grapefruit as well as tangerine, lemon and lime essences.

TABLE 12.2

FLAVOR EVALUATION OF SELECTED ORANGE ESSENCE COMPONENTS

| Compound | Flavor Threshold in Water (ppb) | Level Tested in Juice | Contribution to Orange Flavor |
|---|---|---|---|
| Acetaldehyde | 20 | 3000 | + |
| Butanol | 5 |  | N[1] |
| Ethanol | 10,000 | 400 | N |
| Ethyl butyrate | 0.125 |  | + |
| Ethyl propionate | 7.6 | 9000 | N |
| *trans*-2-Hexenal | 50 |  | − |
| Methyl butyrate | 60 |  | N |
| Octanal | 0.5 | 60 | + |
| 1-Penten-3-one | 1.2 | 100 | − |

[1] Not determined.

474  CITRUS SCIENCE AND TECHNOLOGY

TABLE 12.3

CITRUS ESSENCE COMPOSITION

| Component | Grapefruit | Tangerine | Lemon | Lime |
|---|---|---|---|---|
| Acids |  |  |  |  |
| Acetic acid | x |  |  | x |
| Alcohols |  |  |  |  |
| Borneol |  |  |  |  |
| 1-Butanol | x | x | x |  |
| cis-Carveol | x |  |  |  |
| trans-Carveol | x | x | x |  |
| Citronellol |  |  |  |  |
| p-Cymene-8-ol | x | x | x | x |
| Ethanol | x | x | x | x |
| Geraniol | x | x | x | x |
| 1-Hexanol | x | x | x | x |
| cis-3-Hexen-1-ol | x | x | x | x |
| Linalool | x | x | x | x |
| trans-2,8-p-Menthadien-1-ol | x |  |  |  |
| 1,8-p-Menthadien-9-ol | x | x | x | x |
| 8-p-Menthen-1,2-diol | x | x | x | x |
| cis-p-2-Menthen-1-ol | x | x | x | x |
| Methanol | x | x | x | x |
| 3-Methyl-1-butanol |  | x |  |  |
| 2-Methyl-2-butanol |  |  |  |  |
| 2-Methyl-3-buten-2-ol | x | x |  | x |
| 3-Methyl-2-buten-1-ol |  |  |  |  |
| 2-Methyl-1-propanol | x | x | x |  |
| Nerol | x | x | x |  |
| 1-Octanol |  | x |  |  |
| 1-Penten-3-ol |  |  |  | x |
| 2-Propanol |  |  |  |  |
| Terpinen-4-ol | x | x | x |  |
| α-Terpineol | x | x | x |  |
| Thymol |  | x |  |  |
| Aldehydes |  |  |  |  |
| Acetaldehyde | x | x | x | x |
| Furfural | x |  |  |  |
| Geranial | x |  | x |  |
| Hexanal | x | x |  | x |
| 2-Hexenal | x | x |  | x |
| Neral | x |  |  | x |
| Octanal | x |  | x |  |
| Perillaldehyde |  |  |  | x |
| Esters |  |  |  |  |
| Ethyl acetate | x | x | x |  |
| Ethyl butyrate | x | x |  |  |
| Ethyl 3-hydroxyhexanoate | x | x |  |  |
| Methyl butyrate | x |  |  |  |
| Neryl acetate |  |  |  | x |
| Hydrocarbons |  |  |  |  |
| p-Cymene |  |  | x | x |
| Limonene | x | x | x | x |
| Myrcene |  |  | x |  |
| γ-Terpinene |  |  | x |  |
| Ketones |  |  |  |  |
| Acetone | x | x | x | x |
| Carvone | x |  | x |  |
| 4-Methyl-2-pentanone |  |  | x |  |
| Nootkatone | x |  |  |  |
| Piperitenone |  | x |  | x |

AQUEOUS ESSENCES  475

TABLE 12.3 (Continued)

| Component | Grapefruit | Tangerine | Lemon | Lime |
|---|---|---|---|---|
| Oxides |  |  |  |  |
| 1,8-Cineole | x | x |  | x |
| cis-Linalool oxide | x | x |  | x |
| trans-Linalool oxide |  |  |  | x |
| Miscellaneous |  |  |  |  |
| 1,1-Diethoxyethane | x |  | x |  |
| 1,4-Dioxane |  | x |  |  |
| 1,1-Ethoxymethoxyethane | x |  |  |  |
| Hydrogen sulfide |  |  |  |  |

Table 12.3 lists the compounds identified in these four citrus essences. With few exceptions the same compounds have also been found in orange essence. Most components were present in more than one of the four essences, but only eight components (ethanol, cis-3-hexen-1-ol, linalool, methanol, acetaldehyde, ethyl acetate, limonene and acetone) were common to all four essences.

Of the compounds reported present in citrus essences, only a few are believed important to the flavor of the fruit from which they were obtained. Nootkatone, found in grapefruit essence, is a primary flavoring compound of grapefruit (MacLeod and Buigues 1964). Thymol was isolated only from tangerine essence and is believed important to tangerine flavor (Kugler and Kovats 1963).

Neral and geranial, which are important to lemon (Ikeda et al. 1962) and expressed lime (Slater and Watkins 1964) flavors, were major organic components of both lemon and lime essences, but were minor organic constituents of grapefruit, tangerine and orange essences (Moshonas et al. 1972). 1,8-Cineole was identified only in lime essence and as a major organic component of it. This terpene ether was shown by Slater and Watkins (1964) to be a major oxygenated constituent of distilled lime oil.

Analytical studies on citrus essences have not resolved the question of what makes fresh citrus juice taste precisely the way it does. Perhaps further quantitative studies on essence composition will help to show the proportion of components needed to achieve a fresh citrus flavor. Perhaps there are important volatile citrus flavor components still unidentified. More likely, knowledge of as yet unidentified components, as well as the correct proportion of components, will answer the question of why processed citrus juices do not as yet taste exactly like the fresh juice used in preparing them.

BIBLIOGRAPHY

ASKAR, V. A., BIELIG, H. J., and TREPTOW, H. 1973. Aroma change in orange juice. Dtsch. Lebensm.-Rundsch. 69, 162-167.

ATTAWAY, J. A., and WOLFORD, R. W. 1965. Isolation and identification of volatile flavor components in recovered orange essences using gas chromatography. *In* Gas Chromatography. The Institute of Petroleum, London.

ATTAWAY, J. A., WOLFORD, R. W., ALBERDING, G. E., and EDWARDS, G. J. 1964. Identification of alcohols and volatile organic acids from natural orange essence. J. Agric. Food Chem. *12*, 118-121.

ATTAWAY, J. A., WOLFORD, R. W., DOUGHERTY, M. H., and EDWARDS, G. J. 1967. Methods for the determination of oxygenated terpene, aldehyde and ester concentrations in aqueous citrus essences. J. Agric. Food Chem. *15*, 688-692.

ATTAWAY, J. A., WOLFORD, R. W., and EDWARDS, G. J. 1962. Isolation and identification of some volatile carbonyl components from orange essence. J. Agric. Food Chem. *10*, 102-104.

BERRY, R. E., and WAGNER, C. J., JR. 1974. Personal communication. Winter Haven, Fla.

BRADDOCK, R. J., and PETRUS, D. R. 1971A. Malonaldehyde in aqueous orange juice essences. J. Food Sci. *36*, 1095-1097.

BRADDOCK, R. J., and PETRUS, D. R. 1971B. Orange essence evaluation: A new chemical test. Proc. Fla. State Hortic. Soc. *84*, 223-225.

DINSMORE, H. L., and NAGY, S. 1971. A rapid gas chromatographic method for studying volatile carbonyl compounds from orange juice and their changes during storage. J. Agric. Food Chem. *19*, 517-519.

DOUGHERTY, M. H. 1964. A method for measuring the water-soluble volatile constituents of citrus juices and products. Food Technol. *22*, 1145.

DOUGHERTY, M. H., PETRUS, D. R., and FELLERS, P. J. 1974. Effect of essence enhancement and storage on flavor of frozen concentrated orange juice. J. Food Sci. *39*, 855-856.

DOUGHERTY, R. H., and AHMED, E. M. 1973. Flavor enhancing potential of selected orange oil and essence components and their relationship to product quality. U.S. Dep. Agric. Contract 12-14-100-10337(72).

GUADAGNI, D. G., BOMBEN, J. L., and MANNHEIM, H. C. 1970. Effect of temperature on stability of orange aroma solution. J. Food Sci. *38*, 279-281.

HALL, J. A., and WILSON, C. P. 1925. The volatile constituents of Valencia orange juice. J. Am. Chem. Soc. *47*, 2575-2584.

HUNTER, G. L. K., and MOSHONAS, M. G. 1965. Isolation and identification of alcohols in cold-pressed Valencia orange oil by liquid-liquid extraction and gas chromatography. Anal. Chem. *37*, 378-380.

IKEDA, R. M., ROLLE, L. A., VANNIER, S. H., and STANLEY, W. L. 1962. Isolation and identification of aldehydes in cold-pressed lemon oil. J. Agric. Food Chem. *10*, 98-102.

ISMAIL, M. A., and WOLFORD, R. W. 1970. Colorimetric estimation of total aldehydes in aqueous orange essence using n-hydroxybenzenesulfonamide. J. Food Sci. *35*, 300-301.

KIRCHNER, J. G., and MILLER, J. M. 1957. Volatile water-soluble and oil constituents of Valencia orange juice. J. Agric. Food Chem. *5*, 283-291.

KIRCHNER, J. G. *et al.* 1953. Volatile water-soluble constituents of grapefruit juice. J. Agric. Food Chem. *1*, 510-512.

KUGLER, E., and KOVATS, E. 1963. Essential oils. I. The oil of mandarin peels. Helv. Chim. Acta *46*, 1480-1513.

LUND, E. D., BERRY, R. E., WAGNER, C. J., JR., and VELDHUIS, M. K. 1972. Quantitative composition studies of water-soluble aromatics from orange peel. J. Agric. Food Chem. *20*, 685-687.

MacLEOD, W. D., JR., and BUIGUES, N. M. 1964. Sesquiterpenes. I. Nootkatone, a new grapefruit flavor constituent. J. Food Sci. *29*, 565-568.

McNARY, R. R., DOUGHERTY, M. H., and WOLFORD, R. W. 1957. Determination of the chemical oxygen demand of citrus waste waters. Sewage Ind. Wastes *29*, 894-900.

MOSHONAS, M. G., and LUND, E. D. 1971. A gas chromatographic procedure for analysis of aqueous orange essence. J. Food Sci. *36*, 105-106.

MOSHONAS, M. G., LUND, E. D., BERRY, R. E., and VELDHUIS, M. K. 1972. Distribution of aqueous aroma components in the orange. J. Agric. Food Chem. *20*, 688-690.

MOSHONAS, M. G., and SHAW, P. E. 1971. Analysis of volatile flavor constituents from grapefruit essence. J. Agric. Food Chem. *19*, 119-120.

MOSHONAS, M. G., and SHAW, P. E. 1972A. Analysis of volatile flavor constituents from tangerine essence. J. Agric. Food Chem. *20*, 70-71.

MOSHONAS, M. G., and SHAW, P. E. 1972B. Analysis of flavor constituents from lemon and lime essence. J. Agric. Food Chem. *20*, 1029-1030.

MOSHONAS, M. G., and SHAW, P. E. 1973. Some newly found orange essence constituents including *trans*-2-pentenal. J. Food Sci. *38*, 360-361.

MOSHONAS, M. G., and SHAW, P. E. 1975. Two simple methods for evaluating aqueous citrus essence: Bromate titration and gas chromatography. Int. Flavours *6*, 133.

NAGY, S., and RANDALL, V. 1973. Use of furfural content as an index of storage temperature abuse in commercially processed orange juice. J. Agric. Food Chem. *21*, 272-275.

PELEG, Y., and MANNHEIM, C. H. 1970. Determination of carbonyl concentration in aqueous citrus essences. J. Agric. Food Chem. *18*, 176-177.

PETRUS, D. R., DOUGHERTY, M. H., and WOLFORD, R. W. 1970. A quantitative total aldehydes test useful in evaluating and blending citrus essences and concentrated citrus products. J. Agric. Food Chem. *18*, 908-910.

RANDALL, J. M., BRYAN, W. L., BISSETT, O. W., and BERRY, R. E. 1973. Ultraviolet absorption method for evaluating citrus essences. J. Food Sci. *38*, 1047-1050.

RYMAL, K. S., WOLFORD, R. W., AHMED, E. M., and DENNISON, R. A. 1968. Changes in volatile flavor constituents of canned single-strength orange juice as influenced by storage temperatures. Food Technol. *22*, 1592-1595.

SCHENCK, G. O., NEUMUELLER, D. A., OHLOFF, G., and SCHROETER, S. 1965. Autoxidation of (+)-limonene. Ann. Chem. *687*, 26-39.

SCHULTZ, T. H. *et al.* 1967. Volatiles from oranges. 6. Constituents of the essence identified by mass spectra. J. Food Sci. *32*, 698-701.

SCHULTZ, T. H., FLATH, R. A., and MON, T. R. 1971. Analysis of orange volatiles with vapor sampling. J. Agric. Food Chem. *19*, 1060-1065.

SCHULTZ, T. H. *et al.* 1964. Volatiles from oranges. II. Constituents of the juice identified by mass spectra. J. Food Sci. *29*, 790-795.

SHAW, P. E., and COLEMAN, R. L. 1971. Quantitative analysis of a highly volatile fraction from Valencia orange essence oil. J. Agric. Food Chem. *19*, 1276-1278.

SHAW, P. E., and COLEMAN, R. L. 1974. Quantitative composition of cold-pressed orange oils. J. Agric. Food Chem. *22*, 785-787.

SHAW, P. E., and MOSHONAS, M. G. 1974. Analysis of concentrated orange essence and comparison with known essence composition. Proc. Fla. State Hortic. Soc. *87*, 305-310.

SLATER, C. A., and WATKINS, W. T. 1964. Citrus essential oils. IV. Chemical transformation of lime oil. J. Sci. Food Agric. *15*, 657-664.

SWIFT, L. J. 1961. Determination of linalool and α-terpineol in Florida orange products. J. Agric. Food Chem. *9*, 298-301.

VELDHUIS, M. K. 1971. Orange and tangerine juices. *In* Fruit and Vegetable Juice Processing Technology, 2nd Edition, D. K. Tressler, and M. A. Joslyn (Editors). Avi Publishing Co., Westport, Conn.

VELDHUIS, M. K. *et al.* 1972. Oil- and water-soluble aromatics distilled from citrus fruit and processing waste. J. Food Sci. *37*, 108-112.

WOLFORD, R. W., ALBERDING, G. E., and ATTAWAY, J. A. 1962. Analysis of recovered natural orange essence by gas chromatography. J. Agric. Food Chem. *10*, 297-301.

WOLFORD, R. W., and ATTAWAY, J. A. 1967. Analysis of recovered natural orange flavor enhancement materials using gas chromatography. J. Agric. Food Chem. *15*, 369-377.

Case 1:02-cv-00393-WHR-SLO    Document 44-7    Filed 09/16/2003    Page 4 of 5

Steven Nagy | Inorganic Elements

The inorganic elements of citrus fruits and food material (ash) remaining after all organic matter has been burned off. The percentage of ash and the relative concentration of constituents in citrus fruits are dependent upon many factors (fertilization, soil type, climate, temperature at harvest, health, stock-scion relationship, cultivar, stage of maturity, harvest and geographic origin. Likewise the presence of inorganic elements in processed products is dependent upon several processing parameters; pressure used to juice, amount of pulp and rag content (finishing), and pulp washing.

Many reports on the mineral composition of commercially processed citrus juices have failed to consider that variable levels of certain elements (e.g., sodium, phosphorus) in these juices may have been due to processing and not to the fruit's normal mineral levels. Citrus processing lines are periodically washed with phosphate-containing detergents, alkaline hydroxide solutions (mainly NaOH). Although every effort is made to remove ($H_2O$ rinse) these detergent solutions from equipment, minor contamination of the cleansing solutions is highly probable. Fruit, prior to juicing, is washed in a detergent solution (e.g., Fruit Cleaner) and then rinsed in a dilute chlorinated solution. Solutions used in this rinsing may be of high mineral content (e.g., sodium) and therefore may also add to the juice's reported mineral content and the diverse mineral concentrations.

Possible contamination factors and the diverse methods used in mineral analyses have been taken into consideration during the collection of these mineral data. The purpose of this chapter will be to focus primarily upon the major inorganic elements Ca, Mg, Na, K, Fe, P, S, Cl and N) in fruit and juices. Citrus juices have been shown by Birdsall et al. (1961) to contain, in addition to the major elements, the following minor mineral elements less than 1% of the ash: Si, Mn, B, Sr and Ag and less than 0.01% of the ash: Cu, Li, Ti, Ni, Cr, V, Bi, Zr, Pb, Sn, Mo, Ag and Zn.

WOLFORD, R. W., ATTAWAY, J. A., ALBERDING, G. E., and ATKINS, C. D. 1963. Analysis of the flavor and aroma constituents of Florida orange juices by gas chromatography. J. Food Sci. 28, 320–328.

WOLFORD, R. W., ATTAWAY, J. A., and BARABAS, L. J. 1965. The systematic analysis of volatile flavor components in orange juices. Proc. Fla. State Hortic. Soc. 78, 268–274.

WOLFORD, R. W., DOUGHERTY, M. H., and PETRUS, D. R. 1969. Citrus juice essences. Int. Fruchtsaftunion Ber. Wiss. Tech. Komm. 9, 151–169.