EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

|  |  |
|---|---|
| THE PROCTER & GAMBLE COMPANY, ) <br> ) <br> Plaintiff/Counterclaim-Defendant, ) <br> ) <br> v. ) <br> ) <br> THE COCA-COLA COMPANY, ) <br> ) <br> Defendant/Counterclaim-Plaintiff. ) | Civil Action No.: C-1-02-393 <br><br> Hon. Walter Herbert Rice (C.J.) <br><br> Hon. Michael R. Merz (Magistrate) |

## DECLARATION RESPECTING CONFIDENTIALITY

_ROBERT A. BAKER_ under the pains and penalties of perjury, declares:

1. I reside at _1604 DICKENS ROAD_ in the City of _LAKE WALES_ and State of _FLORIDA_.

2. I have read and I understand the provisions of the Confidentiality Stipulation and Protective Order entered by this Court on _3/17/03_, a copy of which is attached hereto as Exhibit 1 (the "Protective Order"). I hereby promise and agree to be bound by the terms of the Protective Order, to maintain the confidentiality of all information furnished to me, which has been designated as Confidential, Highly Confidential, or Highly Confidential/Outside Counsel Only Information under the Protective Order, and to otherwise comply with all of the provisions of the Protective Order.



3.   I will hold in confidence, will not disclose to anyone not qualified under the Confidentiality Stipulation and will use only for purposes of this litigation any Confidential, Highly Confidential, or Highly Confidential/Outside Counsel Only Information, including the substance and any copy, abstract, excerpt, index, or description of such material, this is disclosed to me. I understand that these promises and agreements are conditions precedent to my receipt of any Confidential, Highly Confidential, or Highly Confidential/Outside Counsel Only Information.

4.   I hereby submit to the jurisdiction of the United States District Court for the Southern District of Ohio, Western Division, for the purpose of enforcing the terms of this Declaration and the Protective Order.

5.   I will return all Confidential, Highly Confidential, or Highly Confidential/Outside Counsel Only Information that comes into my possession, and all documents and things relating thereto, to counsel for the party by whom I am retained, when requested to do so.

6.   I understand that the promises, agreements, representations, and covenants made in this Declaration are for the benefit of any party whose Confidential, Highly Confidential, or Highly Confidential/Outside Counsel Only Information is furnished to me in reliance thereupon, and that any such party may have the right to seek legal or equitable remedies against me for breach of any of these promises, agreements, representations. or covenants.

Signed under the pains and penalties of perjury under the laws of the United States on 8/7, 2003.

[Declarant's Signature]