**EXHIBIT 1**

**FILED UNDER SEAL
IN ACCORDANCE WITH PROTECTIVE ORDER**