**[FILED UNDER SEAL]**

**EXHIBIT C TO
PLAINTIFF'S REPLY MEMORANDUM IN
SUPPORT OF MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT**

**CASE NO. C-1-02-393**