# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| PROCTER & GAMBLE COMPANY, | : | |
| Plaintiff, | : | Case No. 1:02cv393 |
| | : | Chief Judge Walter Herbert Rice |
| -vs- | | Magistrate Judge Sharon L. Ovington |
| | : | |
| COCA-COLA COMPANY | | |
| | : | |
| Defendant | | |

## NOTICE SETTING ORAL ARGUMENT

This case is set for an Oral Argument in reference to Procter & Gamble Company's Motion to Compel (Doc. #34) and Coca-Cola Company's Cross Motion for Protective Order (Doc. #39) on **Friday, November 7, 2003 at 1:00 p.m.** at the United States Courthouse and Federal Building, 200 West Second Street, Courtroom 3, Dayton, Ohio 45402.

October 2, 2003                                                                  s/Sharon L. Ovington
                                                                                          Sharon L. Ovington
                                                                                   United States Magistrate Judge