# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
## *Western Division*

THE PROCTER & GAMBLE COMPANY,

    Plaintiff,

    vs.

THE COCA-COLA COMPANY

    Defendant.

Case Number: 1:02CV393

District Judge Walter Herbert Rice
Magistrate Judge Sharon L. Ovington

**ORDER GRANTING EMERGENCY MOTION TO AMEND SCHEDULE FOR EXPERT DISCOVERY AND CLAIM CONSTRUCTION BRIEFING (DOC. 54)**

This matter is before the Court upon the Emergency Motion of the Plaintiff The Procter & Gamble Company to Amend Schedule for Expert Discovery and Claim Construction Briefing (Doc. 54). For good cause shown and because amending said dates will not adversely impact the trial date herein, the Motion is hereby granted:

The pertinent deadlines for this matter are amended as follows:

| | |
|---|---|
| Parties to exchange rebuttal reports of non-damages experts | November 19, 2003 |
| Parties to exchange lists of claim construction issues | December 5, 2003 |
| Close of non-damages expert discovery | December 23, 2003 |
| Opening claim construction briefs due | January 14, 2004 |
| Responsive claim construction briefs due | February 6, 2004 |

IT IS SO ORDERED.

October 29, 2003

                                                         <u>s/Sharon L. Ovington</u>
                                                          Sharon L. Ovington
                                               United States Magistrate Judge