IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, | CIVIL ACTION NO. C-1-02-393 |
| Plaintiff, | Hon. Walter Herbert Rice (C.J.) |
| | Hon. Michael R. Mertz |
| v. | (Magistrate) |
| THE COCA-COLA COMPANY, | **MOTION FOR ADMISSION PRO HAC VICE OF MARY ROSE SCOZZAFAVA, Ph.D.** |
| Defendant. | |

Plaintiff, The Procter & Gamble Company ("P&G"), hereby moves for the admission of Mary Rose Scozzafava, Ph.D., to act as the attorney for P&G *pro hac vice* in this matter. In support of this motion, P&G offers the following:

1. Ms. Scozzafava graduated from Lehigh University in 1982, Brandeis University in 1989, and Suffolk University School of Law in 1997. She was admitted to the Bar of the Commonwealth of Massachusetts on December 17, 1997, and is a member of good standing of that bar. Her *pro hac vice* application with her certification of good standing from the Supreme Judicial Court is attached hereto as Exhibit A.

2. Ms. Scozzafava is experienced in intellectual property and is familiar with the facts and issues related to the present litigation, and P&G believes that it would be in its best interest to have Ms. Scozzafava represent it in this proceeding.

BOSTON 1770844v1

3. Ms. Scozzafava is familiar with the Rules of this Court and is willing to abide by the same. She also recognizes that she is subject to the disciplinary jurisdiction of this Court should the Court admit her *pro hac vice*.

                                                        THE PROCTER & GAMBLE COMPANY

/s/ Mark A. Vander Laan
_____
Mark A. Vander Laan (0013297)
Dinsmore & Shohl LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202-3172
(513) 977-8200

Attorney for Plaintiff

Of Counsel:
William F. Lee
David B. Bassett
Vinita Ferrera
Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

BOSTON 1770844v1

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing has been duly served upon the following this 5th day of November, 2003:

**FEDERAL EXPRESS**

Roger J. Makley, Esq.
Coolidge, Wall, Womsley & Lombard Co., L.P.A.
33 West First Street, Suite 600
Dayton, OH  45402

**FEDERAL EXPRESS**

Robert L. Burns, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190-5675

_____

```
Thu Nov  6 15:09:57 2003

   UNITED STATES DISTRICT COURT

   DAYTON, OH

Receipt No.   200 317791
Cashier       pb1

Tender Type  CHECK

Check Number: 108308

Transaction Type   C

Case No./Def No. 1:03-LB-ATTY  /  1

DD Code    Div No      Acct
 4651        3        5955XX

Amount            $     50.00

P&V APP; MARY ROSE SOOZZAFAVA; PROC ER &
GAMBLE /. COCA COLA

DINSMORE & SHOHL; CC: DKT CLK
```