# EXHIBIT A

## CLAIM CHART FOR U.S. PATENT NO. 4,722,847

i.  **Claim 1**

| Claim 1 | P&G's Construction |
|---|---|
| 1. A *calcium-supplemented single-strength fruit juice beverage* which is *substantially free of added protein* and which comprises: | "Calcium-supplemented" indicates the addition of calcium.<br><br>"Single-strength" indicates a product requiring no dilution, as opposed to a concentrate requiring dilution with water.<br><br>"Fruit juice beverage" refers to a fruit juice product that is in a single-strength, ready-to-serve, drinkable form.<br><br>"Substantially free of added protein" means generally no more than about 0.1% by weight added protein.<br><br>Thus, this phrase refers to a fruit juice product that is in a single-strength, ready-to-serve, drinkable form, containing no more than about 0.1% by weight added protein, to which calcium has been added. |
| a. from about 0.05 to about 0.26% by weight *solubilized calcium*; | "Solubilized calcium" refers to the calcium ion that is dissolved in the beverage.<br><br>Thus, this limitation indicates that the beverage contains from about 0.05 to about 0.26% by weight dissolved calcium. |
| b. from about 0.4 to about 4% by weight of an *acid component comprising a mixture of citric acid and malic acid* in a weight ratio of citric acid:malic acid of from about 5:95 to about 90:10; | An "acid component comprising a mixture of citric acid and malic acid" refers to the total acids in the beverage, which include, at a minimum, citric acid and malic acid.<br><br>Thus, this claim limitation requires that the beverage contain from about 0.4 to about 4% by weight total acids and that citric acid and malic acid be present in the beverage in a weight ratio of from about 5:95 to about 90:10. |

- 2 -

| | |
|---|---|
| c. ***at least about* 45% *fruit juice*;** | "Fruit juice" refers to citrus juices, namely orange juice, lemon juice, lime juice, grapefruit juice, tangerine juice, and mixtures thereof, noncitrus juices, such as apple juice, grape juice, pear juice, cherry juice, berry juice, pineapple juice, peach juice, apricot juice, prune juice, and mixtures of these juices.<br><br>Thus, this limitation indicates that the beverage contains at a minimum about 45% of a juice selected from the above list. |
| d. a sugar content from about 2° to about 16° Brix; and | This limitation refers to the sugar content of the beverage measured as degrees Brix and indicates that the sugar content of the beverage ranges from about 2° to about 16° Brix. |
| e. no more than about 0.07% by weight chloride ion. | This limitation refers to the chloride content of the fruit juice beverage and indicates that the chloride ion content is less than about 0.07 wt%. |

ii.   **Claim 2**

| *Claim 2* | *P&G's Construction* |
|---|---|
| 2. The beverage of claim 1 ***wherein said fruit juice is citrus juice***. | "Wherein said fruit juice is citrus juice" indicates that the beverage must contain at least about 45% citrus juice.<br><br>Thus, claim 2 claims a beverage that meets the limitations set forth in claim 1 and that contains at a minimum about 45% citrus juice. |

iii.   **Claim 3**

| Claim 3 | P&G's Construction |
|---|---|
| 3. The beverage of claim 2 *wherein said fruit juice is orange juice* and *wherein said weight ratio of citric acid:malic acid is from about 60:40 to about 90:10*. | "Wherein said fruit juice is orange juice" indicates that the beverage must contain at least about 45% orange juice.<br><br>"Wherein said weight ratio of citric acid:malic acid is from about 60:40 to about 90:10" means that the weight ratio of citric acid to malic acid present in the beverage must be between about 60:40 and about 90:10.<br><br>Thus, claim 3 claims a beverage that, in addition to meeting the limitations set forth claim 2, contains at a minimum about 45% orange juice and contains citric acid and malic acid in a weight ratio from about 60:40 to about 90:10. |

iv.   **Claim 7**

| Claim 7 | P&G's Construction |
|---|---|
| 7. The beverage of claim 3 *wherein said orange juice comprises about 95% of the beverage*. | "Wherein said orange juice comprises about 95% of the beverage" indicates that the beverage must contain at least about 95% orange juice.<br><br>Thus, claim 7 claims a beverage that meets the limitations set forth in claim 3 and contains at a minimum about 95% orange juice. |

v.   **Claim 8**

| Claim 8 | P&G's Construction |
|---|---|
| 8. The beverage of claim 3 wherein said *solubilized calcium* comprises from about 0.10 to about 0.15% by weight of the beverage and wherein said *acid component* comprises from about 0.8 to about 1.8% by weight of the beverage. | "Solubilized calcium" refers to the calcium ion that is dissolved in the beverage.<br><br>An "acid component" refers to the total acids in the beverage.<br><br>Thus, claim 8 claims a beverage that, in addition to meeting the limitations set forth in claim 3, contains from about 0.10 to about 0.15% by weight dissolved calcium and contains from about 0.8 to about 1.8% by weight total acids. |

vi.     **Claim 10**

| Claim 10 | P&G's Construction |
|---|---|
| 10. The beverage of claim 1 *wherein said fruit juice is apple juice* and *wherein said weight ratio of citric acid:malic acid is from about 30:70 to about 50:50*. | "Wherein said fruit juice is apple juice" indicates that the beverage must contain at a minimum about 45% apple juice.<br><br>"Wherein said weight ratio of citric acid:malic acid is from about 30:70 to about 50:50" means that the weight ratio of citric acid to malic acid present in the beverage must be between about 30:70 and about 50:50.<br><br>Thus, claim 10 claims a beverage that, in addition to meeting the limitations set forth claim 1, contains at a minimum about 45% apple juice and contains citric acid and malic acid in a weight ratio from about 30:70 to about 50:50. |

vii.    **Claim 11**

| Claim 11 | P&G's Construction |
|---|---|
| 11. The beverage of claim 1 which comprises no more than about 0.03% by weight chloride ion. | Claim 11 claims a beverage that meets all the limitations of claim 1 and contains less than about 0.03% by weight chloride. |

viii.   **Claim 12**

| Claim 12 | P&G's Construction |
|---|---|
| 12. A *calcium-supplemented fruit juice concentrate* which is *substantially free of added protein* and which comprises: | "Calcium-supplemented" indicates the addition of calcium.<br><br>"Fruit juice concentrate" refers to a fruit juice product, which when diluted with the appropriate amount of water, forms a drinkable fruit juice beverage.<br><br>"Substantially free of added protein" means generally no more than about 0.1% by weight added protein.<br><br>Thus, this phrase refers to a fruit juice product that, when diluted with an appropriate amount of water forms a single-strength, ready-to-serve, drinkable product, containing no more than about 0.1% by weight added protein, to which calcium has been added. |

| | |
|---|---|
| a. from about 0.15 to about 1.30% by weight *solubilized calcium*; | "Solubilized calcium" refers to the calcium ion that is dissolved in the concentrate.<br><br>Thus, this limitation indicates that the concentrate contains from about 0.15 to about 1.30% by weight dissolved calcium. |
| b. from about 1.2 to about 20% by weight of an *acid component comprising a mixture of citric acid and malic acid* in a weight ratio of citric acid:malic acid of from about 5:95 to about 90:10; | An "acid component comprising a mixture of citric acid and malic acid" refers to the total acids in the concentrate, which include, at a minimum, citric acid and malic acid.<br><br>Thus, this claim limitation requires that the concentrate contain from about 1.2 to about 20% by weight total acids and that citric acid and malic acid be present in the concentrate in a weight ratio of from about 5:95 to about 90:10. |
| c. at least about 45% *fruit juice*; and | "Fruit juice" refers to citrus juices, namely orange juice, lemon juice, lime juice, grapefruit juice, tangerine juice, and mixtures thereof, noncitrus juices, such as apple juice, grape juice, pear juice, cherry juice, berry juice, pineapple juice, peach juice, apricot juice, prune juice, and mixtures of these juices.<br><br>Thus, this limitation indicates that the concentrate contains at a minimum about 45% of a juice selected from the above list. |
| d. a sugar content from about 6° to about 75° Brix. | This limitation refers to the sugar content of the concentrate measured as degrees Brix and indicates that the sugar content of the concentrate ranges from about 6° to about 75° Brix. |

ix.    **Claim 13**

| *Claim 13* | *P&G's Construction* |
|---|---|
| 13. The concentrate of claim 12 *wherein said fruit juice is citrus juice*. | "Wherein said fruit juice is citrus juice" indicates that the concentrate must contain at least about 45% citrus juice.<br><br>Thus, claim 13 claims a concentrate that meets the limitations set forth in claim 12 and that contains at a minimum about 45% citrus juice. |

x.     **Claim 14**

| Claim 14 | P&G's Construction |
|---|---|
| 14. The concentrate of claim 13 *wherein said citrus juice is orange juice* and *wherein said weight ratio of citric acid:malic acid is from about 60:40 to about 90:10*. | "Wherein said citrus juice is orange juice" indicates that the beverage must contain at least about 45% orange juice.<br><br>"Wherein said weight ratio of citric acid:malic acid is from about 60:40 to about 90:10" means that the weight ratio of citric acid to malic acid present in the concentrate must be between about 60:40 and about 90:10.<br><br>Thus, claim 14 claims a concentrate that, in addition to meeting the limitations set forth claim 13, contains at a minimum about 45% orange juice and contains citric acid and malic acid in a weight ratio from about 60:40 to about 90:10. |

xi.    **Claim 15**

| Claim 15 | P&G's Construction |
|---|---|
| 15. The concentrate of claim 14 which has been frozen. | Claim 15 claims a concentrate that meets all the limitations of claim 14 and in addition has been frozen. |

xii.   **Claim 16**

| Claim 16 | P&G's Construction |
|---|---|
| 16. The concentrate of claim 15 wherein said *solubilized calcium* comprises from about 0.3 to about 0.75% by weight of the concentrate and wherein said *acid component* comprises from about 2.4 to about 9% by weight of the concentrate. | "Solubilized calcium" refers to the calcium ion that is dissolved in the concentrate.<br><br>An "acid component" refers to the total acids in the concentrate.<br><br>Thus, claim 16 claims a concentrate that, in addition to meeting the limitations set forth in claim 15, contains from about 0.3 to about 0.75% by weight dissolved calcium and contains from about 2.4 to about 9% by weight total acids. |

xiii.  **Claim 17**

| *Claim 17* | *P&G's Construction* |
|---|---|
| 17. The concentrate of claim 16 ***wherein said orange juice comprises about 95% of the concentrate***. | "Wherein said orange juice comprises about 95% of the concentrate" indicates that the concentrate must contain at a minimum about 95% orange juice.<br><br>Thus, claim 17 claims a concentrate that, in addition to meeting the limitations set forth claim 16, contains at a minimum about 95% orange juice. |