## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### Western Division

_____ )
                                                 )
THE PROCTER & GAMBLE COMPANY,                    )
                                                 )        Civil Action No:  C-1-02-393
             Plaintiff,                          )
                                                 )
      v.                                         )        Hon. Walter Rice (C.J.)
                                                 )        Hon. Sharon Ovington (Magistrate)
THE COCA-COLA COMPANY,                           )
                                                 )        **PUBLIC VERSION**
             Defendant.                          )
                                                 )
_____ )

## APPENDIX TO THE PROCTER & GAMBLE
## COMPANY'S OPENING CLAIM CONSTRUCTION BRIEF

| Exhibit No. | Description |
|---|---|
| 1 | United States Patent No. 4,722,847 |
| 2 | United States Patent No. 4,871,554 |
| 3 | Excerpts from William A. Peck, et al., *Physician's Resource Manual on Osteoporosis:  A Decision–Making Guide* (PGJ0000397-398, 400-404) |
| 4 | Matt Clark, et al., *The Calcium Craze*, NEWSWEEK, January 27, 1986 (TCCC001747-1751) |
| 5 | Robert P. Heaney, *Osteoporosis:  The Need and Opportunity for Calcium Fortification,* CEREAL FOODS WORLD, May 1986 (TCCC002352-2355) |
| 6 | *Osteoporosis: The Silent Epidemic in Women*, MAYO CLINIC HEALTH LETTER (Mayo Clinic, Rochester, MN), August 1984 (TCCC002189-2194) |
| 7 | Roger W. Miller, *Osteoporosis, Calcium and Estrogens*, FDA CONSUMER, November 1984 (TCCC001785-1788) |
| 8 | Excerpts from Deposition Testimony of Rose Kalala taken on July 10, 2003 (filed under seal pursuant to Protective Order) |

9                    File Wrapper for United States Patent No. 4,722,847 (PGJ0013863-13766)

10                   United States Patent No. 4,919,963

11                   Excerpts from THE AMERICAN HERITAGE DICTIONARY SECOND
                     COLLEGE EDITION (1985) and WEBSTER'S THIRD NEW INTERNATIONAL
                     DICTIONARY UNABRIDGED (1986) re: "component"

12                   Excerpts from THE AMERICAN HERITAGE DICTIONARY SECOND
                     COLLEGE EDITION (1985) and WEBSTER'S THIRD NEW INTERNATIONAL
                     DICTIONARY UNABRIDGED (1986) re: "mixture"

13                   Excerpt from Deposition Testimony of Eric C. Wilhelmsen, taken on
                     December 18, 2003

14                   Excerpts from MERRIAM WEBSTER'S COLLEGIATE DICTIONARY
                     (10th ed. 1993) and THE AMERICAN HERITAGE DICTIONARY
                     SECOND COLLEGE EDITION (1985) re: "beverage"

BOSTON 1818775v1