# Exhibit 8

# - HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER (FILED SEPARATELY UNDER SEAL)