# Exhibit 11



*Second College Edition*

# THE
# AMERICAN
# HERITAGE
# DICTIONARY

Words that are believed to be registered trademarks
have been checked with authoritative sources. No in-
vestigation has been made of common-law trademark
rights in any word, because such investigation is im-
practicable. Words that are known to have current
registrations are shown with an initial capital and are
also identified as trademarks. The inclusion of any
word in this Dictionary is not, however, an expres-
sion of the Publisher's opinion as to whether or not it
is subject to proprietary rights. Indeed, no definition
in this Dictionary is to be regarded as affecting the
validity of any trademark.

Copyright © 1982, 1985 by Houghton Mifflin Com-
pany. All rights reserved.

No part of this work may be reproduced or transmitted
in any form or by any means, electronic or mechani-
cal, including photocopying and recording, or by any
information storage or retrieval system without the
prior written permission of Houghton Mifflin Com-
pany unless such copying is expressly permitted by
federal copyright law. Address inquiries to Permis-
sions, Houghton Mifflin Company, 2 Park Street, Bos-
ton, MA 02108.

Library of Congress Cataloging in Publication Data
Main entry under title:
American Heritage dictionary.
    Rev. ed. of: American Heritage dictionary of the
English language. New college ed. c1976.
    1. English language—Dictionaries.   I. Morris,
William, 1913–
PE1625.A54   1982      423      82-9346
ISBN 0-395-32943-4
ISBN 0-395-32944-2 (thumb index)
ISBN 0-395-33959-6 (deluxe edition)

Manufactured in the United States of America

INTRODUC

STAFF …

USAGE PA

CONSULTA

SPECIAL A
   Language,
   Lee Peder

   Usage and
   Dwight Bo
   William F.

   English and
   Geoffrey N

   The Mathe
   Henry Ku

GUIDE TO

STYLE MA

PRONUNCI

DICTIONAR

BIOGRAPHI

GEOGRAPH

ABBREVIAT

FOUR-YEAR

TWO-YEAR

PICTURE CI

applies to stopping an action, either when it is completed: *The church service closes with a benediction,* or when it cannot be continued: *Lack of support caused the play to close. End* emphasizes finality: *end a career. Finish,* often interchangeable with *complete,* is especially applicable to what one has set oneself to do. *Conclude* adds to *complete* and *close* a sense of formality: *They concluded tariff negotiations. Terminate* more specifically suggests reaching an established limit in time or space.

**Usage:** *Complete* is sometimes held to be an absolute term like *perfect* or *chief,* which is not subject to comparison. It can be qualified by *more* or *less,* however, when its sense is "comprehensive, thorough," as in *A more complete failure than his could not be imagined.* A majority of the Usage Panel accepts the example *His book is the most complete treatment of the subject.*

**complete blood count** *n.* The determination of the quantity of each type of blood cell in circulation by extrapolation of the numbers found in a given blood sample.

**com·ple·tion** (kəm-plē'shən) *n.* 1. The act of completing. 2. The state of being completed.

**com·plex** (kəm-plĕks', kŏm'plĕks) *adj.* 1. Consisting of interconnected or interwoven parts; composite. 2. Involved or intricate, as in structure; complicated. 3. *Gram.* a. Pertaining to or designating a word, such as *slowly,* consisting of at least one bound form. b. Pertaining to or designating a sentence consisting of an independent clause and one or more dependent clauses. —*n.* (kŏm'plĕks'). 1. A whole composed of intricate or interconnected parts: *a complex of cities and suburbs.* 2. *Psychiat.* A connected group of repressed ideas that compel characteristic or habitual patterns of thought, feeling, and action. 3. *Informal.* An exaggerated or obsessive concern or fear. [Lat. *complexus,* p.part. of *complecti,* to entwine. —see COMPLECT.] —**com·plex'ly** *adv.* —**com·plex'ness** *n.*

**Synonyms:** *complex, complicated, intricate, involved, tangled, knotty.* These adjectives describe things having parts so interconnected as to make the whole difficult to understand. *Complex* and *complicated* are similar in indicating a challenge to the mind. *Complex,* however, often implies many varying parts; *complicated* stresses elaborate relationship of parts rather than number. *Intricate* refers to a pattern of intertwining parts that is difficult to follow. *Involved* stresses confusion arising from the commingling of parts and the consequent difficulty of separating them. *Tangled* strongly emphasizes the random twisting of many parts. *Knotty,* a less formal term applied to problems, stresses difficulty of solution.

**complex conjugate** *n.* 1. A complex number that when multiplied by a given complex number yields a real number. 2. A complex quantity that when multiplied by a given complex quantity yields a product free of imaginary terms.

**complex fraction** *n.* A fraction in which the numerator or denominator or both contain fractions.

**com·plex·ion** (kəm-plĕk'shən) *n.* 1. The natural color, texture, and appearance of the skin, esp. of the face. 2. General character, aspect, or appearance: *findings that will alter the complexion of the problem.* 3. The combination of the four humors of cold, heat, moistness, and dryness in specific proportions thought in medieval physiology to control the temperament and the constitution of the body. [ME *complexioun,* physical constitution < LLat. *complexiō* < Lat., combination < *complexus,* p.part. of *complecti,* to entwine. —see COMPLECT.] —**com·plex'ion·al** *adj.*

**com·plex·ioned** (kəm-plĕk'shənd) *adj.* Of or having a specified complexion: *fair-complexioned.*

**com·plex·i·ty** (kəm-plĕk'sĭ-tē) *n., pl. -ties.* 1. The quality or condition of being complex. 2. Something complex: *the complexities of urban life.*

**complex number** *n.* A number of the form *a + bi,* where *a* and *b* are real numbers and *i² = -1;* a member of the set of ordered pairs (*a,b*) of real numbers in which a pair equals another pair if and only if corresponding members of the two pairs are identical and in which addition and multiplication are defined by (*a,b*)+(*c,d*)=(*a+c, b+d*) and (*a,b*)(*c,d*)=(*ac−bd, ad+bc*), respectively.

**complex plane** *n.* A plane that has complex numbers as its points.

**complex variable** *n.* An expression of the form *x+iy,* where *x* and *y* are real variables and *i² = -1.*

**com·pli·ance** (kəm-plī'əns) also **com·pli·an·cy** (-ən-sē) *n.* 1. An act of complying with a wish, request, or demand; acquiescence. 2. A disposition or tendency to yield to others. 3. a. The extension or displacement of a loaded structure per unit load. b. Flexibility.

**com·pli·ant** (kəm-plī'ənt) *adj.* Inclined or disposed to comply; acquiescent. —**com·pli'ant·ly** *adv.*

**com·pli·ca·cy** (kŏm-plĭk'ə-sē) *n., pl. -cies.* 1. The state of being complicated. 2. A complication.

**com·pli·cate** (kŏm'plĭ-kāt') *tr. & intr.v. -cat·ed, -cat·ing, -cates.* 1. To make or become complex, intricate, or perplexing. 2. To twist or become twisted together. —*adj.* (-kĭt). 1. Complex; intricate; involved. 2. *Biol.* Folded longitudinally one or several times, as certain leaves or the wings of some insects. [Lat. *complicāre, complicāt-,* to fold up : *com-,* together + *plicāre,* to fold.]

**com·pli·cat·ed** (kŏm'plĭ-kā'tĭd) *adj.* 1. Containing intricately combined or involved parts. 2. Not easily understood or dealt with; perplexing. —**com·pli·cat'ed·ly** *adv.* —**com'pli·cat'ed·ness** *n.*

**com·pli·ca·tion** (kŏm'plĭ-kā'shən) *n.* 1. The act of complicating. 2. A confused or intricate relationship of parts. 3. A factor, condition, or element that complicates. 4. *Med.* A condition occurring during another disease and aggravating it.

**com·plice** (kŏm'plĭs) *n. Obs.* An associate or accomplice. [ME < OFr. < LLat.,*complex,* closely connected : Lat. *com-,* together + Lat. *plicāre,* to fold.]

**com·plic·i·ty** (kəm-plĭs'ĭ-tē) *n., pl. -ties.* Involvement as an accomplice in a crime or wrongdoing.

**com·pli·er** (kəm-plī'ər) *n.* One that complies.

**com·pli·ment** (kŏm'plə-mənt) *n.* 1. An expression of praise, admiration, or congratulation. 2. A formal act of civility, courtesy, or respect. 3. **compliments.** Good wishes; regards: *Extend my compliments to your parents.* —*tr.v. -ment·ed, -ment·ing, -ments.* 1. To pay a compliment to. 2. To show fondness, regard, or respect for by giving a gift or performing a favor. —See Usage note at **complement.** [Fr. < Sp. *cumplimiento < cumplir,* to complete < Lat. *complēre,* to complete.]

**com·pli·men·ta·ry** (kŏm'plə-mĕn'tə-rē, -trē) *adj.* 1. Expressing, using, or resembling a compliment: *a concert that received complimentary reviews.* 2. Given free to repay a favor or as an act of courtesy: *complimentary copies of the new book.* —**com'pli·men'ta·ri·ly** *adv.*

**com·plin** (kŏm'plĭn) also **com·pline** (-plĭn, -plīn') *n. Eccles.* The last of the seven canonical hours. [ME < OFr. *complie* < Med. Lat. (*hora*) *completa,* final hour < Lat. *completus,* p.part. of *complēre,* to complete.]

**com·ply** (kəm-plī') *intr.v. -plied, -ply·ing, -plies.* 1. To act in accordance with another's command, request, rule, or wish. 2. *Obs.* To be courteous or obedient. [Ital. *complire* < Sp. *cumplir,* to complete < Lat. *complēre.*]

**com·po** (kŏm'pō) *n., pl. -pos.* Any of various combined substances, such as mortar or plaster, formed by mixing ingredients. [Short for COMPOSITION.]

**com·po·nent** (kəm-pō'nənt) *n.* 1. A constituent element, as, of a system. 2. A part of a mechanical or electrical complex. 3. *Math.* One of a set of two or more vectors having a sum equal to a given vector. 4. *Chem.* Any of the minimum number of substances required to specify completely the composition of all phases of a chemical system. —*adj.* Being or functioning as a component; constituent. [Lat. *compōnent-, component-,* p.part. of *compōnere,* to put together : *com-,* together + *pōnere,* to put.] —**com'po·nen'tial** (kŏm'pə-nĕn'shəl) *adj.*

**com·port** (kəm-pôrt', -pōrt') *v.* **-port·ed, -port·ing, -ports.** —*tr.* To conduct or behave (oneself) in a particular manner: *comported herself with dignity.* —*intr.* To agree, correspond, or harmonize: *actions that comport with the principles of democracy.* [OFr. *comporter,* to conduct < Lat. *comportāre* : *com-,* together + *portāre,* to carry.]

**com·port·ment** (kəm-pôrt'mənt, -pōrt'-) *n.* Bearing; deportment.

**com·pose** (kəm-pōz') *v.* **-posed, -pos·ing, -pos·es.** —*tr.* 1. To make up the constituent parts of; constitute or form: *an exhibit composed of French paintings.* 2. To make or create by putting together parts or elements. 3. To create or produce (a literary or musical piece). 4. To make (one's mind or body) calm or tranquil; quiet: *compose yourself* and *deal with the problem.* 5. To settle or adjust; reconcile: *composed their differences.* 6. To arrange aesthetically or artistically. 7. *Printing.* To arrange (type or matter to be printed). —*intr.* 1. To create literary or musical pieces. 2. *Printing.* To set type. [ME *composen* < OFr. *composer* < Lat. *componere.* —see COMPONENT.] —**com'pos'er** *n.*

**com·posed** (kəm-pōzd') *adj.* Not agitated; calm and self-possessed. —**com·pos'ed·ly** (-pō'zĭd-lē) *adv.* —**com·pos'ed·ness** *n.*

**com·pos·er** (kəm-pō'zər) *n.* A person who composes, esp. one who composes music.

**com·pos·ing room** *n. Printing.* A room where typesetting is done.

**composing stick** *n. Printing.* A small shallow tray, usually metal and with an adjustable end, in which a compositor sets type by hand.

**com·pos·ite** (kəm-pŏz'ĭt) *adj.* 1. Made up of distinct components; compound. 2. *Math.* Having factors; factorable. 3. *Bot.* Of, belonging to, or characteristic of the Compositae, a large plant family characterized by flower heads consisting of both ray flowers and disk flowers, as in the daisy, of disk flowers only, as in wormwood, or of ray flowers only, as in the dandelion. 4. **Composite.** *Archit.* Pertaining to or designating the Composite order. —*n.* 1. A composite structure or entity. 2. A complex material, such as wood or fiber glass, in which two or more distinct, structurally complementary substances, esp. metals, ceramics, glasses, and polymers, combine to produce structural or functional properties not present in any individual component. 3. *Bot.* A composite plant. [Lat. *compositus,* p.part. of *compōnere,* to put together. —see COMPONENT.] —**com'pos'ite·ly** *adv.* —**com·pos'ite·ness** *n.*

**composite nerve** *n.* A [...] and motor fibers.

**composite number** *n.* [...] least one number other [...] **Composite order** *n.* A [...] superimposing Ionic vol[...] **composite photograph** [...] ing two or more separat[...] **com·pos·i·tion** (kŏm'pə-[...] of parts or elements to [...] which such parts are c[...] make-up. c. The result [...] compound. 2. The arra[...] form a unified whole. 3. [...] literary or musical wor[...] music or its structure or [...] one written as a school [...] whereby the creditors of [...] agree to accept partial p[...] debts. b. The sum agree[...] agreement or compromis[...] pounds from separate w[...] *compositicom* < Lat. *comp[...]* —see COMPONENT.] —**c[...]** **tion·al·ly** *adv.*

**composition of forces** *[...]* vector that is the resulta[...] **com·pos·i·tive** (kəm-pŏz[...] **com·pos·i·tor** (kəm-pŏz[...] —**com·pos'i·to'ri·al** (-tô'r[...] **com·pos men·tis** (kŏm'[...] sane. [Lat., having maste[...] **com·post** (kŏm'pōst') *n.* [...] matter, such as leaves an[...] composition; mixture. —[...] 1. To fertilize with comp[...] ter) to compost. [ME, co[...] **com·po·sure** (kəm-pō'zh[...] ness and self-possession.

**com·pote** (kŏm'pōt) *n.* 1[...] 2. A long-stemmed dish [...] candy. [Fr. < OFr. *compo[...]* —see COMPOSITE.]

**com·pound[1]** (kŏm-poun[...] ed, -pound·ing, -pounds.[...] a whole; mix. 2. To prod[...] more ingredients or par[...] *scriptions.* 3. To settle (a [...] an amount less than the c[...] est) on the principal and[...] for payment or other con[...] *pound a felony.* 6. To ac[...] pounded the difficulties [...] combine in or form a c[...] agree. —*adj.* (kŏm'pou[...] of two or more substanc[...] —*n.* (kŏm'pound'). 1. A [...] ments or parts. 2. A wor[...] taining two or more elem[...] meaning. 3. *Chem.* A pu[...] substance consisting of a[...] ent elements in definite [...] properties unlike those [...] *componen* < Lat. *comp[...]* **pound'a·ble** *adj.* —**com[...]

**com·pound[2]** (kŏm'poun[...] esp. a residence or group [...] by a barrier. 2. A compo[...] war. [Malay *kampong,* v[...]

**com·pound-com·plex s[...]** *n.* A sentence consisting [...] dent clauses and one or [...]

**compound eye** *n.* The c[...] cans, composed of many [...] its own refractive system [...] image.

**compound flower** *n.* A [...] consisting of numerous s[...] bloom.

**compound fraction** *n.* A [...] **compound fracture** *n.* [...] lacerates soft tissue.

**compound interest** *n.* I[...] lated unpaid interest as [...] **compound leaf** *n.* A leaf [...] leaflets borne on a single [...] **compound lens** *n.* Lens[...] **compound microscope** [...] objective and an eyepiece [...] tube.

**compound number** *n.* [...] ounces or 3 feet 4 inche[...] measure.

**compound sentence** *n.* [...] nate independent clauses [...]



**component**
Components of a vector
*v* along coordinate axes



**daisy**

**dandelion**



**wormwood**

**composite**
Flowers of composite
plants

Case 1:02-cv-00393-WHR-SLO   Document 64-14   Filed 01/16/2004   Page 4 of 7





A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a
number of publishers and may serve mainly to mislead an unwary buyer.

*A Merriam-Webster®* is the registered trademark you should look for
when you consider the purchase of dictionaries or other fine reference
books. It carries the reputation of a company that has been publishing
since 1831 and is your assurance of quality and authority.

COPYRIGHT © 1986 BY MERRIAM-WEBSTER INC.

PHILIPPINES COPYRIGHT 1986 BY MERRIAM-WEBSTER INC.

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of
the English language, unabridged.

Includes index.
1. English language—Dictionaries. I. Gove,
Philip Babcock, 1902–1972. II. Merriam-Webster Inc.
PE1625.W36    1986    423    85-31018
ISBN 0-87779-201-1 (blue Sturdite)
ISBN 0-87779-206-2 (imperial buckram)

*All rights reserved. No part of this work covered by the copyrights hereon may be
reproduced or copied in any form or by any means—graphic, electronic, or mechan-
ical, including photocopying, recording, taping, or information storage and retrieval
systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

44AG/KP91

Preface . . . . . . . .
Editorial Staff .
Outside Consult
Explanatory Ch
Explanatory No
Divisions in Bol
Spelling . . . . . . .
Plurals . . . . . . .
Capitalization .
Italicization . . .

cgs electromag
*Afro-Asiatic* la
*alphabet* table.
*anthracite* coal
*architecture* . . .
common *area* t
*Beaufort scale*.
ship's *bells* . . .
*book* sizes . . . .
*Braille* alphabe
*constellations* .
chief *crusades*.
principal ocean
executive U.S.
*dye* tables I an
*Easter* dates . .
chemical *eleme*
four syllogistic
principal railro
common *shotg*
*geologic time* t
*gestation* peri
*glacial* epochs
*incubation* per
*Indo-European*
*measures* and

Color:
    Two plate
Constellations
Constellations