# Exhibit 12

Webster's
Third New
International
Dictionary
UNABRIDGED

**A GENUINE MERRIAM-WEBSTER**

**The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.**

***A Merriam-Webster*® is the registered trademark you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.**

COPYRIGHT © 1986 BY MERRIAM-WEBSTER INC.

PHILIPPINES COPYRIGHT 1986 BY MERRIAM-WEBSTER INC.

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language, unabridged.

Includes index.
1. English language—Dictionaries. I. Gove, Philip Babcock, 1902–1972. II. Merriam-Webster Inc.
PE1625.W36 1986 423 85-31018
ISBN 0-87779-201-1 (blue Sturdite)
ISBN 0-87779-206-2 (imperial buckram)

*All rights reserved. No part of this work covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

44AG/KP91

Preface........
Editorial Staff..
Outside Consults
Explanatory Cha
Explanatory Not
Divisions in Bol
Spelling........
Plurals........
Capitalization..
Italicization....

cgs electromagn
*Afro-Asiatic* lan
*alphabet* table..
*anthracite* coal
*architecture*....
common *area* f
*Beaufort scale*..
ship's *bells*....
*book* sizes.....
*Braille* alphabet
*constellations*..
chief *crusades*..
principal ocean
executive U.S.
*dye* tables I an
*Easter* dates...
chemical *eleme*
four syllogistic
principal railro
common shotg
*geologic* time a
*gestation* perio
*glacial* epochs.
*incubation* peri
*Indo-European*
*measures* and

Color:
Two plates
Constellations
Constellations

Case 1:02-cv-00393-WHR-SLO Document 64-15 Filed 01/16/2004 Page 4 of 7

**mixed mode** *n* **1** : an ecclesiastical mode whose ambitus extends through the combined range of an authentic and its related plagal mode **2** *Lockeanism* : a mode (as beauty) resulting from the combination of simple ideas of different kinds — contrasted with *simple mode*
**mixed nerve** *n* : a nerve containing both sensory and motor fibers
**mixed·ness** \ˈmiksədnəs, -ks(t)n-\ *n* -ES : the quality or state of being mixed
**mixed nuisance** *n* : a public nuisance that also causes harm or annoyance to a person in the exercise of his private rights as distinct from those common to the public generally
**mixed number** *n* : a number that is composed of an integer and a proper fraction and is their sum (5½ is a *mixed number*)
**mixed planting** *n* : a combination of woody and herbaceous plants
**mixed proportion** *n* : proportion by addition and subtraction
**mixed salt** *n* : a salt (as a double salt) derived from more than one base or more than one acid
**mixed tithe** *n* : a tithe arising from animals nourished by the immediate products of the soil (as wool, milk or cheese, or honey and wax) — compare PERSONAL TITHE, PRAEDIAL TITHE
**mixed train** *n* : a train made up of both passenger cars and freight cars and used mainly on branch lines
**mixed–up** \ˈ(ˌ)ₑ;ₑ\ *adj* [fr. *mixed up*, past part. of *mix up*] : marked by bewilderment, perplexity, or disorder : CONFUSED (a *mixed-up* character ripe for the analyst —Lucy Crockett) (is only one reflective part of a *mixed-up* age —Norman Cousins)
**mix·en** \ˈmiksən\ *n* -S [ME, fr. OE, dung, dunghill; akin to OE *meox* dung, filth, *migan* to urinate, MD *mist*, *mest* dung, OS & OHG *mist* dung, ON *miga* to urinate, Goth *maihstus* dung, L *mingere*, *meiere* to urinate, Gk *omichein*, *omeichein* to urinate, Skt *mehati* he urinates] *dial chiefly Eng* : a pile of dung or refuse : a manure heap
**mix·er** \ˈmiksə(r)\ *n* -S [ˈmix + -er] **1** : one that mixes: **a** (1) : one whose work is weighing or measuring and mixing the ingredients of a product (as paint, a drug, bread, pottery, cement, glass, fertilizer) (2) : one who balances and controls the dialogue, music, and sound effects to be recorded for or with a motion picture or television **b** : a container, device, or machine for mixing: as (1) : a valve or burner in which fuel is mixed with air for combustion (2) : a storage tank from which molten pig iron drawn from blast furnaces can be transferred to an openhearth or electric furnace or a converter (3) : any of various types of stationary or portable equipment (as an agitator, emulsifier, homogenizer, or pug mill) used for mixing gases, liquids, or solids in industry or in the laboratory (4) : an electrical circuit in a sound-recording or broadcasting system for combining the signals from several sources (as microphones, turntables, or wire lines) in any desired proportion (5) : MIXING FAUCET (6) : MIXING VALVE (7) : a stationary or portable kitchen utensil equipped with one or more beaters for mixing, beating, creaming, or whipping a variety of foods (as batters, cream, whites of eggs, boiled potatoes) (electric ~) (8) : a revolving drum with paddles attached for mixing concrete and mortar or a hopper with revolving paddles for mixing asphaltic concrete (9) : a composing or photocomposing machine in which matrices from more than one magazine can be automatically keyboarded into a single line **c** : a game, stunt, or dance used at a get-together to give members of the group an opportunity to meet one another in a friendly, informal atmosphere — called also *icebreaker* **2** : one that mixes with others or in combinations: as **a** (1) : a person considered as to his casual sociability (was shy and a poor ~) (2) : a person marked by easy sociability (the genial extroversion of the salesman, the . . . good ~ —Aldous Huxley) **b** : a nonalcoholic beverage (as ginger ale) used to thin a mixed drink

mixer 1b (7)

**mixer tube** *n* : an electron tube used for heterodyne operation
**mixes** *pres 3d sing of* MIX, *pl of* MIX *or of* MIXE
**mix·hel·lene** \ˌ;ₑ+\ *n*, *usu cap H* [Gk *mixellēn*, fr. *mix-* mixed (fr. *mixis* act of mixing) + *Hellēn* Hellene] : a person of mixed Hellenic and barbarian descent
**mix·hill** \ˈmiks+ˌ-\ *n* [ME *mix* dung, filth (fr. OE *meox*) + E *hill* — more at MIXEN] *dial Eng* : MIXEN
**mixible** *var of* MIXABLE
**mixing** *n* -S [fr. gerund of ˈmix] : the process of operating a mixer in sound recording or broadcasting
**mixing faucet** *n* : a faucet that mixes hot and cold water as they pass through the spout in proportions controlled by separate handles
**mixing valve** *n* : a device composed of a chamber with a sliding valve controlled often thermostatically by a handle and used to regulate water temperature in a shower or tub
**mix·is** \ˈmiksəs\ *n* -ES [Gk, act of mixing, fr. *mignynai* to mix — more at MIX] : the state characteristic of those organisms in which fertilization and related processes result in the existence of well-marked, alternating, diploid and haploid phases — compare APOMIXIS
**-mix·is** \ˈmiksəs\ *n comb form, pl* **-mixes** [NL *-mixis*, fr. Gk, act of mingling, act of mixing, fr. *mixis*] : an intermingling in reproduction (*apomixis*) (*endomixis*) (*pseudomixis*) (*parthenomixis*) — compare -GAMY
**mix·ite** \ˈmikˌsīt\ *n* -S [G *mixit*, fr. A. *Mixa*, 19th cent. Czech mine inspector + G *-it* -ite] : a mineral $Cu_{11}Bi(AsO_4)_5(OH)_{10}.6H_2O$ consisting of green to whitish hydrous basic copper bismuth arsenate
**mixo-** *comb form* [Gk, fr. *mixis* act of mingling or mixing] **1** : mixed (*mixotrophic*) (*mixochimaera*) **2** : mixture of isomers of (a specified compound) (*mixooctane*) — compare ISO-
**mixo·bio·sis** \ˌmiksō+\ *n*, *pl* **mixobioses** [NL, fr. *mixo-* + *-biosis*] : a form of mutualism in which organisms (as ants) of different species live together in composite colonies
**mixo·bi·ot·ic** \ˌ;ₑ+\ *adj* [fr. NL *mixobiosis*, after such pairs as NL *hypnosis*: E *hypnotic*] : of, relating to, or living in mixobiosis
**mixo·chromosome** \ˌ;ₑ+\ *n* [*mixo-* + *chromosome*] : a chromosome supposed to be formed by the fusion of all or part of two or more chromosomes
**mixo·dec·tes** \ˌ-ˈdekˌtēz\ *n*, *cap* [NL, fr. *mixo-* + *-dectes*] : a genus (the type of the family Mixodectidae) of extinct insectivores having very large incisors from the lower Eocene of the U.S.
**mixo·gram** \ˈmiksəˌgram\ *n* [*mixo-* + *-gram*] : a graphic record of flour mixes from various wheats as related to the qualities of resultant dough mixes
**mixo·graph** \-ˌgraf\ *n* [*mixo-* + *-graph*] : a graphic chart that provides supplementary baking data on dough mixes from various wheats
**mix·ol·o·gist** \mikˈsäləjəst\ *n* -S [ˈmix + *-ologist* (as in *psychologist*)] : a bartender skilled in preparing mixed drinks
**mix·ol·o·gy** \-jē, -ji\ *n* -ES [*mixologist* + *-y*] : the art or skill of preparing mixed drinks
**mixo·lyd·i·an mode** \ˌmiksōˈlidēən-\ *n* [*mixolydian* fr. Gk *mixolydios* mixolydian (fr. *mixo-* + *Lydios* Lydian) + E *-an*; *mixolydian mode* trans. of Gk *mixolydios harmonia*] **1** : a Greek mode consisting of two disjunct tetrachords represented on the white keys of the piano by a descending diatonic scale from B to B — see GREEK MODE illustration **2** : an authentic ecclesiastical mode consisting of a pentachord and an upper conjunct tetrachord represented on the white keys of the piano by an ascending diatonic scale from G to G — see MODE illustration
**mixo·ploid** \ˈmiksəˌplȯid\ *n* -S [ISV *mixo-* + *-ploid*; prob. orig. formed in G] : an organism having different numbers of genomes in different cells : CHIMERA — **mixo·ploi·dy** \-ˌplȯidē\ *n* -ES
**mixo·sau·rus** \ˌmiksəˈsȯrəs\ *n*, *cap* [NL, fr. *mixo-* + *-saurus*] : a genus of reptiles of Triassic age similar to *Ichthyosaurus* but with less fully developed paddles
**mixo·troph·ic** \ˌmiksəˈträfik, -trōf-\ *adj* [*mixo-* + *-trophic*] : deriving nourishment from both autotrophic and heterotrophic mechanisms — used esp. of symbionts and partial parasites

**mixt** \ˈmikst\ *n* -S [ML *mixtum* motley, mixed material, fr. L, neut. of *mixtus*, past part. of *miscēre* to mix — more at MIX] *archaic* : COMPOUND 2a
**mix·tec** \ˈmēˌstek\ *or* **mix·te·co** \mēˈstē(ˌ)kō, -teˈ(-\ *also* **mix·te·ca** \-kə\ *n*, *pl* **mixtec** *or* **mixtecs** *or* **mixteco** *or* **mixtecos** *usu cap* [AmerSp *mixteca*, *mixteco*, of AmerInd origin] **1 a** : a people of the states of Oaxaca, Guerrero, and Puebla, Mexico, speaking languages of the Mixtecan family **b** : a member of such people **2** : the language of the Mixtec people
**mix·te·can** \(ˈ)mēˈstēkən, -tek-\ *n* -S *usu cap* : a language family of the states of Oaxaca, Guerrero, and Puebla, Mexico, including Amusgo, Cuicatec, and Mixtec
ˈ**mix·tie–max·tie** *or* **mix·ty–max·ty** \ˈmikstēˈmakstē, -tI\ *adj* [alter. & redupl. of *mixt*, obs. var. of ˈ*mixed*] *chiefly Scot* : jumbled together : CONFUSED
²**mixtie–maxtie** *or* **mixty–maxty** \"\ *also* **mix·ter–max·ter** \ˈmikstərˌmakstər\ *n* [*mixter-maxter*, alter. of *mixtie-maxtie*] *chiefly Scot* : a heterogeneous mixture
**mixtion** *n* -S [ME *mixcioun*, fr. MF or L; MF *mixtion*, fr. OF *mistion*, fr. L *mixtion-*, *mixtio*, *mistion-*, *mistio* act or process of mixing, fr. *mixtus*, *mistus* (past part.) + *-ion-*, *-io* -ion] **1** *obs* : the state of being mixed **2** *obs* : the process of mixing **3** *obs* : a product of mixing
**mix·ture** \ˈmiks(h)ə(r)\ *n* -S [MF, fr. OF *mistüre*, fr. L *mixtura*, *mistura*, fr. *mixtus*, *mistus* (past part. of *miscēre* to mix) + *-ura* -ure — more at MIX] **1 a** : an act, process, or instance of mixing (a gradual ~ of languages) (a paste made by the ~ of flour and water) (one of those slight ~s in the stock which . . . provides a variant —Lucien Price) **b** (1) : the state of being mixed (2) : the relative proportions of constituents : PROPORTION, RATIO (youngsters do go through phases but with varied timing and in varied ~s —Dorothy Barclay); *specif* : the fuel-to-air proportions of the charge produced in the carburetor for combustion in an engine or turbine **2** [ME, fr. L *mixtura*, *mistura* (also, act of mixing)] **a** : a product of mixing : COMBINATION (beat milk into the dry ingredients until the ~ thickens) (the interior . . . is a ~ of forest and grassland —P.E.James) (a unique ~ of sentimentality and toughness —J.A.Morris b.1904): as **a** : a portion of matter consisting of two or more components that do not bear a fixed proportion to one another and that however thoroughly commingled are regarded as retaining a separate existence — usu. distinguished from *complex* and *compound*; compare ALLOY, MECHANICAL MIXTURE, SOLID SOLUTION, SYSTEM **5 b** : an aqueous liquid medicine : POTION; *specif* : a preparation in which insoluble substances are suspended in watery fluids by the addition of a viscid material (as gum, sugar, glycerol) **c** : a combination of several different kinds of some article of consumption (as tea or tobacco) (a smoking ~) **d** (1) : a yarn spun from two or more fibers or from a fiber dyed two or more colors (2) : a fabric made from such yarn or woven with different yarns in the warp and the weft **e** : a batch or packet of postage stamps sold by weight and usu. comprising stamps gathered by a nonphilatelic agency (as a bank, a government bureau, or a missionary society) — compare KILOWARE
**mixture stop** *also* **mixture** \"\ *n* -S : a pipe-organ stop having more than one pipe for each digital — compare PARTIAL STOP
**mix up** *vt* : CONFUSE (an explanation that *mixed me up* even more) (*mixed up* two similar words)
**mix–up** \ˈ;ₑ,ₑ\ *n* -S [*mix up*] **1** : a state or instance of confusion (further the *mix-up* in terminology we have been attempting to correct —Thomas Munro) (sent to the wrong base through a *mix-up* in orders) **2** : MIXTURE (such a general *mix-up* that our most distinctive . . . endowments disappear —Norman Goodall) (the man is a *mix-up* of cheerful schoolboy and devout elder —Paul Holt) **3** : MELEE
**mi·ya·ga·wa·nel·la** \ˌmēyəˌgäwəˈnelə\ *n*, *cap* [NL, fr. Yoneji *Miyagawa* b1885 Jap. bacteriologist + connective *-n-* + NL *-ella*] : a genus of coccoid to spherical microorganisms (family Chlamydiaceae) usu. placed among the rickettsias and including a number of important parasites (as *M. lymphogranulomatis*, the cause of venereal lymphogranuloma, and *M. psittaci*, the cause of psittacosis)
**miz–maze** \ˈmizˌmāz\ *n* [redupl. and alter. of ˈ*maze*] **1** : MAZE (the way lies through . . . an intricate ~ of tracks —S.P.B. Mais) **2** *dial Eng* : a state of confusion or bewilderment : WHIRL (so surprised he was all of a ~)
**miz·pah** \ˈmizpə\ *adj* [*Mizpah*, place in ancient Palestine where Jacob and Laban erected a heap of stones as a sign of covenant between them (Gen 31:44-49), fr. Heb *Miṣpāh*] : worn (as by lovers) to signify remembrance (a ~ ring) (~ half coins)
**miz·rach** *also* **miz·rakh** \ˈmizˌräk\ *n* -S [NHeb *mizrāḥ*, fr. Heb, east, place of sunrise, fr. *zārah* to rise, come forth] **1** : an ornamental or sacred picture hung on the east wall of a house or synagogue in the direction of Jerusalem toward which Jews face when in prayer **2** : the eastern wall of a synagogue
**miz·ra·chi** *also* **miz·ra·hi** \mizˈräkē\ *adj*, *usu cap* [*Mizrachi*, movement in Zionism founded in 1902, fr. Heb *Mizrāḥī*, lit., of the east, fr. *mizrāḥ* east] : of or relating to a movement in Zionism supported by strictly orthodox Jews
**miz·zen** *or* **miz·en** \ˈmizᵊn\ *n* -S [ME *meson*, *mesan*, prob. fr. MF *misaine*, alter. (influenced by OIt *mezzana*) of *migenne*, fr. OCatal *mitjana*; OIt *mezzana* & OCatal *mitjana*, fr. Ar *mazzān* mast] **1** : a fore-and-aft sail set on the mizzenmast — see SAIL illustration **2** : MIZZENMAST **3** : the aftermast and sail of a yawl
²**mizzen** *or* **mizen** \"\ *adj* [ME *meson*, fr. *meson*, n.] : of or relating to the mizzenmast (~ shrouds) (the ~ peak halyards)
**miz·zen·mast** \ˈ-ˌmast, -ˌma(ə)st, -ˌmaist, -ˌmäst, -ˌmest\ *n* [ME *meson mast*, fr. *meson* (n.) + *mast*] : the mast aft or next aft of the mainmast in a ship — see SHIP illustration
ˈ**miz·zle** \ˈmizəl\ *vi* **mizzled**; **mizzled**; **mizzling** \-z(ə)liŋ\ **mizzles** [ME *mislen*; akin to D dial. *miezelen* to drizzle, MD *misel* mist, dew, drizzle, Flem *mizzelen*, *mizzelen* to drizzle, LG *mis* foggy weather, MD *mist*, *mest* mist, fog — more at MIST] *chiefly dial* : to rain in very fine drops
²**mizzle** \"\ *n* -S [fr. earlier *mysell*, *misle*, prob. fr. MD *misel*] *chiefly dial* : a fine rain : DRIZZLE
³**mizzle** \"\ *vt* -ED/-ING/-S [origin unknown] *chiefly dial* : CONFUSE, MUDDLE, MISINFORM
⁴**mizzle** \"\ *vi* -ED/-ING/-S [origin unknown] *slang chiefly Brit* : to take oneself off : disappear suddenly : slink away : DECAMP (gone an' *mizzled* to the war —C.J.Dennis)
⁵**mizzle** \"\ *vt* -ED/-ING/-S [perh. alter. of obs. E *measle* to cover with or as if with measles, fr. *measle*, sing. of *measles*] *Scot* : to make spotted : SPECKLE
**miz·zly** \ˈmiz(ə)lē, -lI\ *adj* [ˈ*mizzle* + *-y*] *chiefly dial* : characterized by or consisting of mizzle
**miz·zo·nite** \ˈmizᵊnˌīt\ *n* -S [G *mizzonit*, fr. Gk *meizōn* greater + G *-it* -ite] : a mineral of the scapolite group intermediate between meionite and marialite and containing 54 to 57 percent of silica; *specif* : a volcanic mizzonite occurring in clear crystals
**mk** *abbr* **1** mark **2** markka
**mkd** *abbr* marked
**mkm** *abbr* marksman
**MKS** *abbr*, *usu not cap* meter-kilogram-second
**mkt** *abbr* market
**ml** *abbr* **1** mail **2** milliliter
**mL** *abbr* millilambert
**ML** \ˈ(ˌ)emˈel\ *abbr or n* -S [L *magister legum*] : a master of laws
**ML** *abbr* **1** mean level **2** mine layer **3** mixed lengths **4** mold line **5** motor launch **6** muzzle-loading
**mlan·je cedar** *often cap M*, *var of* MILANJI CEDAR
**mld** *abbr* **1** mild **2** mold; molded; molding
**MLD** *abbr*, *often not cap* minimum lethal dose
**mldg** *abbr* molding
**mldr** *abbr* molder
**mlech·chha** \mˈlechə\ *n* -S [Skt *mleccha*] *chiefly India* : one who does not practice Hinduism; *specif* : FOREIGNER
**m level** *n*, *usu cap M* : the energy level of an electron in an M-shell
**mlle** *abbr*, *often cap* [F] mademoiselle
**mlnr** *abbr* milliner
**MLR** *abbr* **1** main line of resistance **2** muzzle-loading rifle
**MLS** *abbr* microwave landing system

**MLT** *abbr* mean low tide
**MLW** *abbr* mean low water
**MLWN** *abbr* mean low water neaps
**MLWS** *abbr* mean low water springs
**mm** *abbr* millimeter
**mM** *abbr* millimole
**MM** *abbr* **1** machinist's mate **2** made merchantable **3** Maelzel's metronome **4** [L *magistri*] masters **5** Majesties **6** [L *martyres*] martyrs **7** master mechanic **8** mercantile marine; merchant marine **9** [F] messieurs **10** methyl methacrylate **11** middle marker **12** *often not cap* [L] mutatis mutandis
**mme** *abbr*, *often cap* [F] madame
**mmf** *abbr* micromicrofarad
**MMF** *abbr*, *often not cap* magnetomotive force
**mmfd** *abbr* micromicrofarad
**mmm** *abbr* micromillimeter
**MN** *abbr* **1** magnetic north **2** merchant navy
**Mn** *symbol* manganese
**mnem-** *or* **mnemo-** *comb form* [*mnem-*, NL, fr. Gk *mnēm-*, fr. *mnēmē*; *mnemo-* prob. fr. F *mnémo-*, fr. Gk *mnēmo-*, fr. Gk *mnēmē*] : memory (*mnemogenic*) (*mnemotechnical*)
**mne·me** \ˈnē(ˌ)mē\ *n* -S [NL, fr Gk *mnēmē* memory; akin to Gk *mnasthai* to remember — more at MIND] : the persistent or recurrent effect of past experience of the individual or of the race — **mne·mic** \-mik\ *adj*
ˈ**mne·mon·ic** \nēˈmänik, nəˈ-, neˈ-\ *also* **mne·mon·i·cal** \-ikəl\ *adj* [Gk *mnēmonikos*, fr. *mnēmon-*, *mnēmōn* mindful + *-ikos* -ic, -ical; akin to Gk *mnasthai* to remember] **1** : assisting or intended to assist memory (some ~ device like a string tied around the finger) : of or relating to mnemonics **2** : of or relating to memory (~ skill) — **mne·mon·i·cal·ly** \-ik(ə)lē\ *adv*
²**mnemonic** \"\ *n* -S **1** : a mnemonic device (made up a word from the initials of the successive steps for a ~) **2** : MNEMONICS
**mne·mon·ics** \-iks\ *also* **mne·mon·ic** \-k\ *n pl but usu sing in constr* [*mnemonics* modif. (influenced by E *-ics*) of NL *mnemonica*, fr. Gk *mnēmonika*, fr. neut. pl. of *mnēmonikos* mnemonic; *mnemonic* sing. of *mnemonics*] : a technique of improving the efficiency of the memory
**mne·mo·tech·ni·cal** \ˌnēmō+-\ *or* **mne·mo·tech·nic** \"+-\ *adj* [*mnemotechnica* fr. *mnemotechnic* (prob. fr. F *mnémotechnique*, fr. *mnémotechnie* mnemonics — fr. *mnémo-* mnem- + *-technie* -techny — + *-ique* -ic) + *-al*] : MNEMONIC — **mne·mo·tech·ni·cal·ly** \"+-\ *adv*
**-mne·sia** \(m)ˈnēzh(ē)ə\ *n comb form* -S [NL, fr. *amnesia*] : a (specified) type or condition of memory (*cryptomnesia*) (*panmnesia*)
**mnes·tic** \ˈnestik\ *adj* [ISV *mnest-* (fr. Gk *mnēstis* memory) + *-ic*; prob. formed as G *mnestisch*; akin to Gk *mnasthai* to remember] : of or relating to memory or mneme
**mng** *abbr* managing
**mngr** *abbr* **1** manager **2** monseigneur **3** monsignor
**mni·a·ce·ae** \nīˈāsēˌē\ *n pl*, *cap* [NL, fr *Mnium*, type genus + *-aceae*] : a family of erect mosses (order Eubryales) that is sometimes treated as a subfamily of the Bryaceae but distinguished by the club-shaped paraphyses and the hexagonal cells of the upper leaf surfaces
**mni·oid** \ˈnīˌȯid\ *adj* [NL *Mnium* + E *-oid*] : resembling a moss of the genus *Mnium*
**mnio·til·ti·dae** \ˌnīōˈtiltəˌdē\ [NL, fr. *Mniotilta*, genus of warblers (fr. Gk *mnion* moss, seaweed + *tiltos* plucked, verbal of *tillein* to pluck) + *-idae*] *syn of* PARULIDAE
**mni·um** \ˈnīəm\ *n*, *cap* [NL, fr. Gk *mnion* moss, seaweed; akin to Gk *mnoos*, *mnous* soft down, *matelsai*, fem. pl., walking, stepping, MIr *men* meal, W *mathru* to trample, Skt *carnamna* tanner, Lith *minlava* close turf, *minti* to step] : a genus of mosses (family Mniaceae) resembling *Bryum* but larger and with usu. horizontal capsules
**MNT** *abbr* mononitrotoluene
**mntn** *abbr* maintenance
ˈ**mo** \ˈmō\ *adj or adv or n* [ME — more at MORE] *chiefly dial* : MORE
²**mo** \"\ *n* -S [by shortening] *slang* : MOMENT
**-mo** \ˌmō\ *n suffix* -S [duodecimo] — after numerals or their names to indicate the number of leaves made by folding a sheet of paper (*sixteenmo*) (*16mo*) (*eighteenmo*) (*18mo*)
**mo** *abbr* month; monthly
**MO** *abbr* **1** mail order **2** manually operated **3** mass observation **4** medical officer **5** [NL] modus operandi **6** money order **7** mustered out
**Mo** *symbol* molybdenum
**moa** \ˈmōə\ *n* -S [Maori] : any of various extinct flightless ratite birds of New Zealand constituting the family Dinornithidae and including numerous forms that range in size from one (*Dinornis giganteus*) which is about 12 feet in height to one (*Anomalopteryx oweni*) which is about the size of a turkey

moa (reconstructed)

ˈ**mo·ab·ite** \ˈmōəˌbīt\ *n* -S *usu cap* [ME, fr LL *Moabita*, *Moabites*, fr. Gk *Mōabitēs*, fr. *Mōab* Moab, ancient kingdom in Syria + *-itēs* -ite] **1** : a member of a people living in Old Testament times east of the Dead sea, north of the Edomites, and at one period south of the Ammonites **2** : the Semitic language of ancient Moab only dialectally different from Hebrew
²**moabite** \"\ *adj*, *usu cap* : of or relating to Moab or the Moabites or their language
**mo·a·bit·ic** \ˌ;ₑˈbid·ik\ *also* **mo·a·bit·ish** \ˈ;ₑˌbid·ish\ *adj*, *usu cap* : of or relating to or like the Moabites or their language
**mo·a·bit·ish** \ˈ;ₑˌbid·ish\ *n* -ES *usu cap* [fr. *Moabitish*, adj.] : MOABITE 2
ˈ**moan** \ˈmōn\ *n* -S [ME *mone*, *man*, *mane*, *moon*, fr. (assumed) OE *mān* lamentation, moan; perh. akin to OE *mǣnan* to have in mind, purpose — more at MEAN] **1** : LAMENTATION, COMPLAINT (made a great ~ if he had to work —D.H.Lawrence) **2 a** : a low prolonged sound indicative of pain or of grief **b** : any similar low mournful or murmuring sound **3** *obs* : a state of lamentation : SORROW, GRIEF
²**moan** \"\ *vb* -ED/-ING/-S *vt* **1** : to bewail audibly : LAMENT, BEMOAN (~*ed* that their absence accounted for the low state of learning —Joseph Dorfman) **2** : to utter wailingly or with lamentation (~ and warble the latest cowboy songs —D.B. Davis) ~ *vi* **1** : LAMENT, COMPLAIN (~*ing* over the inadequate proofs of the existence of God —W.L.Sullivan) **2 a** : to make a low prolonged sound of grief or pain : groan softly **b** : to emit a sound like a moan (the wind ~*ed* in the trees)
**moan·ful** \-fəl\ *adj* [ˈ*moan* + *-ful*] : full of moaning : expressing sorrow or grief : PLAINTIVE, SAD (a ~ song) — **moan·ful·ly** \-fəlē\ *adv*
**moan·ing·ly** *adv* [fr. *moaning*, pres. part. of ²*moan* + *-ly*] : in a moaning manner : with a moan
**mo·a·no** \mōˈä(ˌ)nō\ *or* **mo·a·na** \-ˌnə\ *n* -S [Hawaiian, Tahitian, Maori, & Samoan] : either of two important Hawaiian food fishes: **a** : a Pacific goatfish (*Pseudupeneus multifasciatus*) banded in light and dark red **b** : a closely related fish (*P. bifasciatus*)
**mo·ar·i·an** \(ˈ)mōˈa(a)rēən\ *adj*, *usu cap* [NL *Moaria*, a hypothetical continental area ((fr. E *moa* + L *-aria*, fem. of *-arius* -ary) + E *-an*] : of, relating to, or constituting a hypothetical continental area now represented only by New Zealand and adjacent parts of Polynesia
ˈ**moat** \ˈmōt, *usu* -ōd·+V\ *n* -S [ME *mot*, *mote*, prob. fr. MF *motte* hill, bank, mound, fr. OF *mote*] **1** : a deep and wide trench around the rampart of a castle or other fortified place that is usu. filled with water — see CASTLE illustration **2 a** : an artificial channel resembling a moat (as for confinement of animals in a zoo or for landscaping) **b** : a natural feature resembling a moat (as at the margin of a receding glacier, around the inner cone of a volcano, or on the sea floor at the base of a seamount or beside a coral reef)
²**moat** \"\ *vt* -ED/-ING/-S [ME *moten*, fr. *mote*, n.] : to surround with or as if with a moat
**mo·a·za·gotl cloud** \mōˈäzəˌgäd·ᵊl\ *n*, *usu cap M* [*moazagotl*



*Second College Edition*

# THE AMERICAN HERITAGE DICTIONARY

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

Copyright © 1982, 1985 by Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Permissions, Houghton Mifflin Company, 2 Park Street, Boston, MA 02108.

Library of Congress Cataloging in Publication Data
Main entry under title:
American Heritage dictionary.
Rev. ed. of: American Heritage dictionary of the English language. New college ed. c1976.
1. English language—Dictionaries. I. Morris, William, 1913–
PE1625.A54 1982 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
ISBN 0-395-32943-4
ISBN 0-395-32944-2 (thumb index)
ISBN 0-395-33959-6 (deluxe edition)

Manufactured in the United States of America

5

INTRODUC
STAFF ...
USAGE PA
CONSULT
SPECIAL A
Language,
Lee Pede
Usage and
Dwight B
William F
English an
Geoffrey
The Mathe
Henry Ku
GUIDE TO
STYLE MA
PRONUNCI
DICTIONAI
BIOGRAPH
GEOGRAPH
ABBREVIA
FOUR-YEA
TWO-YEAR
PICTURE C

ŭst′) *n.* Lack of trust. —*v.* **-trust·ed, -trust·** : To regard without confidence. —*intr.* To btful. —**mis·trust′ful** *adj.* —**mis·trust′ful·ly ful·ness** *n.*

*j.* **-i·er, -i·est.** **1.** Consisting of or resembling in. **2.** Obscured or clouded by or as if by . in clarity; vague. —**mist′i·ly** *adv.* —**mist′i·**

ĭ′tē-īd′) *adj.* **1.** Having eyes blurred as if by a sentimental or dreamy quality.

**d** (mĭs-ŭn′dər-stănd′) *tr.v.* **-stood** (-stŏŏd′), **nds.** To understand incorrectly; misinter-

**d·ing** (mĭs-ŭn′dər-stăn′dĭng) *n.* **1.** A failure orrectly. **2.** A disagreement or quarrel.

**-yōō′sĭj, -zĭj)** *n.* **1.** Abusive treatment. **2.** Im-on, as of words.

**ōs′)** *n.* Improper or incorrect use; misappli-**mis-yōōz′) -used, -us·ing, -us·es. 1.** To use rrectly. **2.** To mistreat or abuse.

**văl′yōō)** *tr.v.* **-ued, -u·ing, -ues.** To value or ctly.

**ăs-vĕn′chər)** *n.* Variant of **misadventure.**

**wûrd′)** *tr.v.* **-word·ed, -word·ing, -words.** To tly; word improperly.

y of various small arachnids that are often : OE *mīte.*]

**a.** A very small amount of money or contri-dow's mite. **2.** A coin of very small value, British coin worth half a farthing. **3.** A very eature, or particle. [ME < MDu., a small

. **1.** A tall, pointed hat with peaks in front . by bishops and certain other ecclesiastics. or binding the hair, worn by women in an-. The ceremonial headdress worn by ancient sts. **3.** A covering or top of a chimney that ease of smoke while keeping out rain and miter joint. **b.** The edge of a piece of material eveled preparatory to making a miter joint. **re.** —*v.* **-tered, -ter·ing, -ters.** —*tr.* **1.** To be-ipon. **2.** To make join with a miter joint. in a miter joint. [ME *mitre* < OFr. < Lat. **i** < Gk.]

**A box** open at the ends, with sides slotted to utting miter joints. **2.** A device for handsaws to guide cuts in lumber at various degrees. **joint** made by beveling each of two surfaces ually at a 45° angle, to form a 90° corner. A carpenter's square with a blade that is set or is adjustable.

**′tər-wûrt′, -wōrt′)** *n.* Any of several North s of the genus *Mitella,* having heart-shaped ters of small white flowers.

ĭth′rə-ĭz′əm, -rä-) *n.* A Persian religious cult in the late Roman Empire, rivaling Chris-**ra′ic** (mĭ-thrā′ĭk) *adj.* —**Mith·ra′ist** (mĭ-thrā′-

**rəs)** *n. Myth.* The Persian god of light and st evil, often identified with the sun. [Lat. < *ithra.*]

**ĭth′rĭ-dāt′)** *n.* A substance that is held to be gainst poison. [After *Mithridates* (132?–63 aid to have acquired tolerance for poison.] **(mĭth′rĭ-dā′tĭz′əm)** *n.* Tolerance for a poison king gradually larger doses of it. —**mith′ri·** *adj.*

**-sīd′)** *n.* An agent that kills mites. —**mi′ti·** *ij.*

**gāt′)** *tr.* & *intr.v.* **-gat·ed, -gat·ing, -gates.** To e less severe or intense; moderate. [ME *miti-itigare* < *mitis,* soft.] —**mit′i·ga·ble** (-gə-bəl) **ion** *n.* —**mit′i·ga′tive, mit′i·ga·to′ry** (-gə-tôr′ē, **it′i·ga′tor** *n.*

**on** (mī′tə-kŏn′drē-ən) *n., pl.* **-dri·a** (-drē-ə). copic body found in the cells of almost all s and containing enzymes responsible for the food to usable energy. [NLat. : Gk. *mitos, khondrion,* dim. of *khondros,* grain.] —**mi′to-ē-əl)** *adj.*

**ə-jən)** *n.* An agent that induces mitosis. [MI-N.] —**mi′to·gen′ic** (mī′tə-jĕn′ĭk, mĭt′ə-) *adj.* **i·ty** (-jə-nĭs′ĭ-tē) *n.*

**nī′tə-mī′sĭn)** *n.* A complex of antibiotics pro-bacterium *Streptomyces caespitosus* that is **l** in the chemotherapeutic treatment of can-**+ -MYCIN.]**

**′sĭs)** *n., pl.* **-ses** (-sēz′). *Biol.* **1.** The sequential and segregation of replicated chromosomes s that precedes complete cell division. **2.** The e of processes in cell division in which the r of chromosomes is retained in both daugh-*nitos,* thread + -OSIS.] —**mi·tot′ic** (mī-tŏt′ĭk) **cal·ly** *adv.*

**adj.** **1.** Pertaining to or resembling a miter. o a mitral valve. [Fr. < Lat. *mitra,* miter.]

**mitral valve** *n.* The heart valve between the left auricle and the left ventricle that regulates blood flow from the auricle to the ventricle.

**mi·tre** (mī′tər) *n.* & *v. Chiefly Brit.* Variant of **miter.**

**mitt** (mĭt) *n.* **1.** A woman's glove that extends over the hand but only partially covers the fingers. **2.** A mitten. **3.** A base-ball glove, esp. a large leather padded glove used by catch-ers and first basemen. **4.** *Slang.* A hand or fist. [Short for MITTEN.]

mitt

**mit·ten** (mĭt′n) *n.* A covering for the hand that encases the thumb separately and the four fingers together. [ME *mytan* < OFr. *mitaine,* prob. < Lat. *medietas,* half < *medius,* mid-dle.]

**mit·ti·mus** (mĭt′ə-məs) *n., pl.* **-mus·es.** *Law.* A writ instruct-ing a jailer to hold a prisoner. [Lat., we send (the first word of the writ).]

**mitz·vah** (mĭts′və) *n., pl.* **-voth** (-vōth′, -vōt′) or **-vahs.** **1. a.** A commandment of the Jewish law. **b.** The fulfillment of such a commandment. **2.** A worthy deed. [Heb. *miṣwāh.*]

**mix** (mĭks) *v.* **mixed, mix·ing, mix·es.** —*tr.* **1. a.** To combine or blend into one mass or mixture so that the constituent parts are indistinguishable. **b.** To create or form by adding ingredients together. **c.** To add (an ingredient or element) to another. **2.** To combine or join: *mix joy with sorrow.* **3.** To bring into social contact: *mix boys and girls in a coeduca-tional school.* **4.** To crossbreed. —*intr.* **1. a.** To become mixed or blended together. **b.** To be capable of being blended together: *Oil does not mix with water.* **2.** To asso-ciate socially or get along with others: *He does not mix well at parties.* **3.** To be crossbred. —*phrasal verb.* **mix up. 1.** To confuse; confound. **2.** To involve: *Don't let him mix you up in a power struggle.* —*n.* **1.** An act of mixing. **2.** A mixture, esp. of ingredients packaged and sold commercially: *a cake mix.* **3.** A tape recording or a phonograph record that is produced by combining and adjusting sounds. —*idiom.* **mix it up.** *Slang.* To fight. [Back-formation < obs. *mixte,* mixed < ME < OFr. < Lat. *mixtus,* p.part. of *miscēre,* to mix.] —**mix′a·ble** *adj.*

**Synonyms:** *mix, blend, mingle, coalesce, merge, amal-gamate, combine, compound, fuse.* The verb *mix* is nonspe-cific, implying only components capable of existing together. *Blend* (transitive) denotes purposeful mixing; in-transitively, it suggests that the components shade into each other. In either case the result is harmonious, and the com-ponents lose some or all of their original definition. *Mingle* implies no such loss of individual characteristics. *Coalesce* involves a union slowly achieved, with a distinct new iden-tity. *Merge* also stresses new identity. *Amalgamate* implies a looser union, akin to a federation. *Combine* is usually ap-plied to the union of a small number of elements, and im-plies resultant homogeneity. *Compound* stresses studious care in mixing distinct elements, which when united assume a new and independent character. *Fuse* emphasizes endur-ing union, as of molten metals, achieved under stress and strongly marked by loss of identity of parts.

**mixed** (mĭkst) *adj.* **1.** Blended together into one unit or mass; intermingled. **2.** Composed of a variety of differing, sometimes conflicting entities: *mixed emotions.* **3.** Made up of people of different sex, race, or social class.

**mixed bag** *n.* A collection of dissimilar things; assortment.

**mixed drink** *n.* A drink made of one or more kinds of liquor combined with other ingredients, usually shaken or stirred before serving.

**mixed grill** *n.* A dish consisting of a variety of broiled meats and vegetables, typically including a lamb chop.

**mixed marriage** *n.* Marriage between persons of different races or religions.

**mixed-me·di·a** (mĭkst′mē′dē-ə) *adj.* Multimedia.

**mixed metaphor** *n.* A succession of metaphors that produce an incongruous and ludicrous effect, as *His mounting ambi-tion was soon bridled by a wave of opposition.*

**mixed nerve** *n.* A nerve that contains both sensory and motor fibers.

**mixed number** *n.* A number, such as 7¼, equal to the sum of an integer and a fraction.

**mixed-up** (mĭkst′ŭp′) *adj. Informal.* Being in a state of con-fusion; muddled: *just a mixed-up kid.*

**mix·er** (mĭk′sər) *n.* **1.** One that mixes. **2.** A sociable person. **3.** An informal dance or party arranged to give members of a group an opportunity to get acquainted. **4.** A device that blends or mixes substances or ingredients, esp. by mechani-cal agitation. **5.** A beverage, such as soda water or ginger ale, used in diluting alcoholic drinks.

**mix·ol·o·gy** (mĭk-sŏl′ə-jē) *n.* The study or skill of preparing mixed drinks. —**mix·ol′o·gist** *n.*

**mixt** (mĭkst) *v. Archaic.* A past tense and past participle of **mix.**

**mix·ture** (mĭks′chər) *n.* **1.** Something produced by mixing. **2.** Something consisting of diverse elements: *a mixture of joy and sorrow.* **3.** A fabric made of different kinds of thread or yarn. **4. a.** The act or process of mixing. **b.** The condition of being mixed. **5.** *Chem.* A composition of two or more substances that are not chemically bound to each other. [Fr. < Lat. *mixtura* < *miscēre,* to mix.]

**Synonyms:** *mixture, blend, admixture, combination, compound, composite, amalgam. Mixture,* being nonspecific, overlaps, in nontechnical use, all of these terms. *Blend* de-notes a harmonious mixture in which the original compo-nents are modified substantially. *Admixture* applies when one ingredient is not in harmony with the fundamental quality of the new union. *Combination* applies broadly to any union of rather few components. *Compound* stresses careful, purposeful mixing; the new product has an in-dependent identity not necessarily deducible from its com-ponents. *Composite* implies more components and less deliberation in mixing; the new product lacks the unity of a compound, since the components do not wholly lose their identities. *Amalgam* implies a union more homogeneous than a composite but less sharply defined than a compound.

**mix-up** (mĭks′ŭp′) *n.* **1.** A state of confusion; muddle. **2.** *In-formal.* A fight or melee.

**Mi·zar** (mī′zär′) *n.* The star at the crook of the handle of the Big Dipper. [Ar. *mi′zar,* Mizar, veil.]

**miz·zen** or **miz·en** (mĭz′ən) *n.* **1.** A fore-and-aft sail set on the mizzenmast. **2.** A mizzenmast. [ME *meson* < OFr. *mi-saine,* prob. < OItal. *mezzana* < *mezzano,* middle < Lat. *medianus* < *medius,* half.] —**miz′zen** *adj.*

**miz·zen·mast** or **miz·en·mast** (mĭz′ən-məst, -măst′) *n.* **1.** The third mast aft on sailing ships carrying three or more masts. **2.** A jigger mast (sense 1).

**miz·zle¹** (mĭz′əl) *intr.v.* **-zled, -zling, -zles.** To rain in fine, mistlike droplets. —*n.* A mistlike rain. [ME *misellen.*] —**miz′zly** *adv.*

**miz·zle²** (mĭz′əl) *intr.v.* **-zled, -zling, -zles.** *Chiefly Brit.* To make a sudden departure. [Orig. unknown.]

**Mn** The symbol for the element **manganese.**

**mne·mon·ic** (nĭ-mŏn′ĭk) *adj.* Relating to, assisting, or de-signed to assist the memory. —*n.* A device, such as a for-mula or rhyme, used as an aid in remembering. [Gk. *mnēmonikos,* of memory < *mnēmōn,* mindful < *mnasthai,* to remember.] —**mne·mon′i·cal·ly** *adv.*

**mne·mon·ics** (nĭ-mŏn′ĭks) *n.* (*used with a sing. verb*). A sys-tem to improve or develop the memory.

**Mne·mos·y·ne** (nĭ-mŏs′ə-nē, -mŏz′-) *n. Gk. Myth.* The god-dess of memory, mother of the Muses. [Lat. < Gk. *Mnēmo-sunē* < *mnasthai,* to remember.]

**-mo** *suff.* Used after numerals to indicate the number of leaves that results from folding a sheet of paper: *twelvemo.* [< DUODECIMO.]

**Mo** The symbol for the element molybdenum.

**mo·a** (mō′ə) *n.* Any of various large, long-necked, flightless birds of the order Dinorthiformes, native to New Zealand and extinct for over a century. [Maori.]

**Mo·ab·ite** (mō′ə-bīt′) *n.* **1.** In the Old Testament, a descen-dant of Moab, the son of Lot. **2.** An inhabitant or native of Moab. —**Mo′a·bite′** *adj.*

**moan** (mōn) *n.* **1. a.** A low, sustained, mournful sound, usu-ally indicative of sorrow or pain. **b.** A similar sound: *the moan of the wind.* **2.** Lamentation. —*v.* **moaned, moan·ing, moans.** —*intr.* **1. a.** To utter a moan. **b.** To make a sound resembling a moan. **2.** To complain, lament, or grieve. —*tr.* **1.** To bewail: *He moaned his misfortunes to anyone who would listen.* **2.** To utter with a moan. [ME *mone,* com-plaint.]

**moat** (mōt) *n.* A wide, deep ditch, usually filled with water, surrounding a medieval town, fortress, or castle as a protec-tion against assault. —*tr.v.* **moat·ed, moat·ing, moats.** To surround with or as if with a moat. [ME *mote* < OFr., mound.]

**mob** (mŏb) *n.* **1.** A large, disorderly crowd or throng. **2.** The masses; the common people. **3.** *Informal.* An organized gang of criminals; crime syndicate. —*tr.v.* **mobbed, mob·bing, mobs. 1.** To crowd around and jostle or annoy, esp. in anger or excessive enthusiasm: *The audience mobbed the singer.* **2.** To crowd into: *Crowds mobbed the fairgrounds.* **3.** To attack violently, usually in a crowd or mob. [Short for obs. *mobile* < Lat. *mobile* (*vulgus*), fickle (crowd).]

**mob·cap** (mŏb′kăp′) *n.* A large, high cap trimmed with frills and ribbons, worn by women in the 18th and early 19th centuries. [Obs. *mob,* mobcap (poss. < obs. Du. *mop*) + CAP.]

**mo·bile** (mō′bəl, -bēl′, -bīl′) *adj.* **1.** Capable of moving or of being moved from place to place. **2.** Moving quickly from one state to another: *a mobile, expressive face.* **3. a.** Marked by the easy intermixing of different social groups: *a mobile society.* **b.** Having the possibility of relatively easy move-ment from one social class or level to another: *an upwardly mobile generation.* **4.** Flowing freely: *a mobile liquid.* —*n.* (mō′bēl′). A type of sculpture consisting of parts that move, esp. in response to air currents. —See Usage note at **mov-able.** [OFr. < Lat. *mobilis* < *movēre,* to move.] —**mo·bil′i·ty** (-bĭl′ĭ-tē) *n.*

**mobile home** *n.* A house trailer that is used as a permanent home and is usually hooked up to utilities.

**mo·bi·lize** (mō′bə-līz′) *v.* **-lized, -liz·ing, -liz·es.** —*tr.* **1.** To make mobile. **2. a.** To assemble, prepare, or put into opera-tion for war or a similar emergency: *mobilize troops.* **b.** To assemble or coordinate for a particular purpose: *mobilized the country's economic resources.* —*intr.* To become prepared for war or a similar emergency. [Fr. *mobiliser* < *mobile,* mo-bile < OFr.] —**mo′bi·li·za′tion** *n.*

**Mö·bi·us strip** (mœ′bē-əs) *n.* A one-sided surface that can

Möbius strip