# Exhibit 13

Eric C. Wilhelmsen December 18, 2003
Reston, VA

Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
 2             FOR THE SOUTHERN DISTRICT OF OHIO
 3                   Western Division (Dayton)
 4    - - - - - - - - - - - - - - - x  Civil Action
 5    THE PROCTOR & GAMBLE COMPANY,  :  No.: C-1-02-393
 6                   Plaintiff,      :  Hon. Walter Herbert
 7              vs.                  :       Rice (C.J.)
 8    THE COCA-COLA COMPANY,         :  Hon. Sharon Ovington
 9                   Defendant.      :      (Magistrate)
10    - - - - - - - - - - - - - - - x
11                                       Reston, Virginia
12                                       Thursday, December 18, 2003
13           Videotaped Deposition of ERIC C.
14    WILHELMSEN, PH.D., a witness herein, called for
15    examination by counsel for Plaintiff in the
16    above-entitled matter, pursuant to notice, the
17    witness being duly sworn by KAREN YOUNG, a Notary
18    Public in and for the Commonwealth of Virginia,
19    taken at the offices of Hale and Dorr, 11951 Freedom
20    Drive, Suite 1400, Reston, Virginia, at 9:00 a.m. on
      Thursday, December 18, 2003, and the proceedings
      being taken down by Stenotype by KAREN YOUNG, and
21    transcribed under her direction.
22
```

ORIGINAL

Eric C. Wilhelmsen							December 18, 2003
Reston, VA

Page 181

```
1      A.    Yes.
2      Q.    When were you told that that was going to
3  be the construction that Coca-Cola was going to
4  seek?
5      A.    I don't know the chronology of the
6  details.
7      Q.    Were you told that before you formed your
8  opinion?
9      A.    No.
10     Q.    Who told you?
11     A.    Who informed me that this was their
12 position?
13     Q.    Yes.
14     A.    One of the attorneys.  I don't remember
15 which one.
16     Q.    You understand, do you not, that under the
17 construction that Coca-Cola is seeking, that
18 according to Coke, it would not infringe the 847
19 patent, right?
20     A.    Yes.
21     Q.    You also understand, do you not, that if
22 the 847 patent does not require the addition of
```

Henderson Legal / Spherion<br>(202) 220-4158

Page 182

1   citric and malic acid, it would -- Coke would

2   infringe the 847 patent?

3         MR. IVEY:  Objection.

4   A.    Assuming the patent is valid, yes.

5   Q.    Well, Doctor, your opinions about the

6   invalidity of the 847 patent are premised on the

7   assumption that Proctor & Gamble's construction is

8   adopted, right?

9   A.    Not completely.

10  Q.    Okay.  Remind me again about the exception

11  to that.  You said it was in something section K of

12  your report?

13  A.    Yes, section K of my report.

14  Q.    Which relates to the -- your opinion about

15  the misleading representations made to the patent

16  office?

17  A.    No, this is obviousness over Kawai.

18  Q.    Obviousness over -- could you just repeat

19  it?

20  A.    Obviousness over Kawai.  That's not

21  section K.  I've got the wrong number.

22  Q.    That's what I was confused about.