# Exhibit 14

Merriam
Webster's
Collegiate®
Dictionary
TENTH EDITION

**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1993 by Merriam-Webster, Incorporated

Philippines Copyright 1993 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
p. cm.
Includes index.
ISBN 0-87779-708-0 (unindexed). — ISBN 0-87779-709-9 (indexed).
— ISBN 0-87779-710-2 (deluxe). — ISBN 0-87779-707-2 (laminated cover).
1. English language—Dictionaries. I. Merriam-Webster, Inc.
PE1628.M36 1993
423—dc20 93-20206
CIP

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

6RMcN93

T

Abbreviatio

**betel nut • bhakti** 109

ling to beasts b : resembling a
eason b : marked by base or
*syn* see BRUTAL — **bes·tial-**
\ *adv*
bēs-, ,bēsh-\ *n, pl* **-ties** (14c) 1
mal 2 : display or gratification
ual relations between a human

'bēsh-\ *n, pl* **-ar·ies** [ML *bes-*
ts, fr. *bestia*] (1840) 1 : a medi-
n the appearance and habits of
ection of descriptions of real or

ction : get going
roomsman at a wedding
*we place* — more at STOW] (14c)
e time on study) 2 : to put in a
w 3 : to provide with quarters
. used with *on* or *upon* *syn* see

**trewed** *or* **-strewn** \-'strün\;
to lie scattered over
'strōd\; **-strid·den** \-'stri-dᵊn\;
: to ride, sit, or stand astride
INATE ⟨the bloated bureaucracy
aic : to stride across
: an article (as a book) whose
s — **best·sell·er·dom** \-dəm\ *n*

) 1 a : something that is laid,
two parties on the outcome of a
ER b : the act of giving such a
3 : a choice made by consider-
the back road⟩
(1597) 1 a : to stake on the
ce of a contestant b : to be able
xpression *you bet* ⟨you ~ I'll be
if with a bet b : to make a bet
lay a bet
E *betha,* fr. L *beta,* fr. Gk *bēta,* of
4c) 1 : the 2d letter of the Greek
BETA PARTICLE 3 : a measure of a
is expressed numerically as devia-
n as unity
in the structure of an organic mol-
(~ substitution) — often used in

\ *adj* (1965) : of, relating to, or
tion⟩
: any of a class of drugs (as pro-
increase coronary blood flow by
s — **be·ta-block·ing** \-kiŋ\ *adj*
38) : an isomer of carotene found
bles and fruits
lin-secreting pancreatic cells in the

e nuclear transformation governed
on (as a neutron) changes into the
with the emission of an electron or
results in a change in the atomic

(1977) : an endorphin of the pitu-
nalgesic potency than morphine
of several globulins of plasma or
trophoretic mobilities intermediate
and gamma globulins
*eta* beet] (1879) : a sweet crystalline
$O_2$ occurring esp. in beet juice; *also*
chloride $C_5H_{12}NO_2Cl$
**-tak·en** \-'tā-kən\; **-tak·ing** (14c)
eself) to go
mə\ *n* [*lactam,* a cyclic amide (fr.
: PENICILLINASE
dā-shən\ *n* (ca. 1935) : stepwise
two-carbon fragments are succes-
nd of the chain
ed electron; *specif* : one emitted by a

LE 2 : a stream of beta particles —

\ *n* (1948) : any of a group of recep-
cell membranes of the sympathetic
ificity of certain adrenergic agents in
ctivities (as vasodilation, increase in
the heart, and relaxation of smooth
)
-mē-ə\ *n* (1962) : thalassemia in
ain is affected and which comprises
us condition and a less severe thalas-
n
1941) : an accelerator in which elec-
ive action of a rapidly varying mag-

rhythm of the brain with a frequency
is associated with normal conscious
*eta, beta rhythm*
mil *verrilat*] (1553) : a climbing pep-
chewed together with betel nut and
atory esp. by southeastern Asians
jüz\ *n* [F *Bételgeuse,* fr. Ar *bayt al-*
he twins (confused with Orion & Be-

*telgeuse*)] : a variable red giant star of the first magnitude near one shoulder of Orion

**betel nut** *n* [fr. its being chewed with betel leaves] (1681) : the astringent seed of the betel palm

**betel palm** *n* (1875) : an Asian pinnate-leaved palm (*Areca catechu*) that has an orange-colored drupe with an outer fibrous husk

**bête noire** \,bet-'nwär, ,bāt-\ *n, pl* **bêtes noires** \,bet-'nwär(z), ,bāt-\ [F, lit., black beast] (1844) : a person or thing strongly detested or avoided : BUGBEAR

**beth** \'bāth, 'bāt, 'bās\ *n* [Heb *bēth,* fr. *bayith* house] (ca. 1823) : the 2d letter of the Hebrew alphabet — see ALPHABET table

**beth·el** \'be-thəl\ *n* [Heb *bēth'ēl* house of God] (ca. 1617) 1 : a hallowed spot 2 a : a chapel for Nonconformists b : a place of worship for seamen

**be·think** \bi-'thiŋk\ *vt* **-thought** \-'thȯt\; **-think·ing** (bef. 12c) 1 a : REMEMBER, RECALL b : to cause (oneself) to be reminded 2 : to cause (oneself) to consider

**be·tide** \bi-'tīd\ *vi* (12c) : to happen esp. as if by fate ~ *vt* : to happen to : BEFALL — used chiefly in the phrase *woe betide* ⟨woe ~ our enemies⟩

**be·times** \bi-'tīmz\ *adv* (13c) 1 : in good time : EARLY 2 *archaic* : in a short time : SPEEDILY 3 : at times : OCCASIONALLY

**bê·tise** \bā-'tēz\ *n, pl* **bê·tises** \-'tēz\ [F] (1827) 1 : an act of foolishness or stupidity 2 : lack of good sense : STUPIDITY

**be·to·ken** \bi-'tō-kən\ *vt* **-to·kened; -to·ken·ing** \-'tōk-niŋ, -'tō-kə-\ (15c) 1 : to typify beforehand : PRESAGE 2 : to give evidence of : SHOW

**be·tray** \bi-'trā\ *vb* [ME, fr. *be-* + *trayen* to betray, fr. OF *trair,* fr. L *tradere* — more at TRAITOR] *vt* (13c) 1 : to lead astray; *esp* : SEDUCE 2 : to deliver to an enemy by treachery 3 : to fail or desert esp. in time of need 4 a : to reveal unintentionally b : SHOW, INDICATE c : to disclose in violation of confidence ~ *vi* : to prove false *syn* see REVEAL — **be·tray·al** \-'trā(-ə)l\ *n* — **be·tray·er** \-'trā-ər\ *n*

**be·troth** \bi-'trōth, -'trȯth\ *vt* [ME, fr. *be-* + *trouthe* truth, troth] (14c) 1 : to promise to marry 2 : to give in marriage

**be·troth·al** \-'trō-thəl, -'trȯ-, -thəl\ *n* (1844) 1 : the act of betrothing or fact of being betrothed 2 : a mutual promise or contract for a future marriage

**be·trothed** \bi-'trōthd, -'trȯtht\ *n* (1588) : the person to whom one is betrothed

**bet·ta** \'be-tə\ *n* [NL] (1927) : any of a genus (*Betta*) of small brilliantly colored long-finned freshwater fishes of southeastern Asia; *esp* : SIAMESE FIGHTING FISH

¹**bet·ter** \'be-tər\ *adj, comparative of* GOOD [ME *bettre,* fr. OE *betera;* akin to OE *bōt* remedy, Skt *bhadra* fortunate] (bef. 12c) 1 : greater than half 2 : improved in health or mental attitude 3 : more attractive, favorable, or commendable 4 : more advantageous or effective 5 : improved in accuracy or performance

²**better** *vt* (bef. 12c) 1 : to make better: as a : to make more tolerable or acceptable ⟨trying to ~ the lot of slum dwellers⟩ b : to make more complete or perfect ⟨looked forward to ~*ing* her acquaintance with the new neighbors⟩ 2 : to surpass in excellence : EXCEL ~ *vi* : to become better *syn* see IMPROVE

³**better** *adv, comparative of* WELL (12c) 1 a : in a more excellent manner b : to greater advantage : PREFERABLY ⟨some things are ~ left unsaid⟩ 2 a : to a higher or greater degree ⟨he knows the story ~ than you do⟩ b : MORE ⟨it is ~ than nine miles to the next town⟩

⁴**better** *n* (12c) 1 a : something better b : a superior esp. in merit or rank 2 : ADVANTAGE, VICTORY ⟨get the ~ of him⟩

⁵**better** *verbal auxiliary* (1831) : had better ⟨you ~ hurry⟩

**bet·ter·ment** \'be-tər-mənt\ *n* (1598) 1 : a making or becoming better 2 : an improvement that adds to the value of a property or facility

**bet·ter–off** \,be-tə-'rȯf\ *adj* (ca. 1859) 1 : being in comfortable economic circumstances ⟨the ~ people live in the older section of town⟩ 2 : being in a more advantageous position

**betting shop** *n* (1852) *Brit* : a shop where bets are taken

**bet·tor** *or* **bet·ter** \'be-tər\ *n* (1609) : one that bets

¹**be·tween** \bi-'twēn\ *prep* [ME *betwene,* prep. & adv., fr. OE *betweonum,* fr. *be-* + *-tweonum* (dat. pl.) (akin to Goth *tweihnai* two each); akin to OE *twā* two] (bef. 12c) 1 a : by the common action of : jointly engaging ⟨shared the work ~ the two of them⟩ ⟨talks ~ the three —*Time*⟩ b : in common to : shared by ⟨divided ~ his four grandchildren⟩ 2 a : in the time, space, or interval that separates b : in intermediate relation to 3 a : from one to another of ⟨air service ~ Miami and Chicago⟩ b : serving to connect or unite in a relationship (as difference, likeness, or proportion) ⟨a one-to-one correspondence ~ sets⟩ c : setting apart ⟨the line ~ fact and fancy⟩ 4 : in point of comparison of ⟨not much to choose ~ the two coats⟩ 5 : in confidence restricted to ⟨a secret ~ you and me⟩

*usage* There is a persistent but unfounded notion that *between* can be used only of two items and that *among* must be used for more than two. *Between* has been used of more than two since Old English; it is esp. appropriate to denote a one-to-one relationship, regardless of the number of items. It can be used when the number is unspecified ⟨economic cooperation *between* nations⟩, when more than two are enumerated ⟨*between* you and me and the lamppost⟩ ⟨partitioned *between* Austria, Prussia, and Russia —Nathaniel Benchley⟩, and even when only one item is mentioned (but repetition is implied) ⟨pausing *between* every sentence to rap the floor —George Eliot⟩. *Among* is more appropriate where the emphasis is on distribution rather than individual relationships ⟨discontent *among* the peasants⟩. When *among* is automatically chosen for more than two, English idiom may be strained ⟨a worthy book that nevertheless falls *among* many stools —John Simon⟩ ⟨the author alternates *among* mod slang, clichés and quotes from literary giants —A. H. Johnston⟩.

²**between** *adv* (bef. 12c) : in an intermediate space or interval

**be·tween-brain** \-,brān\ *n* (ca. 1909) : DIENCEPHALON

**be·tween·ness** \bi-'twēn-nəs\ *n* (1892) : the quality or state of being between two others in an ordered mathematical set

**be·tween·times** \bi-'twēn-,tīmz\ *adv* (1907) : at or during intervals

**be·tween·whiles** \-,hwīlz, -,wīlz\ *adv* (1678) : BETWEENTIMES

**be·twixt** \bi-'twikst\ *adv or prep* [ME, fr. OE *betwux,* fr. *be-* + *-twux* (akin to Goth *tweihnai*)] (bef. 12c) : BETWEEN

**betwixt and between** *adv or adj* (1832) : in a midway position : neither one thing nor the other

**Beu·lah** \'byü-lə\ *n* : an idyllic land near the end of life's journey in Bunyan's *Pilgrim's Progress*

**beurre blanc** \'bər-'blä"\ *n* [F, lit., white butter] (1931) : a hot butter sauce (as for fish) flavored with vinegar or lemon juice

**beurre ma·nié** \-män-'yā\ *n* [F, lit., handled butter] (1939) : flour and butter kneaded together used as a thickener in sauces

**beurre noir** \-'nwär\ *n* [F, lit., black butter] (1856) : butter heated until brown or black and often flavored with vinegar or lemon juice

¹**bev·el** \'be-vəl\ *adj* (ca. 1600) : OBLIQUE, BEVELED

²**bevel** *n* [(assumed) MF, fr. OF *baif* with open mouth, fr. *baer* to yawn — more at ABEYANCE] (1610) 1 : an instrument consisting of two rules or arms jointed together and opening to any angle for drawing angles or adjusting surfaces to be cut at an angle 2 a : the angle that one surface or line makes with another when they are not at right angles b : the slant of such a surface or line 3 : the part of printing type extending from face to shoulder

³**bevel** *vb* **-eled** *or* **-elled; -el·ing** *or* **-el·ling** \'bev-liŋ, 'be-və-\ *vt* (1677) : to cut or shape to a bevel ~ *vi* : INCLINE, SLANT

**bevel gear** *n* (1833) : either of a pair of toothed wheels whose working surfaces are inclined to nonparallel axes

bevel gears

**bev·er·age** \'bev-rij, 'be-və-\ *n* [ME, fr. MF *bevrage,* fr. *beivre* to drink, fr. L *bibere* — more at POTABLE] (14c) : a drinkable liquid

**bevy** \'be-vē\ *n, pl* **bev·ies** [ME *bevey*] (15c) 1 : a large group or collection ⟨a ~ of girls⟩ 2 : a group of animals and esp. quail together

**be·wail** \bi-'wā(ə)l\ *vt* (14c) 1 : to wail over 2 : to express deep sorrow for usu. by wailing and lamentation ⟨wringing her hands and ~*ing* her fate⟩ *syn* see DEPLORE

**be·ware** \bi-'war, -'wer\ *vb* [ME *been war,* fr. *been* to be + *war* careful — more at BE, WARE] *vi* (14c) : to be on one's guard ⟨~ of the dog⟩ ~ *vt* 1 : to take care of ⟨~ your wallet⟩ 2 : to be wary of ⟨we must . . . ~ the exceedingly tenuous generalization —Matthew Lipman⟩

**be·whis·kered** \-'hwis-kərd, -'wis-\ *adj* (1820) : wearing whiskers

**be·wigged** \bi-'wigd\ *adj* (1774) : wearing a wig

**be·wil·der** \bi-'wil-dər\ *vt* **-wil·dered; -wil·der·ing** \-d(ə-)riŋ\ (1684) 1 : to cause to lose one's bearings 2 : to perplex or confuse esp. by a complexity, variety, or multitude of objects or considerations *syn* see PUZZLE — **be·wil·dered·ly** *adv* — **be·wil·dered·ness** *n* — **be·wil·der·ing·ly** \-d(ə-)riŋ-lē\ *adv*

**be·wil·der·ment** \-dər-mənt\ *n* (1820) 1 : the quality or state of being bewildered 2 : a bewildering tangle or confusion

**be·witch** \bi-'wich\ *vt* (13c) 1 a : to influence or affect esp. injuriously by witchcraft b : to cast a spell over 2 : to attract as if by the power of witchcraft : ENCHANT ⟨~*ed* by her beauty⟩ ~ *vi* : to bewitch someone or something — **be·witch·ery** \-'wi-ch(ə-)rē\ *n* — **be·witch·ing·ly** \-'wi-chiŋ-lē\ *adv*

**be·witch·ment** \-'wich-mənt\ *n* (1607) 1 a : the act or power of bewitching b : a spell that bewitches 2 : the state of being bewitched

**be·wray** \bi-'rā\ *vt* [ME, fr. *be-* + *wreyen* to accuse, fr. OE *wrēgan;* akin to OHG *ruogen* to accuse] (13c) *archaic* : DIVULGE, BETRAY

**bey** \'bā\ *n* [Turk, gentleman, chief] (1595) 1 a : a provincial governor in the Ottoman Empire b : the former native ruler of Tunis or Tunisia 2 — used as a courtesy title in Turkey and Egypt

¹**be·yond** \bē-'änd\ *adv* [ME, prep. & adv., fr. OE *begeondan,* fr. *be-* + *geondan* beyond, fr. *geond* yond — more at YOND] (bef. 12c) 1 : on or to the farther side : FARTHER 2 : in addition : BESIDES

²**beyond** *prep* (bef. 12c) 1 : on or to the farther side of : at a greater distance than 2 a : out of the reach or sphere of b : in a degree or amount surpassing c : out of the comprehension of 3 : in addition to : BESIDES

³**beyond** *n* (14c) 1 : something that lies beyond 2 : something that lies outside the scope of ordinary experience; *specif* : HEREAFTER

**be·zant** \'be-zᵊnt, bə-'zant\ *n* [ME *besant,* fr. OF, fr. ML *Byzantius* Byzantine, fr. *Byzantium,* ancient name of Istanbul] (13c) 1 : SOLIDUS 1 2 : a flat disk used in architectural ornament

**be·zel** \'bē-zəl, 'be-\ *n* [prob. fr. dial. form of F *biseau* bezel, fr. MF] (ca. 1616) 1 : a rim that holds a transparent covering (as on a watch, clock, or headlight) or that is rotatable and has special markings (as on a watch) 2 : the oblique side or face of a cut gem; *specif* : the upper faceted portion of a brilliant projecting from the setting — see BRILLIANT illustration 3 : a usu. metal rim of a piece of jewelry in which an ornament (as a gem) is set

**be·zique** \bə-'zēk\ *n* [F *bésique*] (1861) : a card game similar to pinochle that is played with a pack of 64 cards

**be·zoar** \'bē-,zōr, -,zȯr\ *n* [MF, fr. ML, fr. Ar dial. *bezuwār,* fr. Ar *bāzahr,* fr. Per *pād-zahr,* fr. *pād* protecting (against) + *zahr* poison] (1577) : any of various calculi found chiefly in the gastrointestinal organs and formerly believed to possess magical properties — called also *bezoar stone*

**B–girl** *n* [prob. fr. *bar* + *girl*] (1936) : a woman who entertains bar patrons and encourages them to spend freely

**BHA** \,bē-(,)ā-'chā\ *n* [*butylated hydroxyanisole*] (1950) : a phenolic antioxidant $C_{11}H_{16}O_2$ used esp. to preserve fats and oils in food

**Bha·ga·vad Gi·ta** \,bä-gə-,väd-'gē-tə\ *n* [Skt *Bhagavadgītā,* lit., song of the blessed one (Krishna)] (ca. 1785) : a Hindu devotional work in poetic form

**bhak·ti** \'bək-tē\ *n* [Skt, lit., portion] (1832) : devotion to a deity constituting a way to salvation in Hinduism

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \th\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision \å, k, ⁿ, œ, œ̄, ue, ue̅, ʸ\ *see* Guide to Pronunciation



*Second College Edition*

# THE AMERICAN HERITAGE DICTIONARY

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

Copyright © 1982, 1985 by Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Permissions, Houghton Mifflin Company, 2 Park Street, Boston, MA 02108.

**Library of Congress Cataloging in Publication Data**
Main entry under title:
American Heritage dictionary.
Rev. ed. of: American Heritage dictionary of the English language. New college ed. c1976.
1. English language—Dictionaries. I. Morris, William, 1913–
PE1625.A54 1982 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
ISBN 0-395-32943-4
ISBN 0-395-32944-2 (thumb index)
ISBN 0-395-33959-6 (deluxe edition)

Manufactured in the United States of America

INTRODUC
STAFF ...
USAGE PA
CONSULT
SPECIAL A
Language,
Lee Pede
Usage and
Dwight B
William F
English an
Geoffrey
The Mathe
Henry Ku
GUIDE TO
STYLE MA
PRONUNCI
DICTIONA
BIOGRAPH
GEOGRAPH
ABBREVIA
FOUR-YEA
TWO-YEAR
PICTURE C

**beta | beverage** 174

is made. 3. An amount or object risked in a wager; stake. 4. A person or thing on which a stake is placed. —*v.* **bet** or **bet·ted, bet·ting, bets.** —*tr.* 1. To stake (an amount, for example) in a bet. 2. To make a bet with. 3. To make a bet on (a contestant or an outcome). 4. To maintain confidently, as if making a bet. —*intr.* To make or place a bet. —*idiom.* **you bet** *Informal.* Of course; surely. [Orig. unknown.]

**be·ta** (bā'tə, bē'-) *n.* 1. The 2nd letter of the Greek alphabet. See table at **alphabet**. 2. The second item in a series or system of classification. 3. *Physics.* a. A beta particle. b. A beta ray. [Gk. *bēta,* of Phoenician orig.; akin to Heb. *bēth.*]

**be·ta-ad·re·ner·gic** (bā'tə-ăd'rə-nûr'jĭk, bē'-) *adj.* Of, pertaining to, or being a beta-receptor.

**be·ta-block·er** (bā'tə-blŏk'ər, bē'-) *n.* A drug that inhibits the absorption of adrenalin by interfering with beta-receptor action.

**beta cell** *n.* 1. Any of the cells in the islands of Langerhans that produce insulin. 2. Any of the basophilic chemophiles located in the anterior lobe of the adenohypophysis.

**be·ta-en·dor·phin** (bā'tə-ĕn-dôr'fĭn, bē'-) *n.* An endorphin that is a potent pain suppressant produced by the pituitary gland.

**beta globulin** *n.* Any of several globulins intermediate in their particulate motility response to electrophoresis as compared to alpha and gamma globulins.

**be·ta·ine** (bē'tə-ēn') *n.* A sweet crystalline alkaloid, $C_5H_{11}NO_2$, occurring in sugar beets and other plants and used in the treatment of muscular degeneration. [Lat. *beta,* beet + -INE.]

**be·take** (bĭ-tāk') *tr.v.* **-took** (-tŏŏk'), **-tak·en, -tak·ing, -takes.** 1. To cause (oneself) to go or move. 2. *Archaic.* To commit; apply.

**be·ta-ox·i·da·tion** (bā'tə-ŏk'sĭ-dā'shən, bē'-) *n.* The process of fatty-acid catabolism, in which two-carbon fragments are removed in succession from the carboxyl end of the chain.

**beta particle** *n.* A high-speed electron or positron, esp. one emitted in radioactive decay.

**beta ray** *n.* A stream of beta particles, esp. of electrons.

**be·ta-re·cep·tor** (bā'tə-rĭ-sĕp'tər, bē'-) *n.* A site in the autonomic nervous system that is activated by or strongly responds to adrenergic agents, such as epinephrine, by producing inhibitory action.

**beta rhythm** also **beta wave** *n.* The second most common waveform occurring in electroencephalograms of the adult brain, characteristically having a frequency from 18 to 30 cycles per second and associated with an alert waking state.

**be·ta·tron** (bā'tə-trŏn', bē'-) *n.* A fixed-radius magnetic induction electron accelerator capable of accelerating electrons to energies of a few million to a few hundred million electron volts.

**be·tel** (bēt'l) *n.* A climbing Asiatic plant, *Piper betle,* whose leaves are chewed with the betel nut by people of southeastern Asia to induce both stimulating and narcotic effects. [Port. < Malayalam *veṭṭila.*]

**Be·tel·geuse** (bēt'l-jōōz', bĕt'l-jœz') *n.* A bright-red intrinsic variable star, 527 light years from Earth, in the constellation Orion. [Fr. *Bételgeuse,* prob. < Ar. *bīt aljauzā.*]

betel palm

**betel nut** also **be·tel·nut** (bēt'l-nŭt') *n.* The seed of the fruit of the betel palm, chewed, together with betel leaves and lime, by many people of southeastern Asia.

**betel palm** *n.* A palm tree, *Areca catechu,* of tropical Asia, having featherlike leaves and orange or scarlet fruit.

**bête noire** (bĕt nwär') *n.* Someone or something that one particularly dislikes or avoids. [Fr. : *bête,* beast + *noire,* black.]

**beth** (bĕt) *n.* The 2nd letter of the Hebrew alphabet. See table at **alphabet**. [Heb. *bēth.*]

**beth·el** (bĕth'əl) *n.* 1. A hallowed or holy place. 2. A chapel for seamen. [Heb. *bēth 'Ēl,* house of God.]

**be·think** (bĭ-thĭngk') *v.* **-thought** (-thôt'), **-think·ing, -thinks.** —*tr.* 1. *Archaic.* To reflect on; think about. 2. To remind (oneself); remember. —*intr. Archaic.* To meditate; ponder. [ME *bethinken* < OE *beðencan.*]

**be·tide** (bĭ-tīd') *v.* **-tid·ed, -tid·ing, -tides.** —*tr.* To happen to. —*intr.* To take place; befall. [ME *betiden* : *be-,* thoroughly + *tiden,* to happen < OE *tīdan.*]

**be·times** (bĭ-tīmz') *adv.* 1. In good time; early. 2. *Archaic.* Quickly; soon. [ME.]

**bê·tise** (bā-tēz') *n., pl.* **bê·tises** (-tēz'). 1. Stupidity; foolishness. 2. A stupid or foolish act. [Fr. < *bête,* foolish < *bête,* beast < OFr. *beste* < Lat. *bestia.*]

**be·to·ken** (bĭ-tō'kən) *tr.v.* **-kened, -ken·ing, -kens.** To be or give a sign or portent of. [ME *betokenen* : *be-,* thoroughly + *toknen,* to signify < OE *tacnian.*] —**be·to'ken·er** *n.*

**bet·o·ny** (bĕt'n-ē) *n., pl.* **-nies.** 1. Any of several plants of the genus *Stachys,* esp. *S. officinalis,* native to Eurasia, having a spike of reddish-purple flowers. 2. The lousewort. [ME *betone* < OFr. *betoine* < Lat. *betonica,* prob. < *Vettones,* an ancient Iberian tribe.]

**be·took** (bĭ-tŏŏk') *v.* Past tense of **betake**.

**be·tray** (bĭ-trā') *tr.v.* **-trayed, -tray·ing, -trays.** 1. To commit treason against or be a traitor to. 2. To divulge in a breach of confidence. 3. To make known unintentionally: *trembling hands betraying anxiety.* 4. To reveal; indicate. 5. To lead astray; deceive. [ME *betrayen* : *be-* thoroughly + *trayen,* to betray < OFr. *trair* < Lat. *tradere.* —see TRADITION.] —**be·tray'al** *n.* —**be·tray'er** *n.*

**be·troth** (bĭ-trōth', -trôth') *tr.v.* **-trothed, -troth·ing, -troths.** 1. To promise to give in marriage. 2. To promise to marry. [ME *betrouthen* : *be-,* in relation to + *trouthe,* troth.]

**be·troth·al** (bĭ-trō'thəl, -trô'thəl) *n.* 1. a. The act of betrothing. b. The fact of being betrothed. 2. A mutual promise to marry; engagement.

**be·trothed** (bĭ-trōthd', -trôtht') *n.* A person to whom one is engaged to be married.

**bet·ta** (bĕt'ə) *n.* Any of a genus, *Betta,* of small, long-finned freshwater fishes of striking coloration, found in southeastern Asia. [NLat. *Betta,* genus name.]

**bet·ter¹** (bĕt'ər) *adj.* Comparative of **good**. 1. Greater in excellence or higher in quality. 2. More useful, suitable, or desirable. 3. Larger; greater: *the better part of a summer.* 4. Healthier than before. —*adv.* Comparative of **well**. 1. In a more excellent way. 2. a. To a greater extent or degree. b. To greater use or advantage. 3. More: *better than a year.* —*n.* 1. Something that is better. 2. A superior, as in rank or intelligence. —*v.* **-tered, -ter·ing, -ters.** —*tr.* 1. To improve: *bettered his position.* 2. To surpass or exceed. —*intr.* To become better. —*idioms.* **better off.** In a better or wealthier condition. **for the better.** So as to improve. [ME < OE *betera.*]

**Usage:** *Better* is normally used in a comparison of two: *Which house of Congress has the better record?* However, *best* is used idiomatically with reference to two in certain locutions: *Put your best foot forward. May the best man win!* The phrase *had better* is accepted, so long as the *had* or its contraction is preserved: *You had better do it* or *you'd better do it,* but not *you better do it.* The use of *better* for *more,* as in *the distance is better than a mile,* is considered unacceptable in writing by a majority of the Usage Panel.

**bet·ter²** (bĕt'ər) *n.* Variant of **bettor**.

**bet·ter·ment** (bĕt'ər-mənt) *n.* 1. An improvement. 2. An improvement that is not merely a repair but that also adds to the value of real property.

**bet·ter-off** (bĕt'ər-ôf', -ŏf') *adj.* Being in a better or more prosperous condition.

**bet·tor** also **bet·ter** (bĕt'ər) *n.* One who bets.

**be·tween** (bĭ-twēn') *prep.* 1. a. In the position or interval separating: *between the trees; between 11 o'clock and 12 o'clock.* b. Intermediate to, as in quantity, amount, or degree: *costs between fifteen and twenty dollars.* 2. Connecting spatially: *a road between the house and the village.* 3. a. By the combined effort or effect of: *Between them they succeeded.* b. In the combined ownership of: *They had three dollars between them.* 4. As measured against. Used often to express a reciprocal relationship: *choose between riding and walking.* —*adv.* In an intermediate space, position, or time; in the interim. —*idioms.* **between you and me.** In strictest confidence. **in between.** In an intermediate situation. [ME *betwene* < OE *betwēonum.*]

**Usage:** *Between* and *among* are often confused. *Between* is the only possible choice when only two entities are involved: *between* (never *among*) *good and evil; the rivalry between* (never *among*) *England and France.* When more than two entities are involved, the choice of *between* or *among* depends on the intended meaning. *Among* is used to indicate that an entity has been chosen from the members of a group: *the first among* (not *between*) *equals; Among* (not *between*) *the four chairs, I like the red one best. Among* is also used to indicate a relation of inclusion in a group: *He is among the best painters of our time; He took his place among the students waiting outside the door. Between,* on the other hand, is used to indicate the area bounded by several points: *We have narrowed the search to the area between* (not *among*) *Philadelphia, New York, and Scranton.* In other cases, either *between* or *among* may be used; one may speak of *an agreement between* or *among several merchants,* and one may say either that *the boy was lost among the trees* ("in the area of the trees") or *between the trees* (in which case we infer that the trees hid the boy from sight.)

**be·tween·times** (bĭ-twēn'tīmz') *adv.* At or during pauses.

**be·twixt** (bĭ-twĭkst') *adv. & prep. Archaic.* Between. —*idiom.* **betwixt and between.** In an intermediate position; neither wholly one thing nor another. [ME < OE *betwyx.*]

**Beu·lah** (byōō'lə) *n.* 1. In the Old Testament, the land of Israel. 2. The land of peace described in Bunyan's *Pilgrim's Progress.*

**bev·a·tron** (bĕv'ə-trŏn') *n. Physics.* A proton synchrotron. [B(ILLION) + E(LECTRON) + V(OLTS) + -TRON.]

**bev·el** (bĕv'əl) *n.* 1. The angle or inclination of a line or surface that meets another at any angle but 90 degrees. 2. A rule with an adjustable arm used to measure or draw angles or to fix a surface at an angle. —*v.* **-eled, -el·ing, -els** or **-elled, -el·ling, -els.** —*tr.* To cut at an inclination that forms an angle other than a right angle. —*intr.* To be inclined; slope. [OFr. *bevel < baif,* open-mouthed < *bayer,* to gape.]

**bevel gear** *n.* Either of a pair of gears with teeth surfaces cut so that the gear shafts are not parallel.

**bev·er·age** (bĕv'ər-ĭj, bĕv'rĭj) *n.* Any of various liquids for drinking, usually excluding water. [ME *beverege* < OFr. *bevrage* < *beivre,* to drink < Lat. *biber.*]

ă pat / ā pay / âr care / ä father / b bib / ch church / d deed / ĕ pet / ē be / f fife / g gag / h hat / hw which / ĭ pit / ī pie / îr pier / j judge / k kick / l lid, needle / m mum / n no, sudden / ng thing / ŏ pot / ō toe / ô paw, for / oi noise / ou out / ŏŏ took / ōō boot

175

**bev·y** (bĕv'ē) *n., pl.* **-ies.** 1. A gro
larks or quail; flock. 2. A group
**be·wail** (bĭ-wāl') *tr.v.* **-wailed, -wa**
sorrow or regret over. 2. To cry
**wail'ment** *n.*
**be·ware** (bĭ-wâr') *v.* **-wared, -wa**
cautious of. —*intr.* To be cautio
*be ware* : *be,* imper. of *been,* to b
OE *wær.*]
**be·whis·kered** (bĭ-hwĭs'kərd, -w
**be·wil·der** (bĭ-wĭl'dər) *tr.v.* **-de**
confuse or befuddle, esp. with
ations, objects, or statements.
sense of where one is. —**be·wil'd**
**ness** *n.* —**be·wil'der·ing·ly** *adv.*
**be·wil·der·ment** (bĭ-wĭl'dər-mən
ing bewildered. 2. A situation o
tangle.
**be·witch** (bĭ-wĭch') *tr.v.* **-witch**
1. To place under one's power b
spell over. 2. To captivate compl
*chen* : *be-,* thoroughly + *wicche*
< *wicce,* witch and *wicca,* wiza
**witch'ery** *n.* —**be·witch'ing** *adj.*
**be·witch·ment** (bĭ-wĭch'mənt) *n.*
ing. b. The state of being bewi
witches.
**be·wray** (bĭ-rā') *tr.v.* **-wrayed, -wr**
disclose, esp. inadvertently; be
thoroughly + *wreien,* to accuse
**bey** (bā) *n.* 1. A provincial govern
2. A native ruler of the former
Turkish title of honor and respec
**be·yond** (bē-ŏnd', bĭ-yŏnd') *prep.*
2. Later than. 3. Past the underst
*an evil beyond remedy.* 4. To a
than: *rich beyond his wildest drean*
*for nothing beyond peace and qu*
[ME < OE *begeondan.*]
**bez·ant** (bĕz'ənt, bə-zănt') 1. A g
tium; solidus. 2. *Archit.* A flat d
[ME *besant* < OFr. < Lat. *Byzant*
**bez·el** (bĕz'əl) *n.* 1. A slanting su
of a cutting tool. 2. The upper, fa
above the girdle. 3. A groove or
beveled edge, as of a watch cry
known.]
**be·zique** (bə-zēk') *n.* A card game
played with a deck of 64 cards. [
**be·zoar** (bē'zôr', -zōr') *n.* A hard
found chiefly in ruminants and on
to poison. [ME *bezear* < OFr. *be*
*pād-zahr* : *pād,* protecting against
**B-girl** (bē'gûrl') *n.* A woman who
bar to spend money freely. [B(AR)
**Bha·ga·vad-Gi·ta** (bä'gə-väd-gē'tə
in the form of a philosophical dia
into the *Mahabharata,* an anc
*bhagavad-gītā,* song of the blessed
**bhang** also **bang** (băng) *n.* 1. Th
several narcotics made from the d
hemp. [Hindi *bhāng* < Skt. *bhaṅg*
**Bhu·tan·ese** (bōō'tə-nēz', -nēs') *n.*
tive or inhabitant of Bhutan. 2. T
of Bhutan. —*adj.* Of or characteri
or their language and culture.
**bi-¹** or **bin-** *pref.* 1. a. Two: *b*
c. Both sides, parts, or directions
ring at intervals of two: *bicente*
during: *biweekly.* 3. a. Containing
specified chemical element or gro
*bicarbonate.* b. Containing two ch
groups: *biphenyl.* [Lat. < *bis,* twice
**Usage:** *Bimonthly* and *biweek*
months" and "once every two wee
and "twice a week," the words *sen*
should be used. But there is a gre
the distinction, and a writer is w
expressions like "every two mont
where possible. However, used as
cation that appears every two mo
are unavoidable.
**bi-²** *pref.* Variant of **bio-**.
**Bi** The symbol for the element bis
**bi·a·ly** (bē-ä'lē) *n., pl.* **-lys.** A flat,
with onion flakes. [After *Bialystok,*
**bi·an·nu·al** (bī-ăn'yōō-əl) *adj.* Ha
semiannual. —**bi·an'nu·al·ly** *adv.*
**bi·as** (bī'əs) *n.* 1. A line cutting di
of fabric. 2. a. A preference or i
inhibits impartial judgment; prej
stance of this. 3. a. A weight or
causes it to swerve, as in lawn bow
such a ball to swerve. 4. The fix
electrode. —*modifier: a bias fold.*
**-es** or **-assed, -as·sing, -as·ses.** 1.

p pop / r roar / s sauce / sh ship, dish
zh vision / ə about, item, edible, gall