# Exhibit 4

LAID-OPEN PATENT JOURNAL, Sho 54-8767, January 23, 1979

54: Calcium enriched soft drink
21: Patent application - Sho 52-69999
22: Date of application - June 15, 1977
72: Inventors - Hisaji Kaji and one other
            22-20-6, Kitakarasuyama Setagaya-ku Tokyo-to
71: Applicants - Hisaji Kaji and two others
            22-20-6, Kitakarasuyama Setagaya-ku Tokyo-to
74: Representative - Patent attorney Michizo Isono

Specification

1. Title of invention
   Calcium enriched soft drink

2. Claim
   Calcium enriched soft drink containing calcium salts of food organic acids such as calcium citrate, calcium malate, calcium lactate, calcium tartarate, etc.

3. Detailed explanation of the invention
   The present invention refers to a calcium enriched soft drink containing food organic acids such as calcium citrate, calcium malate, calcium lactate, calcium tartarate, and so on. As the conventional well known soft drinks, there are carbonate drinks such as ramune (lemonade), cider (an aerated cider-like drink), tansan (carbonate), cola, etc.; fruit juice drinks such as fruit juice, fruit juice molasses, water containing fruit juice, etc.; lactic acid drinks such as calpis, yakuruto, etc.. Raw materials of manufacturing the said drinks are soft water containing small amounts of iron, manganese, chlorine, etc.; sweeteners such as refined white sugar, invert sugar, etc.; flavoring agents such as essence, extract, etc.; souring agents such as citric acid, tartaric acid, lactic acid, etc.; food colors such as caramel, etc.; and so on. These drinks are used regularly as some energy supplying sources between meals, water supplyer, thirst reliever, digestion promotor, and so on., and the production of such drinks are increasing year after year. However, the sugar content in these drinks create some problems from the nutritional point of view. In other words, an excess intake of sugar causes an accumulation of metabolic intermediates including methylglyoxal, pyroracemic acid, lactic acid, etc., which are incomplete combustion products. As a result, an accumulation of thse intermediates in blood turns the blood into acidic pH. In order to neutralize the pH, calcium from bone, teeth, etc. is eluted. On the other hand, the body becomes acidosis which weakens the body's resisting power against bacteria and triggers various diseases. Furthermore, the recent dietary life tends to intake excess sug r. In spite that growing

- 1 -

children and infants require a large amount of calcium, frequent intake of soft drinks and candies creates medical problems, especially this has caused an rapid increase in dental problems ( carious tooth ). However, the present invention on soft drinks was accomplished under the consideration of problems described above. In other words, the soft drink in the present invention was prepared by adding calcium salts of food organic acids such as calcium citrate, calcium malate, calcium tartrate, calcium lactate, etc., which are helpful in the catabolism including citric acid cycle, to raw materials such as water, fructose, invert sugar, fruit juice, vegetable extract, etc.
One of many methods of manufacturing the calcium enriched soft drinks described in the present invention and the method of preparing calcium salts of food organic acids are explained in the following.
Shells such as scallop shell, oyster shell, pearl oyster shell, etc. are washed thoroughly, and are heated at 1000° C - 1200° C for one hour to remove completely organic materials present in the shell. The organic materials are completely turned into inorganic materials. The major ingredient of the said shell is calcium oxide, and minor ingredients are magnesium, potassium, phosphorous and trace amount of germanium. Whereas, if toxic heavy metals such as mercury, lead, etc. are present in the said mineral, the mineral is chemically treated with carbonate and a fine quality mineral containing no heavy metals can be obtained. When the said mineral is further heated at 1000° C - 1200° C, refined calcium oxide can be obtained.
When calcium oxide obtained by the method described above is dissolved in water, calcium oxide turns into calcium hydroxide showing a strong alkali. Consequently, when the said calcium hydroxide is allowed to react with various food organic acids such as lactic acid, malic acid, citric acid, etc., salts consisting mainly of calcium may be produced.

$$2RCOO-H + Ca(OH)_2 \longrightarrow (RCOO)_2Ca + 2H_2O$$

The said chemical equation is a general form. Whereas, R-COO-H is various organic acids such as lactic acid, malic acid, citric acid, etc.; and $(RCOO)_2Ca$ is salt of organic acid.
A mixture consisting of 3 parts of calcium salt of food organic acids prepared by the manner as described above ( a mixture of calcium citrate, calcium malate and calcium lactate; whereas the weight ratio of calcium citrate : calcium malate : calcium lactate is 1 : 1 : 1. ), 3 parts of sugars ( a mixture of fruit sugar ( or levulose ) and invert sugar; whereas the weight ratio of fruit sugar : invert sugar is 2 : 1. ), 4 parts of natural fruit juice ( a mixture of orange juice and lemon juice; whereas, the weight ratio of orange juice : lemon juice is 3 : 1 ) and 90 parts of water is prepared. In order to add a proper sour taste to the said mixture, a small amount of natural apple vinegar is added to make the pH 4. In addition, a small amount of plant extracts such as extracts of boxthorn, pearlbarley, shiitake mushroom (Cortinellus shiitake), etc.; and flavoring agents can be added. Thus, a soft drink

*Handwritten annotation:*
3 parts $Ca^{++}$ salt (1:1:1 - Citrate; Malate; Lactate)     0.6% $Ca^{++}$
+ 3 parts Sugar (2:1 - Fructose: Invert — i.e. 5:1 Fructose: Glucose)   35% Sugar
+ 4 parts Fruit juice (3:1 orange: lemon)     ?% Acid
90 parts $H_2O$
_____
100 ml + cider vinegar to pH 4.

having rich in flavor and taste, which is good for the health, can be prepared.

The fore-mentioned case is one of many procedures of preparing calcium enriched soft drink described in the present invention. As a proper daily intake of calcium per day per a person is approximately 600 - 800 mg, the amount of intake of such preparation can be adjusted according to the said standard requirement of calcium. Although it is preferable to use the method of preparing calcium salts of food organic acids described above, calcium salts of food organic acids prepared by other methods may be used.

Since the calcium enriched soft drink described in the present invention is prepared by adding calcium salts of various food organic acids such as calcium citrate, calcium malate, calcium lactate, calcium tartarate, etc., which are profitable to the citric acid cycle of the metabolism, an intake of this preparation generates some resistance to disorders. Moreover, this preparation is especially good for growing children and infants who require a considerably large amount of calcium.

As calcium salts of organic acids are relatively soluble in water or aqueous solution containing other ingredients, and is very stable, the preparation of mixture is very easy. Although some calcium salts of organic acids have bitter taste when the concentration of the acid is too high, the composition described above ( as a practical example ) does not interfere the taste and the gustation. Consequently, the said preparation can spport the flavor of the drink and can be used for the practical purposes.

- 3 -

⑲日本国特許庁　　　　　　　　　　　　　　⑪ 特 許 出 願 公 開

## 公開特許公報　　　　昭54—8767

| ㊿Int. Cl.² | 識別記号 | ㊾日本分類 | 庁内整理番号 | ㊸公開　昭和54年(1979)1月23日 |
|---|---|---|---|---|
| A 23 L　2/38 | | 34 J 22 | 6812—4B | |

発明の数　1
審査請求　有

（全 2 頁）

---

㊾カルシウム強化清涼飲料　　　　　　　　㊆出　願　人　嘉地久治
　　　　　　　　　　　　　　　　　　　　　　　　　　　東京都世田谷区北烏山6—20—22
㉑特　　　願　昭52—69999　　　　　　　同　　　　　　山崎匡毅
㉒出　　　願　昭52(1977)6月15日　　　　　　　　　　　八千代市高津1643—28
㊅発　明　者　嘉地久治　　　　　　　　　　同　　　　　　高崎信行
　　　　　　　東京都世田谷区北烏山6—20—22　　　　　　　　三島市大宮町1丁目4番21号
　同　　　　　山崎匡毅　　　　　　　　　㊆代　理　人　弁理士　磯野道造
　　　　　　　八千代市高津1643—28

---

　　　　　明　　細　書
1. 発明の名称
　　カルシウム強化清涼飲料
2. 特許請求の範囲
　　クエン酸カルシウム・リンゴ酸カルシウム・乳酸カルシウム・酒石酸カルシウム等の食品用有機酸のカルシウム塩が添加されたカルシウム強化清涼飲料。
3. 発明の詳細な説明
　本発明は、クエン酸カルシウム・リンゴ酸カルシウム・乳酸カルシウム・酒石酸カルシウム等の食品用有機酸のカルシウム塩によって強化された清涼飲料に関する。
　清涼飲料としては、一般にラムネ・サイダー・タンサン・コーラ等の炭酸飲料と、果汁・果汁ミツ・果汁水等の果汁飲料、及びカルピス・ヤクルト等の乳酸飲料が知られており、それ等の原料としては、無菌低硬度で渋・マンガン・塩素等の含有量の少ない水、精製白糖・転化糖等の甘味剤、エッセンス・エキス等の香料、クエン酸・酒石酸・

乳酸等の酸味剤、及びキャラメル等の食用色素等が使用され、水分補給源・止渇剤・消化促進剤等として、又食事と食事の中間のエネルギー補給源として愛飲され、その生産量は年々増加の傾向にあるが、その含有糖分は栄養学上種々の点で問題となる。即ち過度の糖分摂取により血液中に不完全燃焼物であるメチルグリオキザール・焦性ブドウ酸・乳酸等の中間代謝産物が蓄積し、血液が酸性に傾き、これを中和せんがため歯牙・骨格等からカルシウムが溶出し、又体がアチドージスに傾き、細菌に対する抵抗力が弱まり、種々の疾病に罹り易くなる事は医学上の周知の事実である。更に最近の食生活の変化は砂糖の過食を促がし、特に成長期の幼児・児童に於ては多量のカルシウムが必要であるにも拘わらず各種の清涼飲料や飴菓子等を常食し、虫歯の急増等の問題が深刻になってきた。
　本発明の清涼飲料は上記に鑑みなされたものであり、水・果糖・転化糖・果汁・植物エキス等の原料に、人体の組織系統に於けるクエン酸系等に

適合したクエン酸カルシウム・リンゴ酸カルシウム・乳酸カルシウム・酒石酸カルシウム等の食品用有機酸のカルシウム塩を添加配合して作られた事を特徴とするものである。

以下本発明に係わるカルシウム強化清涼飲料1例の製造法を、食品用有機酸のカルシウム塩の製造法から説き起して説明する。

先づ帆立貝・牡蠣貝及び真珠貝等の貝殻を時間に充分し、この貝殻を1000℃〜1200℃にて約1時間加熱し、貝殻中に含まれる有機物を除去して完全に無機化させる。上記無機物質は酸化カルシウムを主成分とし、その他マグネシウム、カリウム、燐等を含む微量のゲルマニウム等を含有するミネラルとなる。尚このミネラル中に例えば水銀、鉛等の有害重金属が含まれる場合には、上記ミネラルを炭酸塩にて化学的に処理する事等によつて、有害重金属が除去された良質の炭酸カルシウムを主成分としたミネラルが得られる。このミネラルを更に1000℃〜1200℃に加熱すると精製酸化カルシウムが得られる。

次に上記のように製造した酸化カルシウムは水溶液中にて水酸化カルシウムとなり、顕著なアルカリ性を呈する故、例えば乳酸、リンゴ酸、クエン酸等の各種食品用有機酸と反応させると化学変化を生じてカルシウムを主成分とした塩がつくり出される。

$$2RCOO-H + Ca(OH)_2 \rightarrow (RCOO)_2Ca + 2H_2O$$

但し上記化学式は一価の形の場合であつて、ここでRCOO-Hは乳酸、リンゴ酸、クエン酸等の各種食品用有機酸であり、$(RCOO)_2Ca$ は有機酸塩である。

上記のようにしてつくられた食品用有機酸のカルシウム塩3部(クエン酸カルシウムとリンゴ酸カルシウム及び乳酸カルシウムを1:1:1の重量比で混合したもの)糖類3部(果糖と転化糖を2:1の重量比で混合したもの)天然果汁4部(ミカン汁とレモン汁を3:1の重量比で混合したもの)及び水90部からなる混合物を作り、この混合物に適度の酸味を加えるために、PH=4になるように天然のリンゴ酢を加え、更にクコ・ハトムギ・シイタケ等より抽出した少量の植物エキス及

び香料を添加する事により、風味豊かで健康上有用な清涼飲料を得る。

以上本発明のカルシウム強化清涼飲料の製造法1例に就て説明したが、人間1人の1日当りのカルシウム摂取量は600〜800mg程度であり、この量を基にして清涼飲料の摂取量を考慮すればよい訳である。又食品用有機酸のカルシウム塩は上記実施例の製造法によるものを使用するのがもつとも理想的であるが、他の製造法による食品用有機酸のカルシウム塩を使用するも差支えない。

本発明のカルシウム強化清涼飲料は、その製造過程に於て人体のクエン酸系等に適合したクエン酸カルシウム・リンゴ酸カルシウム・乳酸カルシウム・酒石酸カルシウム等の各種食品用有機酸のカルシウム塩を添加配合して作られたものであるから、これを摂取することにより疾病に罹り難く、特に多量のカルシウムを必要とする成長期の幼児や児童には有効である。

又有機酸のカルシウム塩は水又は水溶液に比較的可溶性であり、かつ安定である為、配合が容易であり、有機酸のカルシウム塩のうちのあるものは高濃度に於て渋味を有するものもあるが、上記実施例程度の配合比のものは、口腔内での舌触感や味覚を損うことなく、清涼飲料としての風味を保持できて、実用上何等障害とはならない。

| 特許出願人 | 嘉地久治 |
|---|---|
| 同 | 山崎正敏 |
| 同 | 高崎信行 |
| 代理人弁理士 | 鍵野道造 |