# Exhibit 5

Case 1:02-cv-00393-WHR-SLO    Document 65-9    Filed 01/16/2004    Page 1 of 2



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 860607 | 5/7/86 | Heckert | 3528 |

| EXAMINER |  |
|---|---|
| Paden |  |
| ART UNIT | PAPER NUMBER |
| 132 | 4 |

DATE MAILED:

**EXAMINER INTERVIEW SUMMARY RECORD**

All participants (applicant, applicant's representative, PTO personnel):

(1) Paden / Arline Callahan      (3) Guttag

(2) Golian /                      (4) Heckert

                                      Dake

Date of interview March 2, 1987

Type: ☐ Telephonic  ☒ Personal (copy is given to ☒ applicant ☒ applicant's representative).

Exhibit shown or demonstration conducted: ☒ Yes ☐ No. If yes, brief description: _Compared pre-mix procedure with various procedures of direct addition — formal declaration to be filed._

Agreement ☐ was reached with respect to some or all of the claims in question. ☒ was not reached.

Claims discussed: _19 as typical of method claims_

Identification of prior art discussed: _____

Description of the general nature of what was agreed to if an agreement was reached, or any other comments: _Pre-mix procedure appears to be preferred or only workable procedure comparing direct addition. Declaration to be filed. First two pages of attachment were discussed._

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

Unless the paragraphs below have been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW (e.g., items 1—7 on the reverse side of this form). If a response to the last Office action has already been filed, then applicant is given one month from this interview date to provide a statement of the substance of the interview.

☐ It is not necessary for applicant to provide a separate record of the substance of the interview.

☐ Since the examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action.

JOSEPH GOLIAN
PRIMARY EXAMINER
ART UNIT 132

Carolyn Paden
Examiner Signature

PTOL-413 (rev. 1-81)

**ORIGINAL FOR INSERTION IN RIGHT HAND FLAP OF FILE WRAPPER**