# Exhibit 6

Interview for Case 3528

I.  Summary of Invention

   A.  Objective:  supplement products containing at least 45% juice with
high levels of calcium (0.05 to 0.26%, preferably 0.10 to 0.15%).

          *milk .12 - .13 %*

   B.  Potential Problems to Solve.

                                      *$Ca_3$ citrate 2*

      1.  solubilization of calcium.  *above saturation level*
                      *Ca salty*
                      *acid above that in juice*
      2.  avoid:  (a) deterioration of juice quality; (b) addition of
unpleasant tasting materials; (c) removal of desirable juice
volatiles; and (d) other processing problems (e.g., foaming).

   C.  Premix Method Achieves Objective and Solves Problems.

      1.  Claim 19

         a.  form at least metastable solution of solubilized calcium
from:

            (1)  water

            (2)  malic acid, or preferably mixture of malic and citric
acid

            (3)  calcium hydroxide, calcium oxide, or calcium
carbonate  *soluble in acid*

         b.  combine solution of solubilized calcium with concentrated
juice

-2-

2.    Drawing to explain details of premix method.

3.    Preferably use premix stabilizers such as sugars, concentrated juice or pectin to keep calcium solubilized in premix solution for extended periods. See Claims 23 and 24.

4.    Offer products made by premix method.

    a.    orange

    b.    grapefruit

5.    Potential problems caused by direct addition of calcium hydroxide or calcium carbonate to juice/concentrate. (Demonstration)

    a.    calcium hydroxide

        (1)    very poor calcium solubility in juice/concentrate

        (2)    undesirable color generation

        (3)    undesirable amine odors

        (4)    gelling of product

    b.    calcium carbonate

        (1)    undesirable carbonation and foaming of juice

        (2)    poor calcium solubility in juice/concentrate

        (3)    strip desirable juice volatiles

## II. Why Prior Art Doesn't Teach or Suggest Claimed Invention

A. Claims 19-27 (Premix Method), relative to Nakel in view of Sperti.

1. Presolubilization of calcium/acids before addition to juice is not critical to Nakel or Sperti. Nakel primarily directed at carbonated soft drinks which may or may not contain juice. Sperti says salts/acids can be added to: (a) juice/concentrate; (b) water used to extend product; or (c) extended product itself. Sperti even suggests addition to juice/concentrate is preferred (see col. 5, line 70 to col. 6, line 5).

2. Nakel and Sperti are not directed at supplementing juices with high levels of solubilized calcium. Nakel uses a mixture of cations (calcium, potassium and preferably magnesium) to improve mouthfeel (body) of beverages without imparting off-notes of particular cation. Sperti uses a variety of additives in "very small amounts" to improve the flavor of extended juice products. Indeed, Sperti doesn't require calcium as additive (see formula at col. 5, lines 40-62).

3. Nakel and Sperti only disclose low level addition of calcium to beverage products. For Embodiments 1 to 9 of Nakel, calcium level ranges from 0.014 to 0.045%. For Sperti, highest calcium level disclosed is 0.014% (see col. 5, line 15)

-4-

    4.    <u>Scale up of Nakel and Sperti technology to achieve preferred</u> <u>calcium levels (0.10 to 0.15%) would yield beverages having</u> <u>excessive saltiness.</u>  Offer juice product containing enough calcium chloride to provide about 0.12% calcium as example.

B.   Claim 28 (Calcium-Supplemented Product Made by Premix Method), relative to Aktins or Kaji.

    1.    <u>Aktins doesn't teach fortification of citrus juice with high</u> <u>levels of calcium (i.e., 0.05% or higher).</u>  Fortified citrus juices of Aktins contain low levels of added calcium (maximum of 0.014% based on addition of preferred calcium chloride salt). Maximum permissible amount of <u>calcium salt</u> that Aktins says can be added is 0.04%. This would, in fact, teach away from fortification of citrus juice with high levels of calcium.

    2.    <u>Kaji doesn't teach calcium fortification of beverages containing</u> <u>significant amounts of juice (i.e., at least 45%).</u>  The calcium enriched soft drinks of Kaji contain minimal juice (4% by weight based on Example). No suggestion that Kaji technology applicable to beverages containing much higher levels of juice.

C.   Claims 1-18 (Calcium-Supplemented Juice Beverages and Juice Concentrates), relative to Sperti (in view of Kaji?).

    1.    <u>Calcium chloride addition taught by Sperti satisfactory only for</u> <u>low levels of calcium.</u>  Based on adding 0.04% calcium chloride,

as taught in example (see col. 5, lines 9-20), Sperti extended
juice products contain only 0.01₄% calcium.  Adding more
calcium chloride to achieve higher calcium levels (e.g., 0.10 to
0.15%) will cause excessive saltiness due to high levels of
chloride ion (0.18 - 0.27%).  Note that Claim 1 specifies
maximum of 0.07% chloride.  See juice product containing
calcium chloride at level of 0.12% calcium.

2.    Sperti suggests using mostly citric acid, very little malic acid
      in extended juice products.  Based on example (see col. 5,
      lines 9-20), Sperti extended juice products contain at least 99%
      citric acid/citrate combined, and less than 1% malic acid.  Note
      that weight ratio of citric acid:malic acid in Claim 1 is no
      greater than 90:10.  At weight ratio citric acid:malic acid
      suggested by Sperti, calcium may precipitate out of juice at
      high levels (e.g., 0.10 to 0.15%).

3.    Kaji teaches calcium fortification at too high a level for
      drinkable juice beverages.  The Kaji enriched soft drinks
      contain 0.6% calcium (calculated).  Note that maximum calcium
      level in Claim 1 is 0.26%.  Calcium, at level disclosed by Kaji,
      will precipitate out, even with 50:50 weight ratio citric
      acid:malic acid.  See reproductions of Kaji drinks.

4.    Kaji doesn't teach calcium fortification of products containing
      significant levels of juice (i.e., at least 45%).  Accordingly,
      applicability of Kaji teachings to Sperti extended juice products
      questionable.

Case 3528

19.  A method for preparing a calcium-supplemented fruit juice product, which comprises the steps of:

    a.  forming an at least meta-stable aqueous premix solution of solubilized calcium from water, an acid component comprising from 0 to about 90% by weight citric acid and from about 10 to 100% by weight malic acid, and a calcium source selected from the group consisting of calcium carbonate, calcium oxide, and calcium hydroxide; and

    b.  combining the premix solution of solubilized calcium with fruit juice material comprising concentrated fruit juice having a sugar content of from about 20 to about 80° Brix, to provide a calcium-supplemented fruit juice product having:  (1) at least about 0.05% solubilized calcium; (2) at least about 45% fruit juice; and (3) a sugar content of from about 2 to about 75° Brix.

28.  A calcium-supplemented fruit juice product made by the method of Claim 19.

1.  A calcium-supplemented single-strength fruit juice beverage, which is substantially free of added protein and which comprises:

    a.  from about 0.05 to about 0.26% by weight solubilized calcium;

    b.  from about 0.4 to about 4% by weight  of an acid component comprising a mixture of citric acid and malic acid in a weight ratio of citric acid: malic acid of from about 5:95 to about 90:10;

    c.  at least about 45% fruit juice;

    d.  a sugar content from about 2 to about 16° Brix; and

    e.  no more than about 0.07% by weight chloride ion.