# Exhibit 12

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO. : 4,722,847
DATED : February 2, 1988
INVENTOR(S) : David C. Heckert

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 13, line 8, "0.06," should read -- 0.05--.

Signed and Sealed this

Eighth Day of May, 2001

Attest:

*[signature]*

NICHOLAS P. GODICI

Attesting Officer

Acting Director of the United States Patent and Trademark Office