# Exhibit 16B

(19)日本国特許庁（JP）　　(12)　特　許　公　報　（B2）　　(11)特許番号

第2559732号

(45)発行日　平成8年(1996)12月4日　　(24)登録日　平成8年(1996)9月5日

(51)Int.Cl.⁶　　識別記号　　庁内整理番号　　FI　　　　　　　　　技術表示箇所
A23L　2/52　　　　　　　　　　　　　　　A23L　2/26
　　　2/08　　　　　　　　　　　　　　　　　　2/08

発明の数4（全11頁）

(21)出願番号　特願昭62-109939
(22)出願日　昭和62年(1987)5月7日
(65)公開番号　特開昭63-52864
(43)公開日　昭和63年(1988)3月7日
(31)優先権主張番号　860607
(32)優先日　1986年5月7日
(33)優先権主張国　米国（US）

審判番号　平6-11568

(73)特許権者　999999999
　　　　　　　ザ、プロクター、エンド、ギャンブル、カンパニー
　　　　　　　アメリカ合衆国オハイオ州、シンシナチ、ワン、プロクター、エンド、ギャンブル、プラザ（番地なし）
(72)発明者　デイビッド、クリントン、ヘッカート
　　　　　　アメリカ合衆国オハイオ州、オックスフォード、カー、ロード、3561
(74)代理人　弁理士　佐藤　一雄　（外2名）

合議体
審判長　酒井　猛英
審判官　大高　とし子
審判官　内田　淳子

(56)参考文献　特開　昭59-31710（JP，A）
　　　　　　　特開　昭59-187768（JP，A）

(54)【発明の名称】　カルシウムで栄養補給された果汁飲料およびジュース濃縮物

(57)【特許請求の範囲】
【請求項1】添加タンパク質を実質上含まず、かつ
（a）可溶化カルシウム約0.05～約0.26重量％、
（b）クエン酸対リンゴ酸の重量比約5:95から約90:10のクエン酸とリンゴ酸との混合物を含む酸成分約0.4～約4重量％、
（c）果汁少なくとも約45％、および
（d）糖分約2～約16°ブリックス
を含み、
（e）塩化物イオン約0.07重量％以下
であることを特徴とするカルシウム補給単一強度果汁飲料。
【請求項2】上記果汁がカンキツ類ジュースである、特許請求の範囲第1項に記載の飲料。
【請求項3】上記果汁がオレンジジュースであり、クエン酸対リンゴ酸の上記重量比が約60:40から約90:10である、特許請求の範囲第2項に記載の飲料。
【請求項4】上記オレンジジュースが、飲料の約50～約90％を構成する、特許請求の範囲第3項に記載の飲料。
【請求項5】上記オレンジジュースが、飲料の約50～約70％を構成する、特許請求の範囲第4項に記載の飲料。
【請求項6】更にアスパルテームを含み、上記糖分が約2～約8°ブリックスである、特許請求の範囲第5項に記載の飲料。
【請求項7】上記オレンジジュースが、飲料の少なくとも約15％を構成する、特許請求の範囲第3項に記載の飲料。
【請求項8】上記可溶化カルシウムが飲料の約0.10～約0.15重量％を構成し、上記酸成分が飲料の約0.8～約1.8重量％を構成する、特許請求の範囲第3項に記載の飲

(2)　　　　　　　　　　　　　　　　特許2559732

3

料。
【請求項9】上記カンキツ類ジュースがグレープフルーツジュースである、特許請求の範囲第2項に記載の飲料。
【請求項10】上記果汁がリンゴジュースであり、クエン酸対リンゴ酸の上記重量比が約30:70から約50:50である、特許請求の範囲第1項に記載の飲料。
【請求項11】塩化物イオン約0.03重量%以下である、特許請求の範囲第1項に記載の飲料。
【請求項12】添加タンパク質を実質上含まず、かつ
(a)　可溶化カルシウム約0.15～約1.30重量%、
(b)　クエン酸対リンゴ酸の重量比5:95から約90:10のクエン酸とリンゴ酸との混合物を含む酸成分約1.2～約20重量%、
(c)　単一強度飲料において少なくとも約45重量%の果汁を提供するのに充分量の果汁、および
(d)　糖分約6～約75°ブリックス
を含み、
(e)　塩化物イオン約0.07重量%以下であることを特徴とするカルシウム補給果汁濃縮物。
【請求項13】上記果汁がカンキツ類ジュースである、特許請求の範囲第12項に記載の濃縮物。
【請求項14】上記カンキツ類ジュースがオレンジジュースであり、クエン酸対リンゴ酸の上記重量比が約60:40から約90:10である、特許請求の範囲第13項に記載の濃縮物。
【請求項15】凍結されてなる、特許請求の範囲第14項に記載の濃縮物。
【請求項16】上記可溶化カルシウムが濃縮物の約0.3～約0.75重量%を構成し、上記酸成分が濃縮物の約2.4～約9重量%を構成する、特許請求の範囲第15項に記載の濃縮物。
【請求項17】上記オレンジジュースが濃縮物の少なくとも約95%を構成する、特許請求の範囲第16項に記載の濃縮物。
【請求項18】上記オレンジジュースが濃縮物の約50～約90%を構成する、特許請求の範囲第15項に記載の濃縮物。
【請求項19】下記の工程を含んでなることを特徴とするカルシウム補給果汁製品の製造法：
(a)　下記の(i)、(ii)および(iii)を含んでなる可溶化カルシウムの少なくとも準安定なプレミックス水溶液を調製する工程：
(i)　単一強度果汁最終製品重量の約0.05～0.26%の可溶化カルシウム、但し、上記可溶化カルシウム源は炭酸カルシウム、酸化カルシウムおよび水酸化カルシウムからなる群から選ばれる；
(ii)　単一強度果汁最終製品重量の約0.4～約4.0%の酸成分、但し上記酸成分は重量比約5:95から約90:10のクエン酸およびリンゴ酸から本質的になる；および

4

(iii)　水
および
(b)　この可溶化カルシウムのプレミックス溶液を、糖分約20～80°ブリックスを有する濃縮果汁を含む果汁材料と一緒にして、(1)果汁少なくとも約45%、および(2)糖分約2～約16°ブリックスを有するカルシウム補給単一強度果汁最終製品を与える工程。
【請求項20】可溶化カルシウムのプレミックス溶液を、(1)酸成分を含有する水溶液を調製し、(2)カルシウム源を該酸成分含有水溶液に加える工程によって調製する、特許請求の範囲第19項に記載の方法。
【請求項21】可溶化カルシウムのプレミックス溶液が有効量のプレミックス溶液安定剤を更に含んでいる、特許請求の範囲第19項に記載の方法。
【請求項22】プレミックス溶液安定剤が、プレミックス溶液中の糖分約2～40°ブリックスを与えるに十分な量の糖を含む、特許請求の範囲第21項に記載の方法。
【請求項23】プレミックス溶液安定剤が、ペクチン、アルギン、加水分解デンプンおよびキサンタンガムからなる群から選ばれる多糖を、重量/プレミックス溶液容量基準で約0.01～約0.5%含む、特許請求の範囲第21項に記載の方法。
【請求項24】プレミックス溶液安定剤が、プレミックス溶液中の糖分約2～約12°ブリックスを与えるに十分な量の濃縮ジュースを含む、特許請求の範囲第21項に記載の方法。
【請求項25】果汁が濃縮オレンジジュースであり、酸成分がクエン酸約15～約60重量%およびリンゴ酸約40～約85重量%を含む、特許請求の範囲第20項に記載の方法。
【請求項26】カルシウム源が炭酸カルシウムであり、プレミックス溶液中の全酸対カルシウムの重量比が約1～約6である、特許請求の範囲第25項に記載の方法。
【請求項27】可溶化カルシウムのプレミックス溶液が、プレミックス溶液中の糖分約2～約12°ブリックスを与えるのに十分な量の濃縮オレンジジュースを更に含む、特許請求の範囲第26項に記載の方法。
【請求項28】可溶化カルシウムのプレミックス溶液が、プレミックス溶液中の糖分約2～約40°ブリックスを与えるのに十分な量の糖を更に含む、特許請求の範囲第25項に記載の方法。
【請求項29】可溶化カルシウムを単一強度果汁最終製品重量基準で約0.05～約0.26%および糖分約5～約14°ブリックスを与えるカルシウム補給オレンジジュース飲料を与える、特許請求の範囲第25項に記載の方法。
【請求項30】下記の工程を含んでなることを特徴とするカルシウム補給濃縮果汁製品の製造法：
(a)　下記の(i)、(ii)および(iii)を含んでなる可溶化カルシウムの少なくとも準安定なプレミックス水溶液を調製する工程：

5

（ｉ）　濃縮果汁製品重量の約0.15〜約1.30％の可溶化カルシウム、但し上記可溶化カルシウム源は炭酸カルシウム、酸化カルシウムおよび水酸化カルシウムからなる群から選ばれる；
（ii）　濃縮果汁製品重量の約1.2〜約20％の酸成分、但し上記酸成分は重量比約5:95〜約90:10のクエン酸およびリンゴ酸から本質的になる；および
（iii）　水
および
（ｂ）　この可溶化カルシウムのプレミックス溶液を、糖分約20〜約80°ブリックスを有する濃縮果汁を含む果汁材料と一緒にして、糖分約6〜約75°ブリックスを有するカルシウム補給濃縮果汁製品を与える工程、但し、上記カルシウム補給濃縮果汁製品は、希釈により、
（１）果汁少なくとも約45重量％、（２）糖分約2〜約16°ブリックスおよび（３）カルシウム分約0.05〜約0.26重量％を有するカルシウム補給単一強度果汁製品を与える。

【請求項３１】可溶化カルシウムのプレミックス溶液が有効量のプレミックス安定剤を更に含んでいる、特許請求の範囲第30項に記載の方法。

【請求項３２】可溶化カルシウムのプレミックス溶液を、（１）酸成分を含有する水溶液を調製し、（２）カルシウム源を該酸成分含有水溶液に加える工程によって調製する、特許請求の範囲第30項に記載の方法。

【請求項３３】濃縮果汁が濃縮オレンジジュースであり、酸成分がクエン酸約15〜約60重量％およびリンゴ酸約40〜約85重量％を含む、特許請求の範囲第32項に記載の方法。

【請求項３４】カルシウム補給オレンジジュース濃縮物を凍結する工程を更に含む、特許請求の範囲第30項に記載の方法。

【請求項３５】プレミックス溶液安定剤が、プレミックス溶液中の糖約2〜約40°ブリックスを与えるに十分な量の糖を含む、特許請求の範囲第31項に記載の方法。

【請求項３６】プレミックス溶液安定剤が、ペクチン、アルギン、加水分解デンプンおよびキサンタンガムからなる群から選ばれる多糖、重量／プレミックス溶液容量基準で約0.01〜0.5％含む、特許請求の範囲第31項に記載の方法。

【請求項３７】プレミックス溶液安定剤が、プレミックス溶液中の糖約2〜約12°ブリックスを与えるに十分な量の濃縮ジュースを含む、特許請求の範囲第31項に記載の方法。

【発明の詳細な説明】
技術分野
本発明は、十分量のカルシウムで栄養補給された果汁飲料およびジュース濃縮物に関する。更に、本発明は、これらの飲料および濃縮物の製造法に関する。

6

食物（dietary）カルシウム不足は、少なくともある程度の人々にとって、骨粗鬆症の寄与原因であることがある。例えば、カルシウム摂取と骨境との間の正の相関は、多くの年齢群にわたって見出されている。また、一生のうちの初期のカルシウム摂取量は、骨格成熟期で達成されるピークの骨境に直接影響することが示唆されている。

10代の終りからヤングアダルトまでの期間、食物カルシウム摂取の著しい減少が典型的には生ずることが見出されている。このことは、減少された食物カルシウム摂取が男性に比較して一生のうちのはるかに早く通常起こる女性について特に真実である。従って、女性は、クラスとして、一生にわたって長期のカルシウム不足を特に受けやすい。このカルシウム不足は、閉経後の婦人における骨粗鬆症のより大きい発生率の１つの理由であるかも知れない。

カルシウムは、各種の食物源から得ることができる。主要なカルシウム源は、乳製品、特に牛乳である。牛乳は、非常に価値がある食物カルシウム源を与える。しかしながら、10代の終りからヤングアダルトで始まって、その後の一生涯続いて、牛乳は、典型的には、一般の人々によって必要量のカルシウムを得るのに十分な量では消費されていない。このことは、「社会的行事」用飲物としての牛乳の魅力のなさに起因することがある。事実、10代の少女、特にヤングアダルトの婦人は、一般に牛乳を社会的に魅力のない飲物であり、しかもカロリーがありすぎ、かつ味も魅力的ではないとみなしていることが見出されている。その上、人口のかなりの割合で、成熟期に達するにつれラクトースに耐えられなくなり、もし牛乳を消費するならば胃腸上の問題が生ずるようになる。

カルシウムのより多い消費を達成するためには、牛乳に代るより魅力的なものが、明らかに必要とされる。この代替品は栄養上有利な量のカルシウムを与えるのに十分な量で消費されるものでなければならない。一般の人々によって朝食でしばしば消費される飲料は、果汁製品、特にオレンジジュースである。牛乳と同様に、オレンジジュースは、健康によい栄養イメージを有する。また、オレンジジュースは、一般に、魅力的な味を有するとみなされている。従って、カルシウムで栄養補給されたオレンジジュースは、一生を通じてより大きい食物カルシウム摂取を達成するための追加のビヒクルとみなすことができた。

有意量のカルシウムでのオレンジジュースまたは他の果汁の栄養補給は、簡単ではない。牛乳は、平均してカルシウム約0.12重量％を含有する。このような多量のカルシウムをオレンジジュースに配合することは、多数の論点の考慮を必要とする。

１つは、カルシウム補給オレンジジュースが望ましい味品質を有することを確実にすることである。炭酸カル

(4) 特許2559732

7

シウム、水酸化カルシウムなどのカルシウム源のオレンジジュースへの直接添加は、望ましくない調理/褐色化異臭を発生するか、望ましいアロマ(aroma)およびフレーバー化合物をジュースからストリッピングさせることがあることが見出されている。多量の塩化カルシウムなどのカルシウム塩(例えば、0.11%よりも多い塩化カルシウム)の添加は、望ましくない塩気性(brackishness)をジュースに付与することがある。また、塩化カルシウム添加は、オレンジジュースのフレーバー強度および品質、並びに甘味度を減少することが見出されている。従って、カルシウム源は、オレンジジュースの望ましい味および甘味性を著しく影響しない方式で添加することが必要である。

別の潜在的論点は、カルシウムをジュースに可溶化することを保証することである。カルシウムのジュース濃縮物への可溶化は、存在する多量のカルシウムのため、非常に重要な問題でありうる。しかしながら、カルシウムの単一強度(single-strength)ジュース製品への可溶化もジュースに存在する酸系および他の成分のために困難でありうる。オレンジジュースは、天然に、クエン酸とリンゴ酸との混合物を含有する。カルシウム源をオレンジジュースに直接加える時に生成する最も熱力学的に安定なクエン酸カルシウム物質は、最も不溶性でもある。これらの不溶性クエン酸カルシウム物質は、オレンジジュースからかなり迅速に沈降することがある。従って、カルシウム源も、単一強度オレンジジュース飲料およびジュース濃縮物の両方へのカルシウムの可溶化を保証する方式で添加することが必要である。

考慮されなければならない別の因子は、ジュースからのカルシウムの吸収性および生物学的利用能(bioavailability)である。ここで使用する「吸収性」は、ついには血清に至るカルシウムの量を意味する。ここで使用する「生物学的利用能」は、活性の部位、即ち、骨に達するカルシウムの能力を意味する。牛乳は、非牛乳飲料からのカルシウムの吸収性および生物学的利用能を決定するであろう標準であるらしい。従って、可能な程度、カルシウム補給オレンジジュースは、カルシウムの吸収性および生物学的利用能に関して牛乳に近付くか望ましくは超えるべきである。

背景技術

米国特許第2,325,360号明細書は、オレンジジュースなどの果汁の脱気時に除去されるガスを二酸化炭素で置換する方法を開示している。この方法においては、乾燥炭酸カルシウム、または炭酸カルシウムとクエン酸との混合物をカンに滴下し、次いでカンに脱気オレンジジュースを詰める(クエン酸の代わりに他の有機酸、例えばリンゴ酸および酒石酸を使用できる)。炭酸カルシウムと、添加クエン酸またはジュース中のクエン酸との反応は、二酸化炭素を発生する。

米国特許第3,657,424号明細書は、ジュースに天然に

8

存在する量を超える量のナトリウム、カルシウムおよび塩化物イオンでのカンキツ類ジュース(オレンジジュースを含めて)の強化を開示している。塩化カルシウムが所望の塩化物イオンを与えるのに好ましいが、強化に使用できるカルシウム塩としては、塩化物、クエン酸塩またはリン酸塩が挙げられている。これらの強化カンキツ類ジュースで許容されるカルシウム塩の最高量は、約0.04%までである(塩化カルシウムを使用するならば、これはジュース中のカルシウム約0.015%に計算する)。強化されたカンキツ類ジュースは、単一強度、希釈または凍結濃縮物であることができる。

米国特許第3,114,641号明細書は、単一強度オレンジジュースまたは濃縮オレンジジュースを希釈することによって得られる増量オレンジジュース製品を開示している。希釈オレンジジュース製品のフレーバーを維持するために、塩化カルシウム、塩化マグネシウム、クエン酸ナトリウム、クエン酸カリウム、酒石酸(またはその塩)、リンゴ酸(またはその塩)などの物質は、「非常に少量」で配合される。これらの増量オレンジジュース製品は、単一強度ジュースを使用する時には希釈倍率1:1から1:4、濃縮ジュースを使用する時には希釈倍率1:12から1:16をベースとする。これらの増量製品の場合に使用する添加剤処方物の所定の一例は、塩化カルシウム(0.04%)、クエン酸(0.85%)およびクエン酸ナトリウム(0.06%)を含有する。この添加剤処方物は、単一強度ジュースまたは濃縮物、増量製品を調製するのに使用する水、または増量製品それ自体に直接添加できる。

英国特許第2,095,530号明細書は、タンパク質に富んだ酸飲料、特に果汁または果物フレーバーのある飲料を得る方法を開示している。この方法においては、水および/または果汁を使用して、大豆タンパク質の水性懸濁液を調製する。濃度5〜50mMのカルシウムを加えた後、懸濁液のpHを下げ、不溶物を分離してタンパク質溶液を調製する。次いで、果汁または果物フレーバーは、このタンパク質溶液に添加できる。塩化カルシウムが好ましいらしいが、カルシウムは、塩化物、酢酸塩、酒石酸塩、リンゴ酸塩または乳酸塩の形態で添加できる。抽出媒体としてオレンジジュースを使用する例IIに記載の飲料は、添加されたカルシウム30mMを有する。

欧州特許出願第75,114号明細書は、ビタミンおよびミネラルに富んだタンパク質含有果汁飲料を開示している。これらの飲物は、果汁30〜90%〔リンゴジュース20〜70%と、白色グレープジュース4〜40%と、パッションフルーツ(passion fruit)ジュース1〜10%とレモンジュース5〜25%との混合物〕、ホエータンパク質濃縮物2〜20%、およびカリウムとナトリウムとマグネシウムとカルシウムとホスフェートとのミネラル塩混合物を含有する。カルシウムは、これらの飲物中に0.01〜0.3%、好ましくは0.02〜0.03%で存在する。これらの飲物は、ホエー濃縮物を含有するリンゴ/パッションフル

9

ーツ/グレープジュースの第一溶液を、ミネラル塩混合物を含有するレモンジュースの第二水溶液と一緒にすることによって調製できる。このミネラル塩混合物で使用するカルシウム塩は、特定されていない。

発明の開示

本発明は、有意量のカルシウムで栄養補給された単一強度果汁飲料、特にオレンジジュース飲料に関する。これらの飲料は、添加タンパク質を実質上含まず、かつ
（a）　可溶化カルシウム約0.05〜約0.26重量%、
（b）　重量比約5:95から約90:10のクエン酸とリンゴ酸との混合物を含む酸成分約0.4〜約4重量%、
（c）　果汁少なくとも約45%、
（d）　糖分約2〜約16°ブリックス（Brix）、
（e）　塩化物イオン約0.07重量%以下を含む。

また、本発明は、カルシウム補給果汁濃縮物、特にオレンジジュース濃縮物に関する。これらのジュース濃縮物は、
（a）　可溶化カルシウム約0.15〜約1.30重量%、
（b）　重量比約5:95から約90:10のクエン酸とリンゴ酸との混合物を含む酸成分約1.2〜約20重量%、
（c）　単一強度飲料において少なくとも約45重量%の果汁を提供するのに充分量の果汁、および
（d）　糖分約6〜約75°ブリックス
を含み、
（e）　塩化物イオン約0.07重量%以下
である。

更に、本発明は、これらのカルシウム補給ジュース製品の製造法に関する。この方法においては、可溶化カルシウムの少なくとも準安定なプレミックス水溶液を水と、クエン酸0〜約90重量%/リンゴ酸約10〜100重量%を含む酸成分と、炭酸カルシウム、酸化カルシウム、および水酸化カルシウムから選ばれるカルシウム源とから調製する。次いで、この可溶化カルシウムのプレミックス溶液を、糖分約20〜約80°ブリックスを有する濃縮果汁を含む果汁材料と一緒にして、
（1）　可溶化カルシウム少なくとも約0.05%、
（2）　果汁少なくとも約45%、および（3）糖分約2〜約75°ブリックスを有するカルシウム補給ジュース製品を与える。

本発明の方法は、カルシウム源の果汁または果汁濃縮物への直接添加によって生ずることがある数種の重要な問題を解決する。1つは、実質量のカルシウムのジュースまたはジュース濃縮物への可溶化を保証することである。別のことは、調理/褐色化異臭の発生または塩化物イオンなどの望ましくないものの混入を回避することである。また、本法は、ジュースの望ましくない炭酸化が生じないように炭酸カルシウムと酸との反応によって発生された二酸化炭素の除去を可能にする。更に、驚異的なことに、本発明の果汁製品からのカルシウムの吸収性/生物学的利用能は、牛乳からのカルシウムのものと少なくとも同じ位に良好であることが見出された。

A．定義

ここで使用する「果汁製品」なる用語は、果汁少なくとも約45%を含む果汁飲料および果汁濃縮物の両方を意味する。

ここで使用する「果汁飲料」なる用語は、単一強度ですぐに供することができる飲用形態にある果汁製品を意味する。本発明の果汁飲料は、典型的には果汁少なくとも約95%を含む「全強度（full-strength）」型でありうる。

また、本発明の範囲内の果汁飲料としては、「ネクター」と称される増量ジュース製品が挙げられる。これらの増量ジュース製品は、典型的には果汁約50〜約90%を含む。好ましい増量ジュース製品は、果汁約50〜約70%を含む。

ここで使用する「果汁濃縮物」なる用語は、過量の水での希釈時に、飲用果汁飲料を調製する果汁製品を意味する。本発明の範囲内の果汁濃縮物は、典型的には、水3〜5重量部での希釈時に、飲用飲料を与えるように処方される。

ここで使用する「濃縮果汁」なる用語は、水の一部が除去された果汁形態を意味する。

ここで使用する「果汁材料」なる用語は、濃縮果汁＋他の果汁材料、例えば果汁アロマおよびフレーバー揮発分、ピール油、および果肉または絞りかす（pomace）を意味する。

ここで使用する「果汁」なる用語は、カンキツ類ジュース、非カンキツ類ジュース、例えばリンゴジュース、グレープジュース、西洋ナシジュース、サクランボジュース、ベリージュース、パイナップルジュース、モモジュース、アンズジュース、プラムジュース、プルーンジュース、およびこれらのジュースの混合物を意味する。

ここで使用する「カンキツ類ジュース」なる用語は、オレンジジュース、レモンジュース、ライムジュース、グレープフルーツジュース、タンジェリンジュースおよびそれらの混合物から選ばれる果汁を意味する。

ここで使用する「含む」なる用語は、各種の成分が本発明の果汁飲料およびジュース濃縮物で能力的に使用できることを意味する。従って、「含む」なる用語は、より制限的な用語「本質上からなる」および「からなる」を包含する。

ここで言及する果汁のすべての量は、単一強度基準である。

B．カルシウム補給果汁飲料およびジュース濃縮物

本発明の果汁飲料およびジュース濃縮物に添加する鍵の栄養成分は、カルシウムである。好適なカルシウム源としては、炭酸カルシウム、酸化カルシウム、水酸化カルシウムが挙げられる。本発明で有用であるためには、カルシウムは、果汁飲料またはジュース濃縮物に「可溶化」、即ち溶解することが必要である。従って、本発明

の飲料および濃縮物に配合されるカルシウムの量は、「可溶化カルシウム」、即ち飲料または濃縮物に溶解されたカルシウムイオンの量によって言及されるであろう。

本発明の果汁飲料の場合には、カルシウムは、少なくとも約0.05重量％の量で存在する。カルシウムのこの最小量(牛乳量の約半分)は、飲料に著しい栄養補給を与える。カルシウムの最大量は、約0.26重量％までである。飲料中のカルシウムの量が約0.26重量％をはるかに超えて増大すると、満足な味および安定性は、達成するのがはるかに困難になる。好ましくは、このような飲料中のカルシウムの量は、約0.10～約0.15重量％である(牛乳量、即ち0.12重量％を包含)。

飲用飲料を調製するのに使用する本発明の果汁濃縮物に関しては、カルシウムの存在量は、約0.15～約1.30重量％である。典型的には、飲用飲料は、3倍(3×)～5倍(5×)のジュース濃縮物から調製する。従って、カルシウムの量は、可溶化カルシウム約0.10～約0.15重量％を有する飲料を調製するのに使用する時には、これらの濃縮物の場合には好ましくは約0.3～約0.75重量％の範囲内である。

カルシウムを可溶化しかつ望ましい味特性を与える見地から本発明の果汁飲料およびジュース濃縮物で次の成分は、酸成分である。この酸成分は、クエン酸とリンゴ酸との混合物を含む。これらの酸は、それらの非解離形態で存在できるが、典型的にはそれぞれのサイトレートおよびマレート物質として存在する。所望ならば、他の食用酸、例えばリン酸、フマル酸なども、本発明の果汁飲料およびジュース濃縮物に配合できる。好ましくは酸成分は、本質上クエン酸とリンゴ酸との混合物からなる。

酸成分(以下、全酸)が存在する量は、関連する果汁製品、カルシウムの配合量、並びに所望の味特性に依存する(本発明の目的では、「全酸」は、天然に存在するもの＋添加される酸を包含する)。可溶化カルシウム約0.05～約0.26重量％を有する果汁飲料の場合には、全酸の量は、約0.4～約4重量％であることができる(このような飲料を調製するのに使用するジュース濃縮物の場合には、全酸の量は、約1.2～約20重量％であることができる)。可溶化カルシウム約0.10～約0.15重量％を有する飲料の場合には、全酸の量は、好ましくは約0.8～約1.8重量％である(このような飲料を調製するのに使用するジュース濃縮物の場合には、全酸の量は、好ましくは約2.4～約9重量％である)。

酸成分中のクエン酸対リンゴ酸の重量比は、特に所望のフレーバーおよび酸味効果、および使用する果汁に応じて変化できる。一般に、クエン酸対リンゴ酸の重量比は、全範囲の果汁にわたって約5:95から約90:10であることができる。オレンジジュースなどのカンキツ類ジュース製品の場合には、この重量比は、典型的には約20:80から約90:10、好ましくは約60:40から約90:10である。リンゴジュースなどの非カンキツ類ジュースの場合には、この重量比は、典型的には約5:95から約80:20、好ましくは約30:70から約50:50である。

また、本発明の果汁飲料およびジュース濃縮物は、果汁製品に通常存在する糖類を含有する。これらの糖類としては、スクロース、フルクトース、高フルクトースコーンシロップ、グルコース、転化糖、およびこれらの混合物が挙げられる。果汁に天然に存在する糖の量は、通常、本発明のカルシウム補給果汁飲料およびジュース濃縮物に十分である。しかしながら、増量ジュース製品の場合には、糖は、通常スクロースまたは高フルクトースコーンシロップの形態で典型的には添加する。

糖に加えて、本発明の増量果汁飲料は、他の甘味料を含有できる。他の好適な甘味料としては、サッカリン、シクラメート、アセトスルファム、L－アスパルチル－L－フェニルアラニン低級アルキルエステル甘味料(例えば、アスパルテーム)、米国特許第4,411,925号明細書に開示のL－アスパルチル－D－アニリンアミド、米国特許第4,399,163号明細書に開示のL－アスパルチル－D－セリンアミド、米国特許第4,338,346号明細書に開示のL－アスパルチル－L－1－ヒドロキシメチルアルカンアミド甘味料、米国特許第4,423,029号明細書に開示のL－アスパルチル－1－ヒドロキシエチルアルカンアミド甘味料、欧州特許出願第168,112号明細書に開示のL－アスパルチル－D－フェニルグリシンエステルおよびアミド甘味料などが挙げられる。このような増量ジュース製品で使用するのに特に好ましい甘味料は、アスパルテームである。

単一強度果汁飲料の場合には、糖分は、約2～約16°ブリックスであることができる。典型的には、このような飲料の糖分は、その中に含有される果汁の量に依存する。果汁少なくとも約95％を含有する全強度飲料の場合には、糖分は典型的には約5～約14°ブリックスである。果汁約15～約90％を含む増量ジュース飲料の場合には、糖分は、典型的には約5～約13°ブリックス(他の甘味料なし)または約2～約8°ブリックス(他の甘味料含有)である。

本発明に係る果汁濃縮物の場合には、糖分は、約6～約75°ブリックスであることができる。典型的には、これらのジュース濃縮物の糖分は、約20～約50°ブリックスである。オレンジジュース濃縮物の場合には、糖分は、好ましくは約35～約50°ブリックスである。

本発明の果汁飲料およびジュース濃縮物は、添加タンパク質を実質上含まない。このようなタンパク質の例としては、大豆タンパク質、ホエータンパク質濃縮物などが挙げられる。これらのタンパク質は、果汁アロマおよびフレーバーと反応することがあり、そして加水分解されるならば、望ましくない痛烈なフレーバーを有する短鎖ペプチドまたはアミノ酸を生成することがある。本発

明の果汁飲料の場合には、添加タンパク質の量は、一般に約0.1重量%以下である。好ましくは、これらの飲料および濃縮物は、添加タンパク質を全く含有しない。

また、本発明の果汁飲料およびジュース濃縮物は、最小量の塩化物イオンを含有する。余りに多量の塩化物イオンの配合は、望ましくない塩気性を果汁飲料中に生じさせることがある。また、多量の塩化物イオンは、オレンジジュースのフレーバーおよび甘味強度を減少することが見出された。塩化物イオンの量は、一般に果汁飲料の約0.07重量%以下であり、好ましくは、望ましくない塩気性が検出できないような量、即ち、約0.03重量%以下である。(本発明の果汁濃縮物は、過量の水での希釈時に、特定の最大量の塩化物イオンを有する飲用飲料を与えるように処方する)。

また、本発明のカルシウム補給果汁製品は、少量の可溶化ホスフェートを含むことができる。0.04重量%までの可溶化ホスフェート、特にリン酸の添加は、カルシウム補給リンゴジュース飲料のアップフロント（upfront）酸度を改善することが見出された。しかしながら、この利益は、可溶化ホスフェートを約0.04重量%よりもはるかに多い量で加える時には生じない。

果汁製品に典型的に存在する他の任意成分は、本発明の飲料および濃縮物に配合できる。例えば、防腐剤、ビタミンおよび他のミネラルが、配合できる。好適なビタミンとしては、A、D、E、C（アスコルビン酸）、$B_1$、$B_2$、$B_6$、$B_{12}$、ニアシン、葉酸、チアミン、ビオチン、リボフラビンが挙げられる。配合できるカルシウム以外の他のミネラルは、鉄、亜鉛、カリウム、マグネシウム、マンガン、銅である。所望ならば天然および合成のフレーバーおよび着色剤は、これらの飲料および濃縮物に配合できる。

本発明のカルシウム補給果汁製品の驚異的性質は、牛乳に比較してさえ、それからのカルシウムの優秀な吸収性／生物学的利用能である。この観察は、ラットに投薬されたカルシウム補給オレンジジュース、カルシウム補給リンゴジュース、およびヤギ乳からの標識カルシウム（$^{47}Ca$）の全身保持（whole body retention）を測定する実験で得られたデータに基づく（標識カルシウムの全身保持の測定は、カルシウムの組み合わされた吸収性および生物学的利用能を正確に反映すると信じられる）。投与された飲料の各々は、カルシウム0.12重量%を含有していた。ヤギ乳のカルシウム保持は、ヤギ乳中のカルシウムの全量に基づいて約26（内因的に標識された$^{47}Ca$）〜約31%（外因的に標識された$^{47}Ca$）であった。比較して、補給オレンジジュースおよびリンゴジュース製品のカルシウム保持は、ジュース中のカルシウムの全量に対して、それぞれ54%および47%であった。

C. カルシウム補給果汁製品の製造法

本発明のカルシウム補給果汁製品は、独特の方法によって製造する。この方法は、図に概略的に示す。この方法の以下の議論は、一般に本発明に係る高度に好ましい果汁製品であるオレンジジュース飲料およびジュース濃縮物の調製に関するであろう。しかしながら、この方法は、グレープフルーツなどの他のカンキツ類ジュース、リンゴジュースなどの非カンキツ類ジュース、並びにジュースの混合物をベースとするカルシウム補給果汁製品を製造するのにも使用できる。

図を参照すると、クエン酸およびリンゴ酸を含む酸成分（酸）を典型的には過量の水に溶解する（所望ならば、レモンジュースなどの果汁または濃縮果汁は、酸の一部分を供給するのに使用できる）。一般に、この酸成分は、クエン酸()〜約90重量%およびリンゴ酸約10〜100重量%を含む。オレンジジュースの場合には、この酸成分は、典型的にはクエン酸約20〜約90重量%およびリンゴ酸約10〜約80重量%を含む。好ましくは、この酸成分は、クエン酸約15〜約60重量%およびリンゴ酸約40〜約85重量%を含む（リンゴジュースなどの非カンキツ類ジュースの場合には、この酸成分は、典型的にはクエン酸約5〜約80重量%およびリンゴ酸約20〜約95重量%を含み、好ましくはクエン酸約20〜約50重量%およびリンゴ酸約50〜約80重量%を含む）。一般に、これらの酸の比率は、最適のフレーバー特性をジュース中に与えるように選ばれる。

一旦溶存酸を含有する溶液が調製されたら、次いでカルシウム源を加える。炭酸カルシウム（$CaCO_3$）は、好ましいカルシウム源である。このカルシウム源は、カルシウムの最大の最も迅速な初期可溶化をもたらし、かつ最小量の異臭発生しか生じない。水酸化カルシウム（$Ca(OH)_2$）および酸化カルシウム（$CaO$）も、許容可能なカルシウム源であるが、炭酸カルシウムよりも多い異臭発生を生ずることがある。溶液に加えられた全酸対カルシウムの重量比は、典型的には約0.5〜約12である。好ましくは、この重量比は、約1〜約6である。

炭酸カルシウム、酸化カルシウムまたは水酸化カルシウムの酸水溶液への添加は、可溶化カルシウムの少なくとも準安定な溶液を含有するプレミックスを与える。このことは、易溶性クエン酸カルシウムおよびリンゴ酸カルシウム物質、例えば$CaH$サイトレート、$Ca(H_2サイトレート)_2$、および$CaH$マレートがカルシウム源と酸との反応のため溶液中で生成するという事実のためである。添加安定剤なしで、易溶性クエン酸カルシウム物質は、プレミックス溶液中でわずか大体数時間までの期間安定である。この短時間後、易溶性サイトレート物質は、不均一化して対応の酸およびより熱力学的に安定な不溶性クエン酸カルシウム塩、例えば、$Ca_3$サイトレート$_2$となる傾向がある。

プレミックス溶液中でのより可溶性のリンゴ酸カルシウムおよび特にクエン酸カルシウム物質の安定性を改善するために、本発明の方法においてプレミックス安定剤を配合することが好ましい。カルシウムと錯化でき、か

(8)　　　　　　　　　　　　　　　　　　　　特許2559732

15

つ/または結晶化抑制剤として作用できる物質は、プレミックス安定剤として有用である。これらの物質としては、糖類、例えばスクロース、グルコース、フルクトース、高フルクトースコーンシロップ、転化糖、および多糖類、例えばペクチン、アルギン、加水分解デンプン、キサンタンガム、および他の食用ガムが挙げられる。糖類と多糖類との両方を天然に含有する濃縮ジュースは、特に好適なプレミックス安定剤である。好ましいプレミックス安定剤は、スクロースおよび高フルクトースコーンシロップ（特に増量ジュース製品用）および糖分約35〜約80°ブリックスを有する濃縮オレンジジュース（その源は後述）である。

プレミックス安定剤は、カルシウム源を酸を含有する水溶液に加えた直後に添加できる（炭酸カルシウムがカルシウム源である時には、二酸化炭素発生は、プレミックス安定剤を加える前に好ましくは実質上とめられる）。しかしながら、所望ならば、プレミックス安定剤（特に糖類および濃縮ジュースの場合）は、カルシウム源添加前に酸の水溶液に添加できる。プレミックス溶液に配合するプレミックス安定剤の量は、典型的には、使用する安定剤に依存する。糖類をプレミックス安定剤として使用する時には、糖類は、典型的には、糖分約2〜約40°ブリックスを与えるのに十分な量で添加する。多糖類を使用する時には、量は、広く変化できるが、典型的には重量/容量基準で約0.01〜約0.5%である。濃縮ジュースをプレミックス安定剤として使用する時には、濃縮ジュースは、典型的には糖分約2〜約12°ブリックス（好ましくは約2〜約6°ブリックス）を与えるのに十分な量で配合する。

可溶化カルシウムのプレミックス溶液は、典型的には前記のように室温でバッチ型方法で調製する。しかしながら、このプレミックス溶液は、連続法でも調製できる。この連続法においては、成分（水、酸、カルシウム源および任意のプレミックス安定剤）を一緒に一定に計量供給して、プレミックス溶液を調製する。成分を計量供給する量は、必要に応じてプレミックス溶液中へのカルシウムの適当な可溶化を保証しかつ適当な酸度を与えるために調節される。

可溶化カルシウムを含有するプレミックス溶液は、混合槽中で糖分約35〜約80°ブリックス（好ましくは約60〜約70°ブリックス）を有する冷却〔例えば約40°F（4.4℃）未満〕濃縮オレンジジュース（濃縮ジュース）、オレンジジュースアロマおよびフレーバー揮発分（アロマ/フレーバー濃縮物）+他のオレンジジュース材料、例えば果肉およびピール油と一緒にして、（1）可溶化カルシウム少なくとも約0.05%、（2）オレンジジュース少なくとも約45%および（3）糖分約2〜約75°ブリックスを有するカルシウム補給オレンジジュース製品を与える。使用するプレミックス溶液、濃縮ジュース、アロマ/フレーバー揮発分、果肉およびピール油の

16

特定の割合は、所望のカルシウム補給度および包含するオレンジジュース製品の種類（単一強度ジュース飲料またはジュース濃縮物）を含めて多数の異なる因子に依存するであろう。例えば、カルシウム補給（カルシウム0.56%）42°ブリックオレンジジュース濃縮物は、濃縮オレンジジュース（65°ブリックス）65部、果肉5部、アロマ/フレーバー濃縮物15部、ピール油0.4部および炭酸カルシウム1.4部と、クエン酸とリンゴ酸との混合物2.2部と水10部と濃縮オレンジジュース（42°ブリックス）1部とを一緒にすることによって得られたプレミックス溶液14.6部を一緒にすることによって調製できる。同様の単一強度ジュース飲料は、濃縮オレンジジュース、果肉、アロマ/フレーバー濃縮物、ピール油およびプレミックス溶液の量の適当な変更、並びに水の配合によって調製できる。カルシウム補給オレンジジュース製品を得た後、次いでカン、カートン、ビンまたは他の適当なパッキングに詰める。カルシウム補給オレンジジュース濃縮物の場合には、これらの製品は、典型的にはカンに詰めた後に、凍結する。

本発明の方法で使用する濃縮オレンジジュース、オレンジジュースアロマ/フレーバー揮発分、果肉およびピール油は、標準オレンジジュース加工から得ることができる。オレンジ、グレープフルーツおよびタンジェリンの標準加工についてはネイギーなどの「カンキツ類科学およびテクノロジー（Citrus Science and Technology）」、第2巻（AVIパブリッシング・カンパニー、1977年）、第177頁〜第252頁参照〔また、カルシウム補給非カンキツ類ジュース製品用のジュース源およびジュース材料を与えるためのリンゴジュース、グレープジュース、パイナップルジュースなどの非カンキツ類ジュースの標準加工についてはネルソン等の「果汁および野菜ジュース加工テクノロジー（Fruit & Vegetable Juice Processing Technology）」（第3版、AVIパブリッシング、1980年）、第180頁〜第505頁も参照〕。新鮮なジュースは、主としてバレンシア（Valencia）型のオレンジから抽出する（オレンジの皮に最初に傷をつけて、本発明の方法で使用できるピール油を与える）。異なるオレンジからのジュースは、しばしば糖対酸の比率を調節するためにブレンドする。糖対酸の比率約8:1から約20:1が、許容可能と考えられる。しかしながら、好ましい糖対酸の比率は、典型的には約11:1から約15:1である。

ジュースは、自動ジュース搾り器を使用することにより、またはしばしばというほどではないが、オレンジの手絞りによりオレンジから抽出する。ジュースを抽出するのに使用する装置の種類は、臨界的ではない。絞り装置から出る粗ジュースは、果肉、ラグ（rag）および種子を含有する。ラグおよび種子は、仕上機においてジュースおよび果肉から分離する。次いで、ジュースは、典型的には果肉部分および漿液（serum）部分に分ける（果肉部分は、本発明の方法において果肉源として使用でき

17

る)。

懸濁液部分は、各種の技術によって濃縮できる。これらの技術としては、典型的には蒸発濃縮または凍結濃縮が挙げられる。蒸発濃縮においては、ジュースの懸濁液部分を蒸発器〔落下フィルムまたは温度促進短時間蒸発器（TASTE）型〕に通過させる。水蒸気、並びにアロマおよびフレーバー揮発分をジュースからストリッピングする。次いで、これらのストッピングされた揮発分を遠心分離して、上層（エッセンス油）および下層（水性エッセンス）を与える（これらのエッセンス油および水性エッセンスの一部分は、典型的には本発明の方法用のオレンジジュースアロマ／フレーバー揮発分源として使用される）。次いで残りのストリッピングされたジュースを蒸発器において（熱により）濃縮して、濃縮ジュースの糖分により測定した時に適度の固形分とする。次いで、この濃縮ジュースは、本発明の方法で使用できる。

大抵の濃縮オレンジジュースは、蒸発濃縮によって得られる。しかしながら、凍結濃縮も、本発明の方法で有用な濃縮オレンジジュースを得るのに使用できる。凍結濃縮は、典型的にはジュースの懸濁液部分をスクレープ壁熱交換器（scraped wall heat exchager）に通過させて実質上純粋な氷結晶を形成させ、次いでこれらの氷結晶を濃縮ジュースから分離することを包含する。好ましい凍結濃縮法は、米国特許第4,374,865号明細書に開示されている。蒸発濃縮と異なり、凍結濃縮によって得られた濃縮オレンジジュースは、典型的にはアロマ／フレーバー揮発分も含有する。

本発明のカルシウム補給果汁飲料およびジュース濃縮物は、他の方法によって調製できる。例えば、酸および炭酸カルシウムは、アロマ／フレーバー揮発分を取り除いた濃縮果汁に直接添加できる。この方法は、酸および炭酸カルシウムを良く混合してカルシウムの可溶化を保証することを必要とする。このことは、注意深く行なわれなければ、望ましくない泡立ちおよびジュース中の揮発性フレーバー化合物の損失を生ずることがある。また、この方法においては溶存炭酸カルシウムまたは水酸化カルシウムを囲む局部的塩基性環境中のフレーバー部分の反応および／または相互作用のための調理／褐色異臭の発生を回避するように注意を払わなければならない。更に、炭酸カルシウム（単独またはクエン酸と一緒に）をジュースに直接加える時には、残留炭酸化がある。この残留炭酸化は、特にオレンジジュースにおいて、不快な酸蝕した酸酵臭を付与することが見出された。これらの理由で、可溶化カルシウムのプレミックス溶液の使用は、本発明のカルシウム補給果汁飲料およびジュース濃縮物の好ましい製造法である。

カルシウム補給果汁濃縮物の製造法の特定の説明

以下のものは、本発明に係るカルシウム補給果汁濃縮物の製造法を説明する。

A. オレンジネクター濃縮物

18

カルシウム補給オレンジネクター濃縮物は、以下の成分から調製した。

| 成　分 | 量（g） |
|---|---|
| 65°ブリックスオレンジジュース濃縮物 | 2070 |
| 水性オレンジエッセンス | 550 |
| オレンジ果肉 | 270 |
| オレンジ油 | 2 |
| オレンジフレーバー混合物 | 14 |
| 炭酸カルシウム | 58 |
| クエン酸 | 68 |
| リンゴ酸 | 54 |
| スクロース | 910 |
| 水 | 1450 |
| 合計 | 5446 |

プレミックス溶液は、下記のようにして調製した。糖を水に溶解し、次いで酸（クエン酸およびリンゴ酸）を溶解した。炭酸カルシウムを加え、泡立ちがやむまで混合物を撹拌した。このプレミックス溶液は、全酸対カルシウムの重量比5.3およびクエン酸対リンゴ酸の重量比56:44を有していた。プレミックス溶液を撹拌下に65°ブリックスオレンジジュース濃縮物に加えた後、オレンジエッセンス、オレンジ果肉、オレンジ油、およびオレンジフレーバー混合物を加えた。得られたカルシウム補給オレンジ濃縮物ネクターは、糖分42°ブリックス、カルシウム0.44重量％、全酸対カルシウムの重量比10およびクエン酸対リンゴ酸の重量比67:33を有していた。このオレンジネクター濃縮物1部は、水3部での希釈時に、オレンジジュース60％およびカルシウム0.11重量％を含有するオレンジネクター飲料を与える。

B. オレンジジュース濃縮物

カルシウム補給オレンジジュース濃縮物は、以下の成分から調製した。

| 成　分 | 量（g） |
|---|---|
| 65°ブリックスオレンジジュース濃縮物 | 3472 |
| 水性オレンジエッセンス | 549 |
| オレンジ果肉 | 273 |
| オレンジ油 | 9 |
| 炭酸カルシウム | 62 |
| クエン酸 | 11 |
| リンゴ酸 | 44 |
| 水 | 1040 |
| 合計 | 5460 |

プレミックス溶液は、下記のようにして調製した。酸を水に溶解し、次いで炭酸カルシウムを加えた。この混合物に直ちに使用すべき全量の大体1/3までの65°ブリックスオレンジジュース濃縮物の部分を加えた。このプレミックス溶液は、全酸対カルシウムの重量比1およびクエン酸対リンゴ酸の重量比20:80を有していた。プレミックス溶液を残りの65°ブリックスオレンジジュース濃縮物に加えた後、水性オレンジエッセンス、オレンジ

(10)　　　　　　　　　　　　　　　　特許2559732

19

果肉およびオレンジ油を加えた。得られたカルシウム補給オレンジジュース濃縮物は、糖分45°ブリックス、カルシウム0.4重量%、全酸対カルシウムの重量比11およびクエン酸対リンゴ酸の重量比67:33を有していた。このオレンジジュース濃縮物1部は、水3部での希釈時に、オレンジジュース96%およびカルシウム0.1重量%を含有するオレンジジュース飲料を与える。

C.リンゴジュース飲料

態様　1

　カルシウム補給リンゴジュース飲料は、以下の成分から調製した。

| 成　分 | 量（g） |
|---|---|
| 70°ブリックスリンゴジュース濃縮物 | 243.22 |
| リンゴアロマ濃縮物 | 212.85 |
| 炭酸カルシウム | 4.26 |
| クエン酸 | 1.06 |
| リンゴ酸 | 2.98 |
| 水 | 954.63 |
| 合計 | 1419.0 |

　プレミックス溶液は、酸を水400gに溶解し、次いで炭酸カルシウムを撹拌下に注意深く加えることによって調製した。泡立ちがやんだ後（約5分）、プレミックス溶液を70°ブリックスリンゴジュース濃縮物に加えた後、

20

リンゴアロマ濃縮物および水の残部554.63gを加えた。混合物を強撹拌し、次いでビン詰めして、カルシウム0.12重量%を含有するカルシウム補給リンゴジュース飲料を与えた。

態様　2

　カルシウム補給リンゴジュース飲料は、以下の成分から調製した。

| 成　分 | 量（g） |
|---|---|
| 70°ブリックスリンゴジュース濃縮物 | 243.22 |
| リンゴアロマ濃縮物 | 212.85 |
| スクロース | 14.19 |
| 炭酸カルシウム | 4.26 |
| クエン酸 | 1.42 |
| リンゴ酸 | 3.97 |
| 水 | 939.09 |
| 合計 | 1419.0 |

　スクロース（プレミックス安定剤として）をプレミックス溶液の調製時に加えた以外は、カルシウム補給リンゴジュース飲料は、態様1の方法に従って調製した。

【図面の簡単な説明】

図は本発明に係るカルシウム補給果汁製品の好ましい製造法の概略図を図示する。

(11)                                              特許2559732

