# Exhibit 20

# THE AMERICAN HERITAGE DICTIONARY OF SCIENCE

Robert K. Barnhart

with Sol Steinmetz, Managing Editor



Houghton Mifflin Company · Boston

# EDITORIAL STAFF

## For Barnhart Books

*Managing Editor:*
Sol Steinmetz

*General Editors:*
Cynthia A. Barnhart
Benjamin B. Normark

*Senior Associate Editor:*
Anne L. Bartling

*Associate Editors:*
Shirley Abramson
Maria Bastone
Gerald Dalgish

*Editorial Assistants:*
David F. Barnhart
Virginia M. Barnhart
Maria R. Bastone
Clarie Day
George S. Waldo

*Office Assistants:*
Albert S. Crocco
Katherine E. Barnhart
Rebecca L. Barnhart

*Illustrations:* John R. Barnhart
George Hendrix, Art Production
Henri A. Fluchère, Consultant

## For Hammond Incorporated

*Editorial Liaison:*
George E. Sullivan


LIBRARY OF CONGRESS
5
AUG 30 1988
COPY
CIP

Copyright © 1986 by Barnhart Books
All rights reserved.

For information about permission to reproduce selections from
this book, write to Permissions, Houghton Mifflin Company,
2 Park Street, Boston, Massachusetts 02108.

Library of Congress Cataloging-in-Publication Data

Barnhart, Robert K.
The American Heritage dictionary of science.

Reprint. Previously published: Hammond Barnhart
dictionary of science. Maplewood, N.J. : Hammond, c1986.
1. Science—Dictionaries.   I. Steinmetz, Sol.
II. Title.   III. Title: Dictionary of science.
~~Q123.B35   1988~~   503'.21        88-8867
ISBN 0-395-48367-0

Printed in the United States of America

K 10 9 8 7 6 5 4 3 2 1

ny enzymes important for cell ochondria produce most of the energy cells and appear in the form of granuments, but often change their shape umber in each cell remains about the g animals convert their mitochondria essed by cold-blooded animals when eason arrives (John G. Lepp). See the some [New Latin, from Greek *mitos* ros lump]

, *adj.* of or having to do with michondrial DNA.

ıit′ə kon′drē ən), *n.* singular of he mitochondrion ... is frequently about 1–2 microns in diameter (New alled chondriosome.

jə net′ik), *adj.* = mitogenic.

n′ik), *adj. Biology.* that promotes or mitogenic agents.

r mī tō′sis), *n. Biology.* 1 the process leus of a cell divides to form two new aining the same number of chromonal nucleus; nuclear division. Mitosis d into four stages: *prophase*, in which romatin threads of the nucleus conicroscopically visible chromosomes, nsists of two genetically identical sisetaphase, in which the nuclear memand the chromosomes line up near cell; *anaphase*, in which one chromanow called a daughter chromosome) ch end of the cell; and *telophase*, in iter chromosomes lose their visible n appear as chromatin threads, and membranes form around the two es. During telophase, the cytoplasm by a process called cytokinesis), and formed.

hich mitotic nuclear division occurs.

mitosis, from Greek *mitos* thread] ik), *adj.* of or having to do with mito-mitotic cell division, daughter cells number of chromosomes of the origiegents Syllabus). —mitotically, *adv.*


METAPHASE
chromosomes, spindle
centrioles


TELOPHASE
chromosomes, nucleus
centrioles

), *Anatomy.* the valve of the heart rium and left ventricle, which preom flowing back into the atrium:

*Damage to the mitral valve ... is one of the commonest pathological conditions of the heart* (Arthur Selzer). Also called **left atrioventricular valve.** Compare **tricuspid valve.** See the picture at **valve.**

**mixed,** *adj.* **1** *Botany.* (of an inflorescence) combining both determinate and indeterminate arrangements, as a thyrsus does. **2** *Anatomy.* consisting of both sensory and motor fibers: *Nerves ... can be sensory nerves, motor nerves, and mixed nerves* (Biology Regents Syllabus). **3** *Physiology.* secreting more than one substance: *a mixed gland.*

**mixed bud,** *Botany.* a bud producing both foliage and flower. Compare **flower bud, leaf bud.**

**mixed number,** *Mathematics.* a number consisting of a positive or negative integer and a fraction. EXAMPLES: 1 1/2, 16 2/3, – 25 9/10.

**mixed tide,** *Oceanography.* a tide that does not flow and ebb regularly twice a day: *Some Pacific Islands have mixed tides, such as two high tides daily, with only a little ebb between, and then a very low tide* (Robert O. Reid).

**mixture,** *n. Chemistry.* the product of two or more substances mixed together, but not chemically combined. Mixtures can be separated mechanically by distillation, freezing, melting, etc. Compare **compound.** [from Latin *mixtura*, from *miscere* to mix]

**MKS** or **MKSA,** *adj.* of or designating a system of measurement based on the meter, the kilogram, the second, and the ampere: *The joule is the MKS unit of work.* [from $m(eter) + k(ilogram) + s(econd) + a(mpere)$] ► See the note under **SI unit.**

**ml,** *abbrev.* milliliter *or* milliliters.

**mm** or **mm.,** *abbrev.* millimeter *or* millimeters.

**mm²** or **mm.²,** *abbrev.* square millimeter.

**mm³** or **mm.³,** *abbrev.* cubic millimeter.

**mmf** or **m.m.f.,** *abbrev.* magnetomotive force.

**Mn,** *symbol.* manganese.

**MNS** (em′ en′ es′), *n. Immunology.* a system of classifying blood groups based on genetically controlled antigens found within the membranes of red blood cells. —*adj.* of or having to do with this system of classification. Compare **ABO.**

**Mo,** *symbol.* molybdenum.

**mobile,** *adj. Chemistry.* tending to be naturally fluid; moving or flowing easily: *Mercury is a mobile metal.* —**mobility,** *n.* natural fluidity; ease of movement or flow.

**Möbius strip** or **Möbius band** (mœ′bē əs *or* mō′bē əs), *Geometry.* a continuous, one-sided surface formed by turning one side of a rectangle 180 degrees and then joining it to the opposite side: *The unique topological property of the Möbius strip is that it has one surface and one edge* (Carol Gibson). *If you cut the bottle in half vertically, you get two Möbius bands, one a mirror image of the other* (Martin Gardner). Also spelled **Moebius strip** or **band.** Compare **Klein bottle.** [named after August F. *Möbius*, 1790–1868, German mathematician]

**modal,** *adj. Statistics, Physics.* of or having to do with a mode or modes.

**mode,** *n.* **1** *Mathematics, Statistics.* the number that occurs most frequently in a set of numbers or series of data: *The presence of two or more modes usually means that the sample is not homogeneous, i.e., that two or more distinct distributions have been combined* (O. L. Davies).

ASSOCIATED TERMS: see **average.**

**2** *Physics.* any one of various patterns in which vibration may occur. In a freely vibrating system, oscillation is restricted to certain characteristic patterns of motion at certain characteristic frequencies. *Waves of given frequency can go through a pipe in many patterns, called modes, each with a different wavelength and velocity. When the pipe is small, only one mode can travel* (Scientific American).

**3** *Geology.* the actual mineral composition of a rock, stated quantitatively in percentages by weight or volume. Compare **norm.**

[from Latin *modus* measure, manner]

**model,** *n.* a simplified description or conception of a system, used to understand the system or as the basis for further study or investigation of its characteristics: *a mathematical model of the global atmosphere, the mechanistic model of the universe. A Michigan researcher has created a computer model of a bacterium, the ubiquitous Escherichia coli. Fed on machine language input, the model so far has been able to grow, function and reproduce itself just like its protoplasmic counterpart* (Science News).

**moderate** (mod′ər it), *adj. Meteorology.* denoting a breeze with a velocity of 13–18 miles per hour (on the Beaufort scale, force 4), or a gale with a velocity of 32–38 miles per hour (Beaufort force 7).
—*v.* (mod′ər āt), *Nuclear Physics.* to slow down or lower the energy of (a particle, especially a neutron): *Most of today's power reactors use graphite (carbon) or water (hydrogen and oxygen) to moderate neutron speed* (Robert C. Cowen).

**moderator,** *n. Nuclear Physics.* a material, such as graphite, used in a reactor to reduce the speed of neutrons, making them more efficient in splitting atomic nuclei.

**modification,** *n. Biology.* a change in an organism resulting from external influences, and not inheritable.

**modiolus** (mō dī′ə ləs *or* mə dī′ə ləs), *n., pl.* -li (-lī). *Anatomy.* the central conical axis around which the chochlea of the ear winds. [from New Latin *modiolus*, from Latin, nave of a wheel]

**modular** (moj′ū lər), *adj. Mathematics, Physics.* of or having to do with a modulus or moduli.

**modular arithmetic,** a form of arithmetic dealing with the remainders after a set of numbers are divided by a single number, the modulus: *Modular arithmetic is a concept with which we are all familiar. For example, if it is ten o'clock, then three hours later it will be one o'clock (and not, as in simple arithmetic, thirteen o'clock). A clock or watch is an example of what is known as a "modulo 12" system. The "12" means that there are only 12 integers* (S. J. Colley).

---

cap, fāce, fäther; best, bē, tėrm; pin, fīve; rock, gō, ôrder; oil, out; cup, put, rüle, yü in use, yu̇ in uric; ng in bring; sh in rush; th in thin, ᴛʜ in then; zh in seizure.
ə = a in about, e in taken, i in pencil, o in lemon, u in circus