# Exhibit 21

ACQNS
PE
1628
.M36
2003

# Merriam-Webster's Collegiate® Dictionary

## ELEVENTH EDITION



Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2003 by Merriam-Webster, Incorporated

First Printing 2003

Library of Congress Cataloging in Publication Data

Merriam-Webster's collegiate dictionary. — Eleventh ed.
    p.    cm.
    Includes index.
    ISBN 0-87779-807-9 (Laminated unindexed : alk. paper). — ISBN 0-87779-808-7 (Jacketed hardcover unindexed : alk. paper). — ISBN 0-87779-809-5 (Jacketed hardcover with CD-ROM : alk. paper). — ISBN 0-87779-810-9 (Leatherlook with CD-ROM : alk. paper). — 0-87779-813-3 (Canadian). — 0-87779-814-1 (international).
    1. English language—Dictionaries.  I. Title: Collegiate dictionary.  II. Merriam-Webster, Inc.
    PE1628.M36    2003
    423—dc21                                              2003003674
                                                                CIP

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

12TT:QWV03

**be·think** \bi-'thiŋk, bē-\ vt **-thought** \-'thȯt\; **-think·ing** (bef. 12c)  **1 a** : REMEMBER, RECALL  **b** : to cause (oneself) to be reminded  **2** : to cause (oneself) to consider

**be·tide** \bi-'tīd, bē-\ vi (12c) : to happen esp. as if by fate ~ vt : to happen to : BEFALL — used chiefly in the phrase *woe betide* ⟨woe ~ our enemies⟩

**be·times** \bi-'tīmz, bē-\ adv (13c)  **1** : in good time : EARLY  **2** *archaic* : in a short time : SPEEDILY  **3** : at times : OCCASIONALLY

**bê·tise** \bā-'tēz\ n, pl **bê·tises** \-'tēz\ [F, fr. *bête* idiot, fool, lit., beast] (1798)  **1** : an act of foolishness or stupidity  **2** : lack of good sense : STUPIDITY

**be·to·ken** \bi-'tō-kən, bē-\ vt **-to·kened; -to·ken·ing** \-'tōk-niŋ, -'tō-kə-\ (15c)  **1** : to typify beforehand : PRESAGE  **2** : to give evidence of : SHOW

**be·tray** \bi-'trā, bē-\ vb [ME, fr. *be-* + *trayen* to betray, fr. AF *trahir*, fr. L *tradere* — more at TRAITOR] vt (13c)  **1** : to lead astray; esp : SEDUCE  **2** : to deliver to an enemy by treachery  **3** : to fail or desert esp. in time of need ⟨~ed his family⟩  **4 a** : to reveal unintentionally ⟨~ one's true feelings⟩  **b** : SHOW, INDICATE  **c** : to disclose in violation of confidence ⟨~ a secret⟩ ~ vi : to prove false  syn see REVEAL — **be·tray·al** \-'trā-(ə)l\ n — **be·tray·er** \-'trā-ər\ n

**be·troth** \bi-'trōth, -'trȯth, bē-\ vt [ME, fr. *be-* + *trouthe* truth, troth] (14c)  **1** : to promise to marry  **2** : to give in marriage

**be·troth·al** \-'trō-thəl, -'trȯ-, -thəl\ n (1831)  **1** : the act of betrothing or fact of being betrothed  **2** : a mutual promise or contract for a future marriage

**be·trothed** \bi-'trōthd, -'trȯthd\ n (1588) : the person to whom one is betrothed

**bet·ta** \'be-tə\ n [NL, prob. fr. Jav *wader*, a freshwater fish] (1927) : any of a genus (*Betta* of the family Anabantidae) of small brilliantly colored long-finned freshwater bony fishes of southeastern Asia; *esp* : SIAMESE FIGHTING FISH

¹**bet·ter** \'be-tər\ adj, comparative of GOOD [ME *bettre*, fr. OE *betera*; akin to OE *bōt* remedy, Skt *bhadra* fortunate] (bef. 12c)  **1** : greater than half ⟨for the ~ part of an hour⟩  **2** : improved in health or mental attitude ⟨feeling ~⟩  **3** : more attractive, favorable, or commendable ⟨in ~ circumstances⟩  **4** : more advantageous or effective ⟨a ~ able solution⟩  **5** : improved in accuracy or performance ⟨building a ~ engine⟩

²**better** vt (bef. 12c)  **1** : to make better: as  **a** : to make more tolerable or acceptable ⟨trying to ~ the lot of slum dwellers⟩  **b** : to make more complete or perfect ⟨looked forward to ~ing her acquaintance with the new neighbors⟩  **2** : to surpass in excellence : EXCEL ~ vi : to become better  syn see IMPROVE

³**better** adv, comparative of WELL (12c)  **1 a** : in a more excellent manner ⟨sings ~ than I do⟩  **b** : to greater advantage : PREFERABLY ⟨some things are ~ left unsaid⟩  **2 a** : to a higher or greater degree ⟨he knows the story ~ than you do⟩  **b** : MORE ⟨it is ~ than nine miles to the next town⟩

⁴**better** n (12c)  **1 a** : something better ⟨I expected ~ from them⟩  **b** : a superior esp. in merit or rank ⟨was respectful of his ~s⟩  **2** : ADVANTAGE, VICTORY ⟨get the ~ of her⟩

⁵**better** *verbal auxiliary* (1831) : had better ⟨you ~ hurry⟩

**better half** n (1580) : SPOUSE

**bet·ter·ment** \'be-tər-mənt\ n (1598)  **1** : a making or becoming better  **2** : an improvement that adds to the value of a property or facility

**bet·ter-off** \,be-tə-'rȯf\ adj (ca. 1859)  **1** : being in comfortable economic circumstances ⟨the ~ people live in the older section of town⟩  **2** : being in a more advantageous position

**betting shop** n (1852) *Brit* : a shop where bets are taken

**bet·tor** *or* **bet·ter** \'be-tər\ n (1609) : one that bets

¹**be·tween** \bi-'twēn, bē-\ prep [ME *betwene*, prep. & adv., fr. OE *betwēonum*, fr. *be-* + *twēonum* (dat. pl.) (akin to Goth *tweihnai* two each); akin to OE *twā* two] (bef. 12c)  **1 a** : by the common action of ⟨jointly engaging ⟨shared the work ~ the two of them⟩ ⟨talks ~ the three —*Time*⟩  **b** : in common to : shared by ⟨divided ~ his four grandchildren⟩  **2 a** : in the time, space, or interval that separates  **b** : in intermediate relation to  **3 a** : from one to another of ⟨air service ~ Miami and Chicago⟩  **b** : serving to connect or unite in a relationship (as difference, likeness, or proportion) ⟨a one-to-one correspondence ~ sets⟩  **c** : setting apart ⟨the line ~ fact and fancy⟩  **4 a** : in preference for one or the other of ⟨had no difficulty deciding ~ the two⟩  **b** : in point of comparison of ⟨not much to choose ~ the two coats⟩  **5** : in confidence restricted to ⟨a secret ~ you and me⟩  **6** : taking together the combined effect of ⟨~ work and family life, they have no time for hobbies⟩

*usage* There is a persistent but unfounded notion that *between* can be used only of two items and that *among* must be used for more than two. *Between* has been used of more than two since Old English; it is esp. appropriate to denote a one-to-one relationship, regardless of the number of items. It can be used when the number is unspecified ⟨economic cooperation between nations⟩, when more than two are enumerated ⟨between you and me and the lamppost⟩ ⟨partitioned between Austria, Prussia, and Russia —Nathaniel Benchley⟩, and even when only one item is mentioned (but repetition is implied) ⟨pausing between every sentence to rap the floor —George Eliot⟩. *Among* is more appropriate where the emphasis is on distribution rather than individual relationships ⟨discontent among the peasants⟩. When *among* is automatically chosen for more than two, English idiom may be strained ⟨a worthy book that nevertheless falls among many stools —John Simon⟩ ⟨the author alternates among mod slang, clichés and quotes from literary giants —A. H. Johnston⟩.

²**between** adv (bef. 12c) : in an intermediate space or interval

**be·tween·ness** \-nəs\ n (1884) : the quality or state of being between two others in an ordered mathematical set

**be·tween-times** \-,tīmz\ adv (1580) : at or during intervals

**be·tween-whiles** \-,hwī(-ə)lz, -,wī(-ə)lz\ adv (1656) : BETWEENTIMES

**be·twixt** \bi-'twikst, bē-\ adv or prep [ME, fr. OE *betwux*, fr. *be-* + *twux* (akin to Goth *tweihnai* two each)] — more at BETWEEN (bef. 12c) : BETWEEN

**betwixt and between** adv or adj (1789) : in a midway position : neither one thing nor the other

**Beu·lah** \'byü-lə\ n (1684) : an idyllic land near the end of life's journey in Bunyan's *Pilgrim's Progress*

**beurre blanc** \bər-'bläⁿ\ n [F, lit., white butter] (1931) : a seasoned butter sauce (as for fish) flavored with white wine, shallots, and vinegar or lemon juice

**beurre ma·nié** \-män-'yā\ n [F, lit., handled butter] (1939) : flour and butter kneaded together used as a thickener in sauces

**beurre noir** \-'nwär\ n [F, lit., black butter] (1830) : butter heated until brown or black and often flavored with vinegar or lemon juice

**BeV** *abbr* billion electron volts

**BEV** *abbr* Black English vernacular

¹**bev·el** \'be-vəl\ adj (ca. 1600) : OBLIQUE, BEVELED ⟨a ~ edge⟩

²**bevel** n [MF *bevel*, fr. OF *baivel*, fr. *baif* with open mouth, fr. *baer* to yawn — more at ABEYANCE] (1610)  **1** : an instrument consisting of two rules or arms jointed together and opening to any angle for drawing angles or adjusting surfaces to be cut at an angle  **2 a** : the angle that one surface or line makes with another when they are not at right angles  **b** : the slant of such a surface or line  **3** : the part of printing type extending from face to shoulder

³**bevel** vb **-eled** or **-elled; -el·ing** or **-el·ling** \'bev-liŋ, 'be-və-\ vt (1677) : to cut or shape to a bevel ~ vi : INCLINE, SLANT

**bevel gear** n (ca. 1790) : either of a pair of toothed wheels whose working surfaces are inclined to nonparallel axes

**bev·er·age** \'bev-rij, 'be-və-\ n [ME, fr. AF, fr. *beivre* to drink, fr. L *bibere* — more at POTABLE] (14c) : a drinkable liquid

**bevy** \'be-vē\ n, pl **bev·ies** [ME *bevey*] (15c)  **1** : a large group or collection ⟨a ~ of girls⟩  **2** : a group of animals esp. quail

**be·wail** \bi-'wā(ə)l\ vt (14c)  **1** : to wail over  **2** : to express deep sorrow for usu. by wailing and lamentation ⟨wringing her hands and ~ing her fate⟩  syn see DEPLORE

**be·ware** \bi-'wer, bē-\ vb [ME *been war*, fr. *been* to be + *war* careful — more at BE, WARE] vi (14c)  **1** : to be on one's guard ⟨~ of the dog⟩ ~ vt  **1** : to take care of ⟨~ your wallet⟩  **2** : to be wary of ⟨we must... the exceedingly tenuous generalization —Matthew Lipman⟩

**be·whis·kered** \-'hwis-kərd, -'wis-\ adj (1820) : having whiskers

**be·wigged** \bi-'wigd, bē-\ adj (1774) : wearing a wig

**be·wil·der** \bi-'wil-dər, bē-\ vt **-wil·dered; -wil·der·ing** \-d(ə-)riŋ\ (1684)  **1** : to cause to lose one's bearings  **2** : to perplex or confuse esp. by a complexity, variety, or multitude of objects or considerations  syn see PUZZLE — **be·wil·dered·ly** adv — **be·wil·dered·ness** n — **be·wil·der·ing·ly** \-d(ə-)riŋ-lē\ adv

**be·wil·der·ment** \-dər-mənt\ n (1811)  **1** : the quality or state of being bewildered  **2** : a bewildering tangle or confusion

**be·witch** \bi-'wich, bē-\ vt (13c)  **1 a** : to influence or affect esp. injuriously by witchcraft  **b** : to cast a spell over  **2** : to attract as if by the power of witchcraft : ENCHANT, FASCINATE ⟨~ed by her beauty⟩ ~ vi : to bewitch someone or something — **be·witch·ery** \-'wi-ch(ə-)rē\ n — **be·witch·ing·ly** \-'wi-chiŋ-lē\ adv

**be·witch·ment** \-'wich-mənt\ n (1607)  **1 a** : the act or power of bewitching  **b** : a spell that bewitches  **2** : the state of being bewitched

**be·wray** \bi-'rā\ vt [ME, fr. *be-* + *wreyen* to accuse, fr. OE *wrēgan*; akin to OHG *ruogen* to accuse] (13c) *archaic* : DIVULGE, BETRAY

**bey** \'bā\ n [Turk, gentleman, chief] (1537)  **1 a** : a provincial governor in the Ottoman Empire  **b** : the former native ruler of Tunis or Tunisia  **2** — used as a courtesy title in Turkey and Egypt

¹**be·yond** \bē-'änd\ adv [ME, prep. & adv., fr. OE *begeondan*, fr. *be-* + *geondan* beyond, fr. *geond* yond — more at YOND] (bef. 12c)  **1** : on or to the farther side : FARTHER  **2** : in addition : BESIDES

²**beyond** prep (bef. 12c)  **1** : on or to the farther side of : at a greater distance than ⟨~ the horizon⟩  **2 a** : out of the reach or sphere of ⟨a task ~ his strength⟩  **b** : in a degree or amount surpassing ⟨beautiful ~ measure⟩  **c** : out of the comprehension of ⟨his reasoning is ~ me⟩  **3** : in addition to : BESIDES ⟨doing work ~ his regular duties⟩

³**beyond** n (14c)  **1** : something that lies beyond  **2** : something that lies outside the scope of ordinary experience; *specif* : HEREAFTER

**be·zant** \'be-zənt, bə-'zant\ n [ME *besant*, fr. AF, fr. ML *Byzantius* Byzantine, fr. *Byzantium*, ancient name of Istanbul] (13c)  **1** : SOLIDUS 1  **2** : a flat disk used in architectural ornament

**be·zel** \'be-zəl, 'bē-\ n [prob. fr. dial. form of F *biseau* bezel, fr. MF] (1611)  **1** : a rim that holds a transparent covering (as on a watch, clock, or headlight) or that is rotatable and has special markings (as on a watch)  **2** : the oblique side or face of a cut gem; *specif* : the upper faceted portion of a brilliant projecting from the setting — see BRILLIANT illustration  **3** : a usu. metal rim of a piece of jewelry in which an ornament (as a gem) is set

**be·zique** \bə-'zēk\ n [F *bésique*] (1861) : a card game similar to pinochle that is played with a pack of 64 cards

**be·zoar** \'bē-,zȯr\ n [MF, fr. ML, fr. Ar dial. *bezuwār*, fr. Ar *bāzahr*, fr. Pers *pād-zahr*, fr. *pād-* protecting (against) + *zahr* poison] (1577) : any of various calculi found chiefly in the gastrointestinal organs and formerly believed to possess magical properties — called also *bezoar stone*

**bf** *abbr* boldface

**BF** *abbr*  **1** bachelor of forestry  **2** board foot  **3** brought forward

**BFA** *abbr* bachelor of fine arts

**bg** *abbr*  **1** background  **2** bag  **3** beige  **4** being

**BG** *or* **B Gen** *abbr* brigadier general

**BGH** *abbr* bovine growth hormone

**B-girl** n [prob. fr. *bar* + *girl*] (1936) : a woman who entertains bar patrons and encourages them to spend freely

**BGS** *abbr* bachelor of general studies

**Bh** *symbol* bohrium

**BH** *abbr*  **1** bill of health  **2** Brinell hardness

**BHA** \,bē-(,)ā-'chā\ n [butylated hydroxyanisole] (1950) : a phenolic antioxidant $C_{11}H_{16}O_2$ used esp. to preserve fats and oils in food

**Bha·ga·vad Gi·ta** \,bä-gə-,vəd-'gē-tə\ n [Skt *Bhagavadgītā*, lit., song of the blessed one (Krishna)] (ca. 1785) : a Hindu devotional work in poetic form

**bhak·ti** \'bək-tē\ n [Skt, lit., portion] (1832) : devotion to a deity constituting a way to salvation in Hinduism

\ə\ abut \ˀ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar
\au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job
\ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \u̇\ foot
\y\ yet \zh\ vision, beige \k, ⁿ, œ, ᵫ, ʏ\ *see* Guide to Pronunciation