# Exhibit 24

Rose Klala  HIGHLY CONFIDENTIAL  July 10, 2003
Volume II  Reston, VA

67

```
 1              UNITED STATES DISTRICT COURT
 2                SOUTHERN DISTRICT OF OHIO
 3                    WESTERN DIVISION
 4    - - - - - - - - - - - - - - - - x
                                      :  HIGHLY
 5    THE PROCTER & GAMBLE COMPANY,   :  CONFIDENTIAL
                                      :
 6              Plaintiff,            :
                                      :
 7    v.                              :  Civil Action No.
                                      :  C-1-02-393
 8    THE COCA-COLA COMPANY,          :
                                      :  Volume II of II
 9              Defendant.            :  taken on 7/10/03
                                      :
10    - - - - - - - - - - - - - - - - x
11                                       July 10, 2003
12                                       Reston, Virginia
```

CERTIFIED COPY

13  CONTINUED VIDEOTAPED DEPOSITION OF:
14                ROSE KALALA
15       a Witness in the above-entitled cause, called
16  for examination by counsel for the Plaintiff,
17  pursuant to notice and to agreement of counsel as to
18  time and place, at the law offices of Hale and Dorr,
19  LLP, 11951 Freedom Drive, Reston, Virginia,
20  commencing at 10:39 a.m., before Marney Alena
21  Mederos, RPR, a Notary Public in and for the
22  Commonwealth of Virginia, when were present on

Spherion Deposition Services
(202) 220-4158

Rose Klala  HIGHLY CONFIDENTIAL  July 10, 2003
Volume II  Reston, VA

69

1                           C O N T E N T S

2   WITNESS:                    EXAMINATION BY:           PAGE:

3   Rose Kalala                  Ms. Ferrera                6

4

5

6

7                            E X H I B I T S

8   NO.    DESCRIPTION                                    PAGE:

9   1      1/30/1990 memorandum to Ms. Kalala and          32

10         others from Mr. Lee

11

12  2      Notice of Deposition                            50

13

14  3      Notice of Deposition                            50

15

16  4      6/27/1984 memorandum to Dr. Clark               71

17         from Dr. Varsel

18

19  5      R&D Progress Report, January 1985               95

20

21  6      11/1/1985 memorandum to Ms. Kalala             114

22         from Mr. Maculan

| Rose Klala | HIGHLY CONFIDENTIAL | July 10, 2003 |
|---|---|---|
| Volume II | Reston, VA | |

70

|  |  | E X H I B I T S (CONTINUED) |  |
|---|---|---|---|
| 1 | | | |
| 2 | NO. | DESCRIPTION | PAGE: |
| 3 | 7 | 10/18/1985 memorandum to Mr. De Leon | 130 |
| 4 | | from Ms. Kalala | |
| 5 | | | |
| 6 | 8 | 10/18/1985 memorandum to Dr. Clark | 136 |
| 7 | | from A. Puri | |
| 8 | | | |
| 9 | 8A | Product Evaluation Group Test/Study | 142 |
| 10 | | Report | |
| 11 | | | |
| 12 | 8B | 10/9/1985 memorandum to File from | 147 |
| 13 | | Ms. Kalala | |
| 14 | | | |
| 15 | 9 | Attribute Differences | 136 |
| 16 | | | |
| 17 | Note: | Exhibits 1 through 3 were marked in | |
| 18 | | Volume I of Ms. Kalala's deposition | |
| 19 | | taken on July 10, 2003. | |
| 20 | | | |
| 21 | | CONFIDENTIAL SESSION:   PAGES 1-66 | |
| 22 | | HIGHLY CONFIDENTIAL SESSION:   PAGES 67-159 | |

76

```
 1   paragraph states, the use of calcium lactate or

 2   gluconate might be considered as a calcium source.

 3              Do you see that?

 4              Or Ca+2 source, actually.

 5              Do you see that?

 6       A      Yes.

 7       Q      Do you know why Dr. Varsel suggested

 8   the use of calcium lactate or gluconate at that

 9   time?

10       A      I really don't know why he suggested

11   it.

12       Q      This memo is dated June 27th, 1984.

13              Is that about the time that you were

14   assigned the project to identify a calcium source

15   that could be used to fortify frozen concentrated

16   orange juice?

17       A      Yes.  I believe it was.

18       Q      Okay.  When did Coca-Cola first begin

19   to sell a calcium-fortified product?

20       A      Coca-Cola Foods began to market in a

21   regional market calcium-fortified juice in September

22   of 1986.
```

Rose Klala                HIGHLY CONFIDENTIAL              July 10, 2003
Volume II                      Reston, VA

77

1       Q       Okay.  And what was the regional market

2  in which that product was first sold or marketed?

3       A       I -- I can't remember that one.

4       Q       Okay.  How much time passed in between

5  your first becoming assigned this project and the --

6  well, strike that.

7               The product that Coca-Cola began to

8  market in September 1986, did that product have a

9  name?

10      A       Do you mean what -- what was the name

11 of the product?

12      Q       Yes.

13      A       I'm not going to be able to tell you

14 the exact words that are on the label, but it was

15 Minute Maid Orange Juice Calcium Fortified or it

16 could have been called Minute Maid Calcium-Fortified

17 Orange Juice.

18      Q       Okay.  And was that product a chilled

19 product or frozen concentrate?

20      A       It was chilled.

21      Q       At some point, did Minute Maid or

22 Coca-Cola begin to offer a calcium-fortified frozen