# Exhibit 25

**REVISED**

194

```
 1                    UNITED STATES DISTRICT COURT
 2                     SOUTHERN DISTRICT OF OHIO
 3                          WESTERN DIVISION
 4                                                    ORIGINAL
 5
 6   ----------------------------------------
                                              :
 7   The Procter & Gamble Company,            :
                                              :
 8           Plaintiff,                       :
                                              :
 9      vs.                                   :    CASE NO.
                                              :    C-1-02-393
10   The Coca-Cola Company,                   :
                                              :
11           Defendant.                       :
                                              :
12   ----------------------------------------
13                          VOLUME II
14
15             DEPOSITION OF:   TIMOTHY W. DAKE
16             TAKEN:           By the Defendant
                                Pursuant to Subpoena
17
               DATE:            August 21, 2003
18
               TIME:            Commencing at 9:16 a.m.
19
               PLACE:           Dinsmore & Shohl
20                              19th Floor
                                255 East Fifth Street
                                Cincinnati, Ohio  45202
21             BEFORE:          S. Diane Farrell, RMR, CRR
                                William Schupp, CLVS
                                Notaries Public
22                              State of Ohio
```

Spherion Deposition Services
(202) 220-4158

```
                                                              196

 1                          I N D E X

 2

 3   TIMOTHY W. DAKE                                        PAGE

 4

 5         Cross-Examination by Mr. Ivey                     197

 6

 7   EXHIBITS                                  MARKED    REFERENCED

 8     Defendant's Exhibit A                    197         197

 9     Defendant's Exhibit B                    198         198

10     Defendant's Exhibit C                    208         208

11     Defendant's Exhibit D                    215         215

12     Defendant's Exhibit E                    252         252

13     Defendant's Exhibit F                    263         263

14     Defendant's Exhibit G                    296         296

15     Defendant's Exhibit H                    302         302

16     Defendant's Exhibit I                    308         308

17     Defendant's Exhibit J                    320         320

18     Defendant's Exhibit K                    326         326

19     Defendant's Exhibit L                    337         337

20     Defendant's Exhibit M                    353         353

21     Defendant's Exhibit N                    360         360

22                              - - -
```

326

1   profile referred, in this case, to a sourness to

2   taste?

3        A.   Yes.

4        Q.   Did time intensity profile always refer to

5   taste sensations?

6        A.   I don't remember.

7        Q.   Can you think of any examples where time

8   intensity profile was the term or the category

9   applied to tests you were involved with other than

10  matching sourness of a formula?

11       A.   I don't remember if there were others or

12  not.

13       Q.   In the time period of -- well, I tell you,

14  let's mark for identification the next exhibit, which

15  will be Exhibit K.

16            (Defendant's Exhibit K was marked for

17            identification.)

18       Q.   What we have for Exhibit K here is

19  Laboratory Book Number VF-2092 assigned to Mr. Dake,

20  is that right?

21       A.   Yes.

22       Q.   And, again, this -- what we have attached

327

1   to this Exhibit K is, I believe, two pages, starting

2   on 46 and running to 47.  The date here is October

3   14, 1986.  Do you see that at the top?

4        A.   Yes.

5        Q.   And the subject is the "Evaluation of

6   Minute Maid Plus Calcium Orange Juice Concentrate and

7   Single Strength Juice in One-Half Gallon Carton."  Do

8   you see where I'm reading from?

9        A.   Yes.

10       Q.   This would have been an evaluation at the

11  Procter & Gamble Company of the calcium fortified

12  Minute Maid orange juice products, right?

13       A.   That's what it appears from the -- from

14  the subject.

15       Q.   Okay.

16       A.   Yes.

17       Q.   And one of the objectives of the

18  evaluation is solubility of the calciums in the

19  juice, is it not?

20       A.   It looks like there was a measurement

21  done -- measurements done to determine soluble

22  calcium.

328

1    Q.   Okay.  Now, in the category on the -- down
2  below where it says EDT -- "EDTA Titration" there are
3  three categories here.  Looks like A, B and I believe
4  that's C, but it -- you know, it looks like the
5  letter is kind of torn off there or obscured for some
6  reason.  Right under EDTA.
7    A.   I see the A and B.
8    Q.   Right.  And then there's the marking next
9  to titration.  I don't know --
10   A.   There's a marking, although that is not an
11 EDTA titration in that column.
12   Q.   Okay.  That's titratable acidity, correct?
13   A.   Yes.
14   Q.   And at the bottom there it gives a
15 series -- well, actually it gives a calculation --
16   A.   Yes.
17   Q.   -- right?
18   A.   Yes.
19   Q.   Titratable acidity.  Why was that
20 measurement made?
21   A.   I don't remember.
22   Q.   It has 0.6383 grams.  Is that what you see

329

1   there?

2           A.   Yes.

3           Q.   And it looks like acid, slash, 10 -- 100

4   milliliters, right?

5           A.   Yes, yes.

6           Q.   Have you heard the term "ionic acid"

7   before?

8           A.   I don't know.  I don't remember if I have

9   or not.

10          Q.   Okay.  Does this appear to be a

11  calculation of ionic acid here under this category,

12  titratable acidity?

13          A.   I don't know what ionic acid means or at

14  least I -- yeah, if I did, I don't remember.

15          Q.   All right.  Moving back across to the

16  left under A, EDTA titration, there is -- there are

17  two columns there that are lined out.  And then there

18  are -- looks like a third column --

19          A.   Yes.

20          Q.   -- which has cal, c-a-l; concentrate, it

21  looks like, c-o-n-c --

22          A.   Yes.

```
                                                              330

 1         Q.   -- equals 6.6 -- I'm not really sure what

 2   the -- what am I looking at here?

 3         A.   6.6 times .1.

 4         Q.   All right.  So that is an X .1?

 5         A.   Yes.

 6         Q.   Okay.  Over 20, is what that appears to

 7   be, right?

 8         A.   Yes.

 9         Q.   Which gives you 0.330?

10         A.   0.0330.

11         Q.   Yes.  Okay.  And what's the -- what's the

12   measurement unit below the 0.0330?

13         A.   I believe that's moles per liter.

14         Q.   Okay.  Can you tell from the numbers there

15   how to convert the calcium concentration into a

16   percentage calcium by weight?

17         A.   Yes.

18         Q.   Okay.  And approximately what would it be?

19         A.   Well, first of all, you would need to know

20   the density of the product.

21         Q.   Okay.  The density of the product being?

22         A.   The Minute Maid Plus Calcium --
```

331

```
 1        Q.    Juice?

 2        A.    -- juice product.

 3        Q.    Okay.

 4        A.    You would take the .0330, multiply that by

 5   40 approximately -- it's actually 40.08 -- which

 6   would give you 0.132 grams per liter --

 7        Q.    Okay.

 8        A.    -- or -- let's see.  Yes, that's right.

 9   And then you would need to divide that by the

10   density, which for orange juice is going to be in the

11   neighborhood of 1.05 grams per cc.

12        Q.    Okay.

13        A.    And then, again, you would have to convert

14   from liters to, say, 100 grams to -- you want to get

15   the answer in grams per 100 grams, so there'd be some

16   decimal point moving around to do that.

17        Q.    Okay.

18        A.    And yeah, that's how you would do it.

19        Q.    Okay.  All right.  Now, the 40.08, the

20   number that you attributed to calcium is what?  You

21   told us earlier, but if you could just repeat what

22   that is.
```

332

```
1        A.    Could you repeat that?
2        Q.    Sure.  The 40.08 that you referred to with
3    regard to calcium is what measurement?
4        A.    That is the molecular weight of calcium.
5        Q.    Okay.  Now, there appears to have been --
6    well, there's a -- there's a block up here where it
7    appears that there was a photograph.  Do you see
8    that?
9        A.    Yes.
10       Q.    And above that, it looks like it says,
11   photo micrograph at 125 magnification, right?
12       A.    Yes.
13       Q.    Do you know what that photograph was?
14       A.    It -- based on what's written there, I
15   would think it's a photograph of the -- of the orange
16   juice concentrate.
17       Q.    Okay.  And if you look on page 47, you'll
18   see a -- what appears to be another photograph --
19       A.    Yes.
20       Q.    -- at the top.  This one for the single
21   strength juice, right?
22       A.    Yes.
```

333

1    Q.   Okay.  Now, in reviewing, I believe it was

2  Exhibit J, there was that reference to GF patent and

3  the, dash, tricalcium phosphate addition to

4  beverages --

5    A.   Yes.

6    Q.   -- and also the Minute Maid calcium

7  fortified products, which were using tricalcium

8  phosphate and calcium lactate.  Were you aware of

9  other types -- other companies that had calcium

10 fortified products that they were attempting to bring

11 to market using other types of calcium than

12 tricalcium phosphate or calcium lactate?

13         MS. FERRERA:  In 1986?

14         MR. IVEY:  Right.

15   A.   I don't remember if I did or not.

16   Q.   Okay.  What was it about calcium

17 hydroxide, calcium oxide, and calcium carbonate that

18 caused the Procter & Gamble Company to select and

19 pursue those compounds as the sources or potential

20 sources of calcium in the juice products?

21   A.   In our particular execution of adding

22 calcium, those raw materials, I believe, gave us some