# Exhibit 28

Abigail Rodgers     HIGHLY CONFIDENTIAL     July 29, 2003
Reston, VA

```
                                                                    1

 1              UNITED STATES DISTRICT COURT
 2               SOUTHERN DISTRICT OF OHIO           CERTIFIED
 3                   WESTERN DIVISION                  COPY
 4    - - - - - - - - - - - - - - - - -x
                                        :  HIGHLY
 5    THE PROCTER & GAMBLE COMPANY,      :  CONFIDENTIAL
                                        :
 6              Plaintiff,               :
                                        :
 7    v.                                 :  Civil Action No.
                                        :  C-1-02-393
 8    THE COCA-COLA COMPANY,             :
                                        :
 9              Defendant.               :
                                        :
10    - - - - - - - - - - - - - - - - -x
11                                July 29, 2003
12                                Reston, Virginia
13   VIDEOTAPED DEPOSITION OF:
14              ABIGAIL RODGERS
15       a Witness in the above-entitled cause, called
16   for examination by counsel for the Plaintiff,
17   pursuant to notice and to agreement of counsel as to
18   time and place, at the law offices of Hale and Dorr,
19   LLP, 11951 Freedom Drive, Reston, Virginia,
20   commencing at 8:51 a.m., before Marney Alena
21   Mederos, RPR, a Notary Public in and for the
22   Commonwealth of Virginia, when were present on
```

Spherion Deposition Services
(202) 220-4158

Abigail Rodgers        HIGHLY CONFIDENTIAL        July 29, 2003
                            Reston, VA

3

1                       C O N T E N T S

2   WITNESS:                EXAMINATION BY:         PAGE:

3   Abigail Rodgers           Mr. Bassett             9

4

5

6

7                        E X H I B I T S

8   NO.    DESCRIPTION                                PAGE:

9   1      Notice of Deposition                         8

10

11  2      Notice of Deposition                         8

12

13  3      Defendant's Supplemental Answer to           8

14         Plaintiff's Interrogatory No. 19

15

16  4      2/28/96 fax to Mr. Braswell from            43

17         Mr. Minnick, phone message, and

18         Memorandum for the Files

19

20  5      3/1/96 letter and attachment to             49

21         Dr. Puri from Mr. Minnick

22

Spherion Deposition Services
(202) 220-4158

Abigail Rodgers     HIGHLY CONFIDENTIAL     July 29, 2003
Reston, VA

4

```
 1                E X H I B I T S  (CONTINUED)

 2   NO.     DESCRIPTION                                    PAGE:

 3    6      4/25/96 memorandum and attachment to            64

 4             Mr. Dixon and others from Mr. Braswell

 5

 6    7      5/22/96 memorandum and attachment to            74

 7             Ms. Kalala and others from Mr. Braswell

 8

 9    8      11/5/97 letter and attachment to Dr. Puri       85

10             from Mr. Minnick

11

12    9      3/18/98 unsigned letter to Mr. Gould            95

13             from Mr. Minnick

14

15   10      Handwritten notes                              102

16

17   11      6/3/98 memo to J.D. Weedman from               115

18             Mr. Minnick

19

20   12      6/9/98 letter to Mr. Minnick from              120

21             Mr. Poppens

22
```

Abigail Rodgers  HIGHLY CONFIDENTIAL  July 29, 2003
Reston, VA

5

```
 1                   E X H I B I T S  (CONTINUED)

 2   NO.    DESCRIPTION                                      PAGE:

 3   13     Handwritten notes and slide presentation          122

 4

 5   14     6/17/98 letter and attachment to                  141

 6          Mr. Cassidy from Mr. Poppens

 7

 8   15     6/17/98 memo to D. Alder and others               146

 9          from Mr. Poppens

10

11   16     6/22/98 memo to Mr. Bancroft and                  153

12          Mr. Ling from Jim

13

14   17     Document containing calculations of cost          156

15

16   18     Procter & Gamble's Calcium Citrate                160

17          Malate Technology binder

18

19   19     Press release                                     190

20

21   20     4/2/87 memo to Mr. Metcalf from                   192

22          Ms. Allen
```

Spherion Deposition Services
(202) 220-4158

Abigail Rodgers     HIGHLY CONFIDENTIAL     July 29, 2003
Reston, VA

6

```
 1              E X H I B I T S  (CONTINUED)

 2    NO.     DESCRIPTION                                    PAGE:

 3    21      11/20/87 memo to Dr. Ingwalson and              195

 4               Dr. Puri from Mr. DeLeon

 5

 6    22      United States Patent No. 4,722,847             197

 7

 8    23      9/9/88 letter to Dr. Varsel from                200

 9               Mr. Gollhofer

10

11    24      Document entitled New and Improved             201

12               Product

13

14    25      11/16/89 memo to Mr. DeLeon from                206

15               Ms. Kalala

16

17    26      10/29/97 memo to Dr. Puri from                  218

18               Ms. Ramseur

19

20    27      6/29/98 memo and attachment to                  224

21               Mr. Hauser and others from Mr. Poppens

22
```

```
                                                                    7

 1                   E X H I B I T S  (CONTINUED)

 2    NO.     DESCRIPTION                                      PAGE:

 3    28      Calcium Absorption Study Results                  228

 4

 5    29      2/1/2000 memo to Ms. Anderson and                 236

 6              others from Ms. Killelea

 7

 8    30      Good Health Sells, presentation by                237

 9              Carla McGill

10

11    31      9/20/2001 memo to Ms. Rowles from                 241

12              Mr. Renn

13

14

15

16

17

18

19

20

21

22
```

Abigail Rodgers        HIGHLY CONFIDENTIAL        July 29, 2003
Reston, VA

30

1    A    Yes.

2    Q    At that meeting that occurred in 1996
3  between the P&G representatives and Coke, was
4  infringement of the '847 patent discussed or raised?

5    A    I don't believe so.

6    Q    About halfway through that full
7  paragraph on page 4 of Exhibit 3, there's a
8  suggestion that P&G never suggested that TCCC's
9  products infringed the '847 patent. And the
10 context, of course, is these 1996 discussions.

11        Is that accurate, in your
12 understanding?

13   A    Yes.

14   Q    Did P&G ever threaten to sue Coke if it
15 did not take a license during those 1996
16 discussions?

17   A    No.

18   Q    Did Coke ever ask P&G whether it
19 believed that Coke was infringing the '847 patent?

20   A    Not that I was ever aware of.

21   Q    And those licensing discussions in 1996
22 were not successful, correct, or did not result in a

Abigail Rodgers   HIGHLY CONFIDENTIAL   July 29, 2003
Reston, VA

31

```
1    license, correct?
2        A    Correct.
3        Q    And why not?
4        A    Coca-Cola believed that we had an
5    acceptable calcium methodology.
6        Q    Okay.
7             MR. BURNS:  If we can take a
8    five-minute break here.
9             MR. BASSETT:  Sure.
10            THE VIDEOGRAPHER:  Off the record at
11   9:14:56.
12            (Recess.)
13            THE VIDEOGRAPHER:  On the record at
14   9:17:26.
15            BY MR. BASSETT:
16       Q    Ms. Rodgers, I would like to direct
17   your attention to the bottom of page 4 of Exhibit 3,
18   where, according to Coke, in 1997 and 1998, P&G
19   initiated two more licensing negotiations relating
20   to the CCM technology.
21            Do you see that?
22       A    Yes.
```

Abigail Rodgers  HIGHLY CONFIDENTIAL  July 29, 2003
Reston, VA

34

```
1      A     No.  I'm not aware.

2      Q     In any correspondence of which you are

3   aware?

4      A     I'm not aware.

5      Q     So Coke, as far as you're aware, never

6   asked whether P&G believed it infringed the '847

7   patent, right?

8      A     I am not aware of Coke ever asking.

9      Q     And each of these three licensing

10  negotiations between Coke and P&G that we've talked

11  about -- 1996, 1997, and 1998 -- were arm's length

12  business negotiations, correct?

13     A     They were business negotiations --

14     Q     Okay.

15     A     -- or business discussions.

16     Q     And they were arm's length business

17  negotiations, weren't they?

18     A     What -- describe what you mean by arm's

19  length.

20     Q     Okay.  P&G and Coke are competitors,

21  right?

22     A     At that point, they were minor
```

Abigail Rodgers      HIGHLY CONFIDENTIAL      July 29, 2003
Reston, VA

35

1    competitors.

2         Q    Did P&G and Coke have any

3    relationship -- any business relationship prior to

4    or during these discussions, other than these

5    discussions of which you are aware?

6         A    They participated in joint trade

7    meetings and were on groups together, so I think

8    there were a lot of associations between the two.

9         Q    Okay.

10        A    I'm not aware of any partnerships.

11        Q    Okay.  And any -- apart from

12    participating in trade organizations or associations

13    together, were there any business relationships

14    between Coke and P&G of which you were aware in the

15    time frame of these three negotiations?

16        A    No.

17        Q    And Coke also ultimately did not take a

18    license to any of the CCM technology either in 1997

19    or 1998, correct?

20        A    Correct.

21        Q    And why not?

22        A    Again, I think we believed that the

Abigail Rodgers     HIGHLY CONFIDENTIAL     July 29, 2003
Reston, VA

36

```
 1   calcium methods and technology that we had was
 2   acceptable.
 3         Q    Okay.  I would like to direct your
 4   attention to -- again, to page 5 of Exhibit 3 about
 5   halfway down, the paragraph that begins there.  And
 6   the beginning of that sentence is, during the next
 7   four years -- and this is following up after 1998 --
 8   P&G remained silent as to any potential infringement
 9   of the '847 patent.
10              Have I read that correctly?
11         A    Yes.
12         Q    Is that accurate?
13         A    As far as I know, yes.
14         Q    Okay.  And P&G never once threatened to
15   sue Coke if it did not take a license, correct?
16         A    That's correct.
17         Q    And finishing that sentence, according
18   to Coke, P&G remained silent, quote, even while
19   knowing that TCCC continued to spend millions of
20   dollars in expanding and developing at least 12 new
21   product lines for the accused products.
22              Have I read that correctly?
```