THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
*Western Division*

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>THE COCA-COLA COMPANY,<br><br>Defendant/Counterclaim-Plaintiff. | CIVIL ACTION NO. C-1-02-393<br>Judge Walter Herbert Rice<br>Magistrate Judge Sharon Ovington |

**THE PROCTER & GAMBLE COMPANY'S MOTION FOR LEAVE TO FILE ANSWERING CLAIM CONSTRUCTION BRIEF IN EXCESS OF TWENTY PAGES**

Pursuant to the Court's General Order No. 1, as amended on February 1, 2003, plaintiff Procter & Gamble Company ("P&G") respectfully requests leave to file a 26-page answering claim construction brief – six pages over the limit imposed by the Local Rules. The parties' answering claim construction briefs are due on February 6, 2004. As grounds for its motion, P&G states as follows:

1. Local Rule 7.2(3) and the Court's General Order No. 1 require that that briefs and/or memoranda may not exceed 20 pages.

2. At the request of defendant The Coca-Cola Company ("Coca-Cola"), the parties filed a motion on January 13, 2004 requesting, *inter alia*, leave to file 40-page opening claim construction briefs.

3. By its Order dated January 16, 2004, the Court allowed the parties to file 40-page opening claim construction briefs. Coca-Cola's filed a 38-page brief. P&G filed a 20-page brief.

4. P&G believes that it needs approximately six additional pages (exclusive of the table of contents and table of authorities) in order to fully rebut the numerous arguments that Coca-Cola raised in its 38-page opening claim construction brief.

**WHEREFORE**, P&G respectfully requests that the Court enter an order allowing P&G to file an answering claim construction brief in excess of 20 pages.

Respectfully submitted,

THE PROCTER & GAMBLE COMPANY

By its attorneys,

/s/ Mark A. Vander Laan
Mark A. Vander Laan
Trial Attorney (Reg. No. 0013297)
Dinsmore & Shohl LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202-3172
(513) 977-8200

William F. Lee (admitted *pro hac vice*)
David B. Bassett (admitted *pro hac vice*)
Vinita Ferrera (admitted *pro hac vice*)
Benjamin Stern (admitted *pro hac vice*)
Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Dated: February 5, 2004                      (617) 526-6000

- 3 -

## LOCAL RULE 7.3(b) CERTIFICATION

    I, Vinita Ferrera, Esq., counsel for the plaintiff The Procter & Gamble Company in this case, hereby certify that I have conferred with Robert L. Burns, Esq., counsel for the defendant The Coca-Cola Company, and that Coca-Cola does not oppose the granting of this motion.

    /s/ Vinita Ferrera_____
           Vinita Ferrera