UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
*Western Division*

| | | |
|---|---|---|
| THE PROCTER & GAMBLE COMPANY, | ) ) ) | Civil Action No: C-1-02-393 |
| Plaintiff, | ) ) | |
| v. | ) ) | Hon. Walter Rice (C.J.) |
| | ) | Hon. Sharon Ovington (Magistrate) |
| THE COCA-COLA COMPANY, | ) ) | |
| Defendant. | ) ) ) | |

**SUPPLEMENTAL APPENDIX TO THE PROCTER & GAMBLE COMPANY'S RESPONSE TO THE COCA-COLA COMPANY'S BRIEF ON THE MEANING OF DISPUTED CLAIM TERMS**

| Exhibit No. | Description |
|---|---|
| 1 | Excerpt from The American Heritage Dictionary of the English Language New College Edition (1982) |
| 2 | Excerpt from The Random House College Dictionary Revised Edition (1982) |
| 3 | Excerpt from Ernest R. Toon, et al., Foundations of Chemistry (1968) |
| 4 | Excerpts from Deposition Testimony of Robert A. Baker taken on December 11, 2003 |
| 5 | Excerpts from Deposition Testimony of Eric C. Wilhelmsen, Ph.D. taken on December 19, 2003 |
| 6 | Excerpts from Deposition Testimony of David Heckert taken on June 4, 2003 |