# Exhibit 1

Case 1:02-cv-00393-WHR-SLO   Document 69-2   Filed 02/06/2004   Page 1 of 4

# NEW COLLEGE EDITION



# THE AMERICAN HERITAGE DICTIONARY
## OF THE ENGLISH LANGUAGE

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the publishers' opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

© 1969, 1970, 1971, 1973, 1975, 1976, 1978, 1979, 1980, 1981, 1982 by Houghton Mifflin Company
All correspondence and inquiries should be directed to
Reference Division, Houghton Mifflin Company
Two Park Street, Boston, Massachusetts 02108

All rights reserved under Bern and Pan-American Copyright Conventions

ISBN: 0-395-20360-0 (new college edition; thumb-indexed)
0-395-20359-7 (new college edition; plain edges)
0-395-24575-3 (high-school edition)
0-395-09066-0 (larger-format edition)

Library of Congress Catalog Card Number 76-86995

Manufactured in the United States of America

Computer-composed by Inforonics, Inc.
in Maynard, Massachusetts

**moccasin**
Blackfoot Indian styles

moccasins with quills and beads

beaded legging moccasins

moccasin flower
*Cypripedium acaule*

**mixed number.** A number, such as 7¼, equal to the sum of an integer and a fraction.
**mix·er** (mĭk′sər) *n.* 1. One that mixes. 2. A sociable person: "He was a good mixer, and in three days knew everyone on board." (Maugham). 3. An informal dance or party arranged for the purpose of giving members of a group an opportunity to get acquainted in an atmosphere of ease and conviviality. 4. Any device that blends or mixes substances or ingredients, especially by mechanical agitation. 5. Chemistry. Any composition of two or more substances that are not chemically bound to each other. [French, from Latin *mixtūra*, from *miscēre* (past participle *mixtus*), to mix. See meik- in Appendix.*]
**mixt.** Archaic alternate past tense and past participle of mix.
**mix·ture** (mĭks′chər) *n.* 1. Something produced by mixing. 2. Anything consisting of diverse elements: "There was among the pilgrims a mixture of joy and trembling" (Bunyan). 3. A fabric made of different kinds of thread or yarn. 4. The act or process of mixing or of being mixed. 5. Chemistry. Any composition of two or more substances that are not chemically bound to each other. [French, from Latin *mixtūra*, from *miscēre* (past participle *mixtus*), to mix. See meik- in Appendix.*]
**Synonyms:** mixture, blend, admixture, combination, compound, composite, amalgam. *Mixture*, being nonspecific, overlaps, in nontechnical use, all of these terms. *Blend* denotes a harmonious mixture in which the original components are modified substantially. *Admixture* applies when one ingredient is not in harmony with the fundamental quality of the new union. *Combination* applies broadly to any union of rather few components. *Compound* stresses careful, purposeful mixing; the new product has an independent identity not necessarily deducible from its components. *Composite* implies more components and less deliberation in mixing; the new product lacks the unity of a compound, since the components do not wholly lose their identities. *Amalgam* implies a union more homogeneous than a composite but less sharply defined than a compound.
**mix up.** To confuse; confound.
**mix-up** (mĭks′ŭp′) *n.* 1. A state of confusion; muddle. 2. Informal. A fight or melee.
**Mi·zar** (mī′zär) *n.* The star at the crook of the handle of the Big Dipper. [Arabic *mi'zar*, veil, cloak.]
**miz·zen, miz·en** (mĭz′ən) *n.* 1. A fore-and-aft sail set on the mizzenmast. 2. A mizzenmast. [Middle English *mesan*, *meseyn*, from Old French *misaine*, later variant (influenced by Italian *mezzana*) of *migenne*, from Old Catalan *mitjana*, "middle (sail)," feminine of *mitjan*, from Common Romance *medietāna* (unattested), from Latin *medietās*, half, from *medius*, middle. See medhyo- in Appendix.*] —**miz′zen** *adj.*
**miz·zen-mast, miz·en-mast** (mĭz′ən-most, -mäst′, -mäst′) *n.* 1. The third mast aft on sailing ships carrying three or more masts. 2. A jigger mast (*see*).
**miz·zle** (mĭz′əl) *intr.v.* -zled, -zling, -zles. Regional. To rain in fine, mistlike droplets. —*n. Regional.* A mistlike rain. [Late Middle English *misellen*, from Middle Dutch *mieselen*. See meigh- in Appendix.*]
**mk.** 1. mark. 2. markka.
**MKC** Airport code for Kansas City, Missouri.
**MKE** Airport code for Milwaukee, Wisconsin.
**mks** meter-kilogram-second (system of units).
**mksA** meter-kilogram-second-ampere (system of units).
**mkt.** market.
**ml** milliliter.
**ML, M.L.** Medieval Latin.
**MLA** Airport code for Malta.
**M.L.A.** Modern Language Association.
**MLD** minimum lethal dose.
**Mlle.** Mademoiselle.
**Mlles.** Mesdemoiselles.
**M.L.S.** Master of Library Science.
**mm** millimeter.
**MM.** Messieurs.
**m.m.** with the necessary changes having been made (Latin *mutatis mutandis*).
**Mme.** Madame.
**Mmes.** Mesdames.
**mmf, m.m.f.** magnetomotive force.
**Mn** The symbol for the element manganese.
**MN** Minnesota (with Zip Code).
**mne·mon·ic** (nĭ-mŏn′ĭk) *adj.* Relating to, assisting, or designed to assist the memory. —*n.* A device, such as a formula or rhyme, used as an aid in remembering. [Medieval Latin *mnēmonicus*, from Greek *mnēmonikos*, from *mnēmōn*; mindful. See men-¹ in Appendix.*] —**mne·mon′i·cal·ly** *adv.*
**mne·mon·ics** (nĭ-mŏn′ĭks) *n.* Plural in form, used with a singular verb. A system to improve or develop the memory.
**Mne·mos·y·ne** (nĭ-mŏs′ə-nē, nĭ-mŏz′-). *Greek Mythology.* The goddess of memory, mother of the Muses. [Latin, from Greek *mnēmosunē*, memory, from *mnasthai*, to remember. See men-¹ in Appendix.*]
**Mngr.** Monseigneur; Monsignor.
**MNL** Airport code for Manila, Philippines.
**-mo.** Bookbinding. Indicates leaves formed by folding a larger sheet of paper, and used after numerals or the names of numerals; for example, duodecimo, which is generally written "12 mo" and called by printers "twelvemo." [Latin ablative ending of ordinals, after the preposition *in*, as in *duodecimo*, from *duodecimus*, twelfth.]
**Mo** The symbol for the element molybdenum.
**MO** Missouri (with Zip Code).
**mo.** month.
**Mo.** Missouri.

**m.o., M.O.** 1. mail order. 2. medical officer. 3. money order.
**mo·a** (mō′ə) *n.* Any of various large, long-necked, flightless birds of the order Dinorthiformes, native to New Zealand and extinct for over a century. [Maori.]
**Mo·ab** (mō′ăb′). An ancient kingdom east of the Dead Sea, in an area that is now part of Jordan.
**Mo·ab·ite** (mō′ə-bīt′) *n.* 1. A descendant of Moab, the son of Lot. Genesis 19:37. 2. An inhabitant or native of Moab. 3. The Semitic language of Moab. —*adj.* Of or pertaining to Moab, its people, or their language.
**moan** (mōn) *n.* 1. A low, sustained, mournful sound; usually indicative of sorrow or pain. 2. Any similar sound: *the moan of the wind.* 3. Rare. Lamentation. —*v.* moaned, moaning, moans. —*intr.* 1. To utter a moan or moans. 2. To make a sound resembling a moan: *The wind moaned through the trees.* 3. To complain, lament, or grieve. —*tr.* 1. To bewail: *He moaned his misfortunes to anyone who would listen.* 2. To utter with a moan or. moans. —See Synonyms at cry. [Middle English *mone*, complaint, from Old English *mān* (unattested), complaint. See mei-no- in Appendix.*]
**moat** (mōt) *n.* A wide, deep ditch, usually filled with water, surrounding a medieval town, fortress, or castle as a protection against assault. —*tr.v.* moated, moating, moats. To surround with or as if with a moat. [Middle English *mote*, originally, "mound," "embankment," from Old French *mote*, *motte*, clod, hill, mound, probably from (unattested) Gaulish *mutt(a)t.*]
**mob** (mŏb) *n.* 1. A large, disorderly crowd or throng: "A mob is a society of bodies voluntarily bereaving themselves of reason" (Emerson). 2. The mass of common people, regarded as ignorant or otherwise deficient. 3. *Informal.* An organized gang of hoodlums; a crime syndicate. —*tr.v.* mobbed, mobbing, mobs. 1. To crowd around and jostle or annoy, especially in anger or excessive enthusiasm: *The audience mobbed the singer as he came through the stage door.* 2. To crowd into (a place): *Crowds mobbed the fairgrounds.* 3. To attack violently, usually in a crowd or mob. [Shortening of earlier *mobile*, from Latin *mōbile (vulgus)*, "the fickle (crowd)," neuter of *mōbilis*, MOBILE.]
**mob-cap** (mŏb′kăp′) *n.* A large, high cap trimmed with frills and ribbons, worn by women in the 18th and early 19th centuries. [From earlier *mob*, "negligee," "informal attire," earlier, "slattern," "loose woman," variant of *mab*, short for MABEL.]
**mo·bile** (mō′bəl, -bēl′, -bīl′) *adj.* 1. Capable of moving or of being moved from place to place. See usage note at movable. 2. Moving quickly from one state to another: "His mouth was wide and mobile, the mouth of an actor or preacher." (Joyce Cary). 3. Marked by the easy intermixing of different social groups: *a: mobile society.* 4. Flowing freely; *a mobile liquid.* —*n.* (mō′bēl′). A type of sculpture consisting of parts that move, especially in response to air currents. [Old French *mobile*, from Latin *mōbilis*, from the root of *movēre*, to move. See mew- in Appendix.*] —**mo·bil′i·ty** *n.*
**Mo·bile** (mō′bēl′, mō-bēl′). A port city of southwestern Alabama, on Mobile Bay. Population, 190,000.
**-mobile.** Indicates a specialized kind of vehicle; for example bloodmobile, bookmobile. [From AUTOMOBILE.]
**Mobile Bay** (mō′bēl′). An inlet of the Gulf of Mexico in southwestern Alabama; site of a Civil War Union naval victory (1864).
**mo·bi·lize** (mō′bə-līz′) *v.* -lized, -lizing, -lizes. —*tr.* 1. To make mobile or capable of movement. 2. To assemble, prepare, or put into operation for war or a similar emergency: *mobilize troops.* —*intr.* To become prepared for war or similar emergency. [French *mobiliser*.] —**mo′bi·li·za′tion** *n.*
**Mö·bi·us strip** (mœ′bē-əs). *Topology.* A one-sided surface that can be formed from a rectangular strip by rotating one end 180° and attaching it to the other end. Also called "Möbius band." [After its inventor August Möbius (1790–1868), German mathematician.]
**mob·oc·ra·cy** (mŏb-ŏk′rə-sē) *n., pl.* -cies. Political control by a mob. —**mob′o·crat** (mŏb′ə-krăt) *n.* —**mob′o·crat′ic** (mŏb′ə-krăt′ĭk), **mob′o·crat′i·cal** *adj.*
**mob·ster** (mŏb′stər) *n. Slang.* A member of a criminal gang.
**Mo·bu·tu** (mō-bōō′tōō), **Sese Seko.** Original name, Joseph Désiré Mobutu. Born 1930. President of Zaire (since 1965).
**Mo·çam·bi·que.** The Portuguese name for Mozambique.
**moc·ca·sin** (mŏk′ə-sĭn) *n.* 1. A soft leather slipper worn by American Indians. 2. A shoe or slipper resembling an Indian moccasin. 3. A snake, the water moccasin (*see*). [Natick *mohkussin*, from Proto-Algonquian *maxkesenī* (unattested).]
**moccasin flower.** Any of several North American orchids of the genus *Cypripedium*; especially, *C. acaule*, of eastern North America, having a solitary flower with a pouchlike pink lip. Also called "lady's-slipper."
**mo·cha** (mō′kə) *n.* 1. A rich, pungent Arabian coffee. 2. Coffee of high quality. 3. A flavoring made of coffee often mixed with chocolate. 4. A soft, thin glove leather usually made from goatskin. 5. Dark olive brown. See color. [Originally exported from *Mocha*, a port of Yemen.] —**mo′cha** *adj.*
**mo·chi·la** (mō-chē′lə) *n.* A leather saddle covering with cutouts allowing the horn and cantle to protrude. [Spanish, saddlebag, probably from *mochil*, errand boy, from Basque *mutil*, servant boy, from Latin *mutilus*, maimed. See mut- in Appendix.*]
**mock** (mŏk) *v.* mocked, mocking, mocks. —*tr.* 1. To treat with scorn or contempt; deride; ridicule. 2. a. To mimic, as in sport or derision. b. To imitate; counterfeit. 3. To frustrate the hopes of; disappoint. —*intr.* To express scorn or ridicule. Often used with *at*: *They mocked at the idea.* —See Synonyms

at ridicule. —*n.* 1. [...] *at sin."* (Proverbs 1 [...] deserving of derision [...] counterfeit. —*adj.* [Middle English *mo*[...] to deride, from Com ably from a root *m*[...] —**mock′ing·ly** *adv.*
**mock·er·y** (mŏk′ər-ē) derision. 2. A spec object of scorn of imitation; travesty: thing that is ludicro *ghost or mockery of*
**mock·he·ro·ic** (mŏk[...] imitation or burlesq the plural. —**mock**
**mock·ing·bird** (mŏk[...] New World birds *polyglottos*, a gray a They are noted for
**mock moon.** A pa
**mock orange.** 1. A *Philadelphus*, having "syringa." 2. Any of ers or fruit resembl
**mock pennyroyal.**
**mock sun.** A par**h**[...]
**mock turtle soup.** spiced to taste like mock up. To mak
**mock-up** (mŏk′ŭp′) full-sized, of a buil stration, study, or
**Moc·te·zu·ma.** So
**mod¹** (mŏd) *n.* A [...] England in the 19 style. 2. Stylishly after the *Mods*, var MODERN (noun).]
**mod²** *Mathematics.*
**mod.** 1. moderate.
**mo·dal** (mōd′l) *adj* mode. 2. Gramma of a verb. 3. *Musi* posed in any of th 4. *Philosophy.* Of [...] substance. 5. *Log.* 6. *Statistics.* Of on quent, common. Latin *modus*; meas **dal′i·ty** *adv.*

**modal auxiliary.** *may, must, ought,* teristically used w
**mo·dal·i·ty** (mō-dăl′ ity of being mod among individuals on the basis of [...] impossibility, co[...] 4. *Medicine.* a. A massage. b. An a
**mode** (mōd) *n.* 1. ing: "*The modern mail-coach system particular form*, [...] *gion for every f[...] customary fashio rangements of th modes in Western which see]. b. O[...] teristic of classic* *losophy.* The part substance, or son ifested. 5. *Logic.* tions in a syllog b. The modality or item occurring statistical data. cific sample of is 6. *Physics.* Any acoustic or electr method. [Middl from Latin *mod* See med- in Ap
**mod·el** (mŏd′l) *n.* represents some senting an item from which the 3. A tentative ic *conflicting mod* 4. A style or des person or objec pared: "*in her cellence"* (Jane subject for an s display clothin modeled, -elin 1. To make or



ă pat/ā pay/âr care/ä father/b bib/ch church/d deed/ĕ pet/ē be/f fife/g gag/h hat/hw which/ĭ pit/ī pie/îr pier/j judge/k kick/l lid, needle/m mum/n no, sudden/ng thing/ŏ pot/ō toe/ô paw, for/oi noise/ou out/oō took/ōō boot/p pop/r roar/s sauce/sh ship, dish/

t tight/th thin, à *Fr.* ami/œ *Fr.* [...]