# Exhibit 2

# The Random House College Dictionary

## REVISED EDITION

Based on **The Random House Dictionary of the English Language**

THE UNABRIDGED EDITION

JESS STEIN • EDITOR IN CHIEF

# TABLE OF CONTENTS

| | |
|---|---|
| Prefaces | v |
| Editorial Staff | vi |
| Consultant Staff | vii |
| Indo-European Language Chart | x |
| Historical Sketch of the English Language | xi |
| Etymology Key | xv |
| Pronunciation Key | xvi |
| Pronunciation of English | xvii |
| Usage, Dialects, and Functional Varieties | xix |
| Guide to the Dictionary | xxii |
| Table of English Sounds and Their Common Spellings | xxxii |

| | |
|---|---|
| **A DICTIONARY OF THE ENGLISH LANGUAGE** | **1** |

| | |
|---|---|
| Signs and Symbols | 1535 |
| United States Colleges and Universities | 1539 |
| Canadian Colleges and Universities | 1551 |
| English Given Names | 1552 |
| Basic Manual of Style | 1559 |

REVISED EDITION
COPYRIGHT © 1982, 1980, 1979, 1975 BY RANDOM HOUSE, INC.

Previous edition copyright © 1973, 1972, 1969, 1968 by Random House, Inc.

All rights reserved under International and Pan-American Copyright Conventions. No part of this book may be reproduced in any form or by any means, electronic or mechanical, including photocopying, without permission in writing from the publisher. All inquiries should be addressed to Random House, Inc., 201 E. 50th Street, New York, N.Y. 10022.

Based on *The Random House Dictionary of the English Language—The Unabridged Edition*
Copyright © 1981, 1979, 1973, 1971, 1970, 1969, 1967, 1966 by Random House, Inc.

PUBLISHED IN THE UNITED STATES OF AMERICA BY RANDOM HOUSE, INC., NEW YORK
AND SIMULTANEOUSLY IN CANADA BY RANDOM HOUSE OF CANADA LIMITED, TORONTO

A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, neither the presence nor the absence of such designation should be regarded as affecting the legal status of any trademark.

Chart of Periodic Table of the Elements, Copyright © 1964 by E. H. Sargent & Co.

Table of Common Proofreader's Marks, Copyright 1950, © 1956 by Alfred A. Knopf, Inc.

LIBRARY OF CONGRESS CATALOGING IN PUBLICATION DATA
Main entry under title:
The Random House college dictionary.
Based on the Random House dictionary of the English language, unabridged ed.
Published in 1968 under title: The Random House dictionary of the English language, college ed.
1. English language—Dictionaries.
PE1625.R34 1975   423   75-4858   ISBN 0-394-43500-1
ISBN 0-394-43600-8 thumb-indexed ed.

ro.8/ua
Manufactured in the United States of America

**rae·a** (mī thrē'ə), **Mith·rae·ums**, a temple of Mithras. [< NL < Gk *Mithraion* = *Mithras* MITHRAS + *-aion* suffix of place]
**Mith·ra·ism** (mith'rə iz'əm), *n.* an ancient religion of Persian origin, in which Mithras was worshiped. Also, **Mith·ra·i·cism** (mith rā'ĭ siz/əm). —**Mith·ra·ic** (mith-rā'ĭk), **Mith·ra·is'tic**, *adj.* —**Mith'ra·ist**, *n.*
**Mith·ras** (mith'rəs), *n. Persian Myth.* the god of light and truth, later of the sun. Also, **Mith·ra** (mith'rə). [< L < Gk < OPers *Mithra*]
**Mith·ri·da·tes VI** (mith'rĭ dā'tēz) ("*the Great*") 132?–63 B.C., king of Pontus 120–63. Also called **Mith·ri·da'tes Eu·pa'tor** (yōō'pə tôr).
**mith·ri·da·tism** (mith'rĭ dā'tiz əm), *n.* the production of immunity against the action of a poison by taking the poison in gradually increased doses. [after MITHRIDATES VI, said to have so immunized himself] —**mith·ri·dat·ic** (mith'rĭ-dat'ĭk), *adj.*
**mit·i·cide** (mĭt'ĭ sīd/), *n. Chem.* a substance or preparation for killing mites. —**mit'i·cid'al**, *adj.*
**mit·i·gate** (mit'ə gāt/), *v.* -**gat·ed**, -**gat·ing**. —*v.t.* **1.** to make less severe, intense, painful, etc. **2.** *Rare.* to make (a person) milder or more gentle; mollify; appease. —*v.i.* **3.** to become milder. [< L *mītigāt(us)* calmed, softened, soothed (ptp. of *mītigāre*) = *mīt(is)* mild, soft, gentle + *-ig-* (var. of *ag-*, root of *agere* to make) + *-ātus* -ATE¹] —**mit'i·ga·ble** (mĭt'ə gə bəl), *adj.* —**mit'i·gat'ed·ly**, *adv.* —**mit'i·ga'tion**, *n.* —**mit'i·ga·tive**, *adj.* —**mit'i·ga'tor**, *n.*
**mi·tis** (mī'tĭs, mē'-), *n.* **1.** Also called **mi'tis met'al**. wrought iron melted and cast. —*adj.* **2.** noting or pertaining to mitis. [< L: soft; see MITIGATE]
**mi·to·chon·dri·on** (mī'tə kon'drē ən, mīt'ə-), *n., pl.* -**dri·a** (-drē ə). *Biol.* one of the minute, granular, rodlike or threadlike bodies occurring in the cytoplasm of cells and functioning in cellular metabolism. Also called **chondriosome**. [< Gk *mīto(s)* a thread + *chóndrion* small grain] —**mi'to·chon'dri·al**, *adj.*
**mi·to·sis** (mī tō'sĭs, mĭ-), *n. Biol.* the usual method of cell division, characterized typically by the resolving of the chromatin of the nucleus into a threadlike form that separates into segments or chromosomes, each of which separates longitudinally into two parts, one part of each chromosome being retained in each of two new cells resulting from the original cell. [< Gk *mīt(os)* a thread + *-osis*] —**mi·tot·ic** (mī tot'ĭk, mĭ-), *adj.* —**mi·tot'i·cal·ly**, *adv.*
**mi·tral** (mī'trəl), *adj.* **1.** of or resembling a miter. **2.** *Anat.* of, pertaining to, or situated near a mitral valve.
**mi'tral valve'**, *Anat.* the valve between the left atrium and ventricle of the heart, consisting of two triangular flaps of tissue, that prevents the blood from flowing back into the atrium. Also called **bicuspid valve**. Cf. **tricuspid valve**.
**mi·tre** (mī'tər), *n., v.t.* -**tred**, -**tring**. *Chiefly Brit.* **miter**.
**mits·vah** (mĭts vä'; *Eng.* mĭts'və), *n., pl.* -**voth** (-vōt'), *Eng.* -**vahs**. *Hebrew.* **mitzvah**.
**mitt** (mĭt), *n.* **1.** *Baseball.* a mittenlike hand protector worn esp. by a catcher. Cf. **baseball glove**. **2.** a mitten. **3.** *Slang.* a hand. **4.** a long glove that leaves the fingers bare, worn by women. [short for MITTEN]
**Mit·tel·eu·ro·pa** (mĭt'əl oi rō'pä), *n. German.* central Europe.
**mit·ten** (mĭt'ən), *n.* **1.** a hand covering enclosing the four fingers together and the thumb separately. **2.** mitt (def. 4). [ME *miteyn* < MF, OF *mitaine* = *mite* mitten (< ?) + *-aine* -AN] —**mit'ten·like'**, *adj.*
**Mit·te·rand** (mē'tə rän; *Eng.* mē'tə rand', mĭt'ə-), *n.* **François** (frän swä'), born 1916, French political leader; president since 1981.
**mit·ti·mus** (mĭt'ə məs), *n., pl.* -**mus·es**. *Law.* a warrant of commitment to prison. [late ME < L: we send, first word of writ in Latin]
**mitz·vah** (mĭts vä'; *Eng.* mĭts'və), *n., pl.* -**voth** (-vōt'), *Eng.* -**vahs**. *Hebrew.* **1.** *Judaism.* any of the 613 precepts that are present in or derived from the Bible. **2.** a good or praiseworthy deed. Also, **mitsvah**. [lit., commandment]
**mix** (mĭks), *v.,* **mixed** or **mixt**, **mix·ing**, *n.* —*v.t.* **1.** to put (various materials, objects, etc.) together in a homogeneous or reasonably uniform mass. **2.** to add as an ingredient of such a mass: *Mix some salt into the flour.* **3.** to form by mixing ingredients: *to mix mortar.* **4.** to put together indiscriminately or confusedly (often fol. by *up*). **5.** to combine, unite, or join: *to mix business and pleasure.* **6.** to crossbreed. —*v.i.* **7.** to become or admit of being mixed: *a paint that mixes easily with water.* **8.** to associate, as in company. **9.** to crossbreed. —*n.* **10.** the act or an instance of mixing. **11.** the result of mixing; mixture. **12.** a commercially prepared blend of dry ingredients to be mixed with a liquid to obtain a desired consistency: *a cake mix.* **13.** Also, **mixer**. *Informal.* soda, ginger ale, fruit juice, or water for adding to whiskey or other liquor in making a highball. **14.** the proportion of ingredients in a mixture; formula: *a mix of two to one.* [late ME, back formation from *mixt* MIXED] —**mix'a·bil'i·ty**, *n.* —**mix'a·ble**, **mix'i·ble**, *adj.* —**Syn. 1, 7.** commingle, jumble, amalgamate, fuse. **7.** coalesce. **11.** concoction.
**mixed** (mĭkst), *adj.* **1.** put together or formed by mixing. **2.** composed of or consisting of different kinds of persons, materials, elements, etc. **3.** *Law.* involving more than one issue or aspect. **4.** *Phonet.* (of a vowel) central. [late ME *mixt* < L *mixt(us)*, ptp. of *miscēre* to mingle]
**mixed' bless'ing**, something that offers great advantages but also has serious disadvantages.
**mixed' bud'**, See under **bud**¹ (def. 1a).
**mixed' grill'**, several kinds of broiled or grilled meats, and usually other vegetables, served together, as a lamb chop, bacon, a pork sausage, a piece of liver, a grilled tomato, and mushrooms.
**mixed' mar'riage**, a marriage between persons of different religions or races.
**mixed' me'di·a**, the integrated use of several media, such as films, slides, books, tape recorders, etc., to teach, advertise, entertain, etc. —**mixed'-me'di·a**, *adj.*
**mixed' met'a·phor**, the use in the same expression of two or more metaphors that are incongruous or illogical in combination, as in "The president will put the ship of state on its feet."

number and a fraction, as 4½ or 4.5.
**mixed'-up'** (mĭkst'ŭp'), *adj.* suffering from or revealing mental confusion.
**mix·er** (mĭk'sər), *n.* **1.** a person or thing that mixes. **2.** *Informal.* a person, with reference to his sociability: *a good mixer.* **3.** an electrical kitchen appliance, resembling an eggbeater, for use in mixing and beating foodstuffs. Cf. **blender** (def. 2). **4.** an informal dance or gathering. **5.** *Informal.* mix (def. 13). **6.** an electrical system, as in a broadcasting studio, providing for the blending, fading, substituting, etc., of sounds from various sources, as from microphones, recordings, etc.
**mixt** (mĭkst), *v.* a pt. and pp. of **mix**.
**Mix·tec** (mē'tek), *n., pl.* -**tecs**, (*esp. collectively*) **-tec** for 1. **1.** a member of an Amerindian people of Guerrero, Oaxaca, and Puebla, in Mexico. **2.** the language spoken by this Indian tribe. —**Mix·tec'an**, *adj., n.*
**Mix·te·co** (mē'te kō'), *n., pl.* -**cos**, (*esp. collectively*) **-co**. **Mixtec**.
**mix·ture** (mĭks'chər), *n.* **1.** a product of mixing. **2.** any combination of contrasting elements, qualities, etc. **3.** *Chem., Physics.* an aggregate of two or more substances that are not chemically united and that exist in no fixed proportion to each other. Cf. **compound** (def. 8). **4.** a fabric woven of yarns combining various colors. **5.** the act of mixing. **6.** the state of being mixed. [late ME < L *mixtūra*. See MIXED, -URE] —**Syn. 1.** blend, combination; compound. **2.** miscellany, medley, mélange.
**mix-up** (mĭks'ŭp'), *n.* a confused state of things; muddle; tangle.
**Mi·ya·za·ki** (mē'yä zä'kē), *n.* a city on SE Kyushu, in Japan. 185,000 (est. 1963).
**Miz·ra·chi** (mĭz rä'kē), *n.* **1.** an Israeli religious group organized in 1902 as a wing of the orthodox Zionist movement, chiefly devoted to furthering traditional Judaism. —*adj.* **2.** of or pertaining to the Mizrachi. Also, **Miz·ra'hi**. [< Heb *Mizrāḥī*, lit., of the east]
**miz·zen** (mĭz'ən), *Naut.* —*n.* **1.** a fore-and-aft sail set on a mizzenmast. Cf. **crossjack**, **spanker** (def. 1a). See diag. at **ship**. **2.** mizzenmast. —*adj.* **3.** of or pertaining to a mizzenmast. Also, **miz'en**. [late ME *meson*, prob. < It *mezzana* < Ar *mazzān mast*]
**miz·zen·mast** (mĭz'ən mast', -mäst'; *Naut.* mĭz'ən məst), *n. Naut.* **1.** the third mast from forward in a vessel having three or more masts. **2.** the after and shorter mast of a yawl, ketch, or dandy; jiggermast. Also, **miz'en·mast'**. [late ME *meson mast*]
**mk.**, *pl.* **mks.** mark³ (def. 1).
**MKS**, meter-kilogram-second. Also, **mks**, **m.k.s.**
**mkt.**, market.
**ML**, Medieval Latin. Also, **M.L.**
**mL**, millilambert; millilamberts.
**ml**, milliliter; milliliters. Also, **ml.**
**MLA**, Modern Language Association.
**MLG**, Middle Low German. Also, **M.L.G.**
**Mlle.**, *pl.* **Mlles.** mademoiselle. Also, **Mlle**
**mM**, millimole; millimoles.
**mm**, millimeter; millimeters.
**MM.**, messieurs.
**mm.**, **1.** thousands. [< L *millia*] **2.** millimeter; millimeters.
**Mme.**, *pl.* **Mmes.** madame.
**mmf**, *Elect.* micromicrofarad; micromicrofarads.
**mmho**, millimho; millimhos.
**MN**, Minnesota (approved esp. for use with zip code).
**Mn**, *Chem.* manganese.
**mne·mon·ic** (nĕ mon'ĭk, nī-), *adj.* **1.** assisting or intended to assist the memory. **2.** of or pertaining to mnemonics or memory. [< Gk *mnēmonik(ós)* of, relating to memory = *mnēmon-* (s. of *mnēmōn*) mindful + *-ikos* -IC] —**mne·mon'·i·cal·ly**, *adv.*
**mne·mon·ics** (nĕ mon'ĭks, nī-), *n.* (*construed as sing.*) the process or technique of improving or developing the memory. Also called **mne·mo·tech·nics** (nĕ'mō tek'nĭks).
**Mne·mos·y·ne** (nĕ mos'ə nē', -moz'-, nī-), *n.* the ancient Greek goddess of memory. [< Gk: lit., memory]
**-mnesia**, a combining form denoting a certain type of memory: *paramnesia.* [comb. form abstracted from AMNESIA]
**Mngr.**, Monsignor.
**mngr.**, manager.
**MO**, Missouri (approved esp. for use with zip code).
**Mo**, *Chem.* molybdenum.
**-mo**, a suffix occurring in a series of compounds that describe book sizes according to the number of leaves formed by the folding of a single sheet of paper: *sixteenmo.* [comb. form abstracted from DUODECIMO]
**Mo.**, **1.** Missouri. **2.** Monday.
**mo.**, *pl.* **mos.**, **mo.** month.
**M.O.**, **1.** mail order. **2.** Medical Officer. **3.** method of working. [< L *modus operandi*] **4.** money order.
**m.o.**, **1.** mail order. **2.** money order.
**mo·a** (mō'ə), *n.* any of several extinct, flightless birds of the family *Dinornithidae*, of New Zealand, related to the kiwis but resembling the ostrich. [< Maori]
**Mo·ab** (mō'ab), *n.* an ancient kingdom E of the Dead Sea, in what is now Jordan. See map at **Philistia**. —**Mo·ab·ite** (mō'ə bīt'), *n., adj.*
**moan** (mōn), *n.* **1.** a prolonged, low, inarticulate sound uttered from or as from physical or mental suffering. **2.** any similar sound: *the moan of the wind.* **3.** *Archaic.* complaint or lamentation. —*v.i.* **4.** to utter or produce moans. **5.** to utter with a moan. **6.** to lament or bemoan. [ME *mone*, *man(e)*, OE *mān*, inferred from its deriv. *mǣnan* to mourn] —**moan'ful**, *adj.* —**moan'-**



Moa, *Dinornis maximus*
(Height 10 ft.)

Case 1:02-cv-00393-WHR-SLO    Document 69-3    Filed 02/06/2004    Page 4 of 4