# Exhibit 4

Robert A. Baker                                    December 11, 2003

Boston, MA

1

1    UNITED STATES DISTRICT COURT

     SOUTHERN DISTRICT OF OHIO

2

3         Civil Action No. C-1-02-393

4

     THE PROCTER & GAMBLE           **CERTIFIED**

5    COMPANY,                       )

               Plaintiff,        :  ) **COPY**

6                                    )

     v.                              )

7                                    )

     THE COCA-COLA COMPANY,          )

8          Defendant.                )

9         VIDEOTAPED DEPOSITION OF ROBERT A.

10   BAKER, called as a witness on behalf of the

11   Defendant, pursuant to the applicable

12   provisions of the Federal Rules of Civil

13   Procedure, before Jeanette N. Maracas,

14   Registered Professional Reporter and Notary

15   Public in and for the Commonwealth of

16   Massachusetts, at the Offices of Hale and

17   Dorr, LLP, 60 State Street, Boston,

18   Massachusetts, on Thursday, December 11,

19   2003, commencing at 9:25 a.m.

20

21

22

Robert A. Baker                                        December 11, 2003

Boston, MA

195

1    Q.   Do you recall that?

2              MS. FERRERA:   Objection.

3    A.   I don't recall that specific point, no.

4    Q.   If you go back to Exhibit No. 8 for a moment,

5         which is the amendment filed on behalf of

6         David Heckert.

7    A.   Yes.

8    Q.   And you turn to Page 8, you'll see at the

9         bottom of the page there a discussion

10        concerning the differentiation between the

11        added acid component in Sperti versus the

12        added acid component in the '847 patent.

13   A.   Yes.

14   Q.   Begins at the last paragraph there, "in

15        addition, Sperti suggests using mostly citric

16        acid and very little malic acid in their

17        extended juice products.  Based on the

18        example given in Column 5, Lines 19 through

19        20," which is what we were just looking at,

20        "the Sperti, et al., extended juice products

21        contain at least 99 percent citric

22        acid/citrate combined, and less than one

Robert A. Baker                                          December 11, 2003

Boston, MA

196

1     percent malic acid."  Do you see where I'm

2     reading from?

3   A.  Yes.

4   Q.  "The examiner should note that the weight

5       ratio of citric acid, malic acid defined in

6       Claim 1," this being for the '847 patent, "is

7       no greater than 90 to 10."  Do you see where

8       I was talking about there?

9   A.  Mm-hmm.

10  Q.  Do you recall reading that before?

11  A.  Yes.

12  Q.  So what was happening here is that the

13      attorney on behalf of Mr. Heckert was

14      distinguishing the premix citric-malic acid

15      ratio combination from those ingredients

16      added in Sperti?

17              MS. FERRERA:  Objection.

18  Q.  Did you understand that?

19              MS. FERRERA:  Objection.

20  A.  Would you repeat that, please?

21  Q.  So what was happening here is that the

22      attorney on behalf of Mr. Heckert was

Robert A. Baker                                    December 11, 2003

Boston, MA

197

1       distinguishing the premix citric acid, malic

2       acid ratio from the added citric acid,

3       citrate combination and malic acid used in

4       Sperti?

5               MS. FERRERA:  Objection.

6   A.  Is that case, or -- no, that is not the case

7       because the 90-10 ratio applies to the

8       finished product.

9   Q.  All right.  Well, then, taking your point,

10      basically what was happening was that the

11      '847 invention was being distinguished from

12      Sperti based upon a different ratio of

13      citric-malic acid?

14  A.  Only in part.  I mean, I think there were

15      other issues they were distinguishing.

16  Q.  But with regard to this specific point raised

17      by the examiner?

18  A.  That specific point, yes, but there were

19      other differentiations, I think, as well.

20  Q.  The examiner had a number of reasons for

21      wanting to reject the patent?

22  A.  Differentiations between Sperti and the

Robert A. Baker

December 11, 2003

Boston, MA

202

1         on Page 4 of Exhibit 13?

2    Q.   The discussion on Pages 8 and 9 of

3         Exhibit 13 -- Exhibit 8.  I'm sorry.

4    A.   Let me go back a moment.

5              MS. FERRERA:  Take your time.

6    A.   (Witness examines document).

7              I apologize for refreshing myself

8         there, but if you would go back to the

9         question again.

10             (Question read)

11             MS. FERRERA:  Objection.

12   A.   I thought I answered that.  The answer is

13        they're not being related to the ratio in the

14        premix, but to the ratio in the completed

15        product.

16   Q.   Would you agree that the acid, that the ratio

17        referred to as Sperti which we've been

18        discussing at the bottom of Page 8 and the

19        top of Page 9 there, that at least 99 percent

20        citric acid/citrate combined and less than

21        one percent malic acid ratio refers to the

22        added acids or the acids that are not

Robert A. Baker                                    December 11, 2003

Boston, MA

203

1       endogenous in the juice product that's being

2       developed in the Sperti patent?

3                   MS. FERRERA:   Objection.

4    A.  No, because it states that the Sperti, et

5        al., extended juice products contain at least

6        99 percent citric acid/citrate combined, not

7        the premix or not the material defined under

8        the ingredients in Column 5 of the Sperti

9        patent.

10   Q.  But isn't it the case that the less than 99

11       percent citric acid/citrate combined and less

12       than one percent malic acid ratio is derived

13       from that ingredients list at Column 5

14       beginning at Lines 11 through 20?

15                  MS. FERRERA:   Objection.

16   A.  No.   That was my comment before.   I don't see

17       that it would be derived from that because

18       the ratio of those two numbers is

19       considerably more than 99 to one.

20   Q.  Maybe you can help me with this.   The citric

21       acid and sodium citrate are what form that

22       citric acid citrate species; is that right?

Robert A. Baker                                    December 11, 2003
Boston, MA

206

1          to ask the question again.

2     Q.   Did you understand where we were?

3     A.   Yes, absolutely.  I've been good with this

4          particular question, because it states very

5          clearly on the last line of Page 8 that the

6          Sperti, et al., extended juice products, as I

7          read that, that's talking about the product

8          at the end after the addition of this diluent

9          to the juice, that one can't separate the

10         citric and malic acids of the additives from

11         the juice to which you've added it.

12    Q.   What would you expect the citric-malic acid

13         ratio to be in naturally-occurring orange

14         juice?

15              MS. FERRERA:  Objection.

16    A.   I think that would depend a great deal on the

17         particular variety of juice and a number of

18         other factors.  I couldn't give you an

19         approximation other than some citations that

20         we have seen.  But as far as an overall, I

21         think it would really depend a great deal on

22         the variety of the fruit, cultural