# Exhibit 6

David Heckert                                                June 4, 2003

Cincinnati, OH

```
                                                                    1
1                  UNITED STATES DISTRICT COURT

2                   SOUTHERN DISTRICT OF OHIO

3                        WESTERN DIVISION

4
                                              CERTIFIED
5                                               COPY

6    ------------------------------------
                                          :
7    THE PROCTER & GAMBLE COMPANY,        :
                                          :
8            Plaintiff,                   :
                                          :
9       vs.                               :   CASE NO.
                                          :   C-1-02-393
10   THE COCA-COLA COMPANY,               :
                                          :
11           Defendant.                   :
                                          :
12   ------------------------------------

13

14

15            Deposition of:    DAVID HECKERT

16            Taken:            By the Defendant
                                Pursuant to Subpoena
17            Date:             June 4, 2003
              Time:             Commencing at 9:14 a.m.
18            Place:            Dinsmore & Shohl
                                1900 Chemed Center
19                              255 East Fifth Street
                                Cincinnati, Ohio  45202
20            Before:           S. Diane Farrell, RMR, CRR

21                              Notary Public

22                              State of Ohio
```

62

1  single strength fruit beverage.
2       Q.  All right.
3       A.  All right?  So this is a product patent.
4       Q.  Yes, sir.
5       A.  Okay?  That's '847.  '963 is the method
6  patent, how -- this is a method by which you can make
7  this product, not the only method but a method.
8       Q.  All right.  Now, just so I'm keeping up
9  with you, you're referring to '963 now?
10      A.  I'm now talking about '963.
11      Q.  All right.  And you placed your hand on
12 something a moment ago when you were explaining this
13 to me.  '963 is a method of making the product?
14      A.  '963 is the method patent.  '847 is the
15 product patent.
16      Q.  Okay.  Am I understanding you to say that
17 the '963 patent is a method of making what you were
18 reviewing with me in claim 1 of the '847 patent, the
19 product patent?
20          MS. FERRERA:  Objection.  Objection.
21      A.  It is a way to make that product.
22      Q.  All right.  Are there any other

David Heckert                                              June 4, 2003
                        Cincinnati, OH

                                                                    65

1    accommodate him, and that's all. As I say, you
2    know, anything that will help with that, I
3    don't mind. But the objection, beyond just
4    objecting so that that coaches an answer --
5         MS. FERRERA: I'm not --
6         MR. IVEY: -- I don't appreciate, and I
7    object to that so --
8         MS. FERRERA: Well, I'm not coaching the
9    witness. I'm just stating an objection on the
10   record.
11        MR. IVEY: All right.
12   Q.   Do you understand where we were or do you
13   want me to go back over?
14   A.   I think so.
15   Q.   All right. Was my understanding of what
16   you had told me a few moments ago correct --
17        MS. FERRERA: Objection.
18   Q.   -- that the '963 patent was a method of
19   making the '847 patent product?
20        MS. FERRERA: Objection.
21   A.   The '963 patent is a method to make a
22   calcium fortified juice of many different shapes and

66

1   forms, one of which could be the products described

2   in the product patent or the -- several of which

3   could be those listed.

4        Q.   Which is the '847?

5        A.   The product patent -- the product patent

6   is a product that can be made by other methods.  The

7   method patent is a patent that could be made -- could

8   be used to make other types of products.  It happens,

9   yes, that you can use this method patent to make this

10  product.

11       Q.   All right.  And -- okay.  And

12  understanding that point, are there any other

13  differences between the '847 invention and the '963

14  invention other than what you have explained to me?

15            MS. FERRERA:  Objection.

16       A.   Again, explaining that they're both --

17  they're both broader than the connection between the

18  two.  The method is a lot broader than this product.

19  And this product is -- can be made by other methods

20  than this method patent.

21       Q.   All right.  And when you say --

22       A.   But this product --