# Exhibit 30

# UNABRIDGED

*a Merriam-Webster*
REG. U.S. PAT. OFF.

## WITH SEVEN LANGUAGE DICTIONARY

## VOLUME I

# A to G



ENCYCLOPÆDIA BRITANNICA, INC.

*Chicago*
*Auckland, Geneva, London, Manila, Paris, Rome*
*Seoul, Sydney, Tokyo, Toronto*

Preface..............................
Editorial Staff......................
Outside Consultants..................
Explanatory Chart....................
Explanatory Notes....................
Divisions in Boldface Entry Words....
Spelling.............................
Plurals..............................
Capitalization.......................
Italicization........................

cgs electromagnetic units (ab-.......
Afro-Asiatic languages...............
alphabet table.......................
anthracite coal sizes................
architecture.........................
common area formulas.................
Beaufort scale.......................
ship's bells.........................
book sizes...........................
Braille alphabet.....................
constellations.......................
chief crusades.......................
principal ocean currents, drifts, st.
executive U.S. departments...........
dye tables I and II..................
Easter dates.........................



A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*A Merriam-Webster*® is the registered trademark you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 1986 BY MERRIAM-WEBSTER INC.

PHILIPPINES COPYRIGHT 1986 BY MERRIAM-WEBSTER INC.

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

International Standard B...

ance (as one obtained from pan-beans) that inhibits the action of ʳ(ₒ)ₔⁱtriptik\ adj

ʲ [¹anti- + tussive] : tending or l or prevent cough

, or antitwilight arch n [¹anti- + ish glow in the eastern sky after

so -(ₒ)tī-, 'aan-\ n [LL antitypus ntitypum, fr. LGk antitypon; both ₜtitypos repelled by a hard body, antitypoun to strike against, fr. ιp, fr. typos blow, mark of a blow, : something that corresponds to b : an opposite type  2 : ANTI-

ıl, -ēk-\ or an·ti·typ·ic \-ˈtipik, ιo an antitype  2 : ANTITROPIC 2 )lē, -li, -ēk-\ adv -tita-\ n -ES [Gk antitypia, fr. : offered esp. by matter to pene-change + ˈvenən, ˌvē-\ also an·ti·venene ː -s [ISV ¹anti- + venin, venene] !so : an antiserum containing such

nti- + viral] : acting to make a

ιik, -ātik, -ēk\ n -s [¹anti- + virus :ctive against viruses

[¹anti- + vitamin] : a substance :ctive either by converting it into ιcture or by making it unavailable t — compare ANTIMETABOLITE ,)ₔ,-\ n -s [¹anti- + vivisection + animal experimentation tamin \ˈₔ,(ₒ)zirəfˈthalmik-\ n -ic] : VITAMIN A -s usu cap Z [¹anti- + Zionism] ιment or support of the state of

-\ n, pl antizoe·ae \-ˈē,ē, -ˈē,ī\ early stomatopod larva s [ME aunteler, fr. MF antoillier, re, fr. neut. e the eye, fr. ˈ -ar — more l of the deer ιt only in the ne horns of ι solid gen-owth that is ʳ; sometimes - see BEAM]

: an Austra-ₑillopsis pet-arapace and each eye ιntler Mine, ] : a mineral of a basic green crys-ιtes of needlelike crystals se antler-shaped lichen (Evernia

h white-marked European moth larva devastates grasslands :veral branching erect calcareous ιr in form ιrmeleon or related genera (order larva that digs a small conical pit ιf which it lies buried with its long y insects (as ants) which fall into

ₐ, var of ANTONY OVER

toe·cians \-ˌshənz\ n pl [antoec anti- ¹anti- + oikos house; antoe-+ -s — more at VICINITY] : those ʲidian but on opposite parallels of ιd south of the equator ο an·to·nin·i·an \ˌantoˈninēən, nine fr. Antoninus Pius † A.D. 161 inus † A.D. 180 Roman emperors; ⊢ -ian] : characteristic of the s Pius and Marcus Aurelius An-

ιinēˈanəs\ n, pl antoninia·ni ιus, fr. Marcus Aurelius Antoninus ι emperor who introduced it + L man coin orig. worth two denarii ₔˈmäzh(ē)ₔ\ n -s [L, fr. Gk, fr. ead (fr. anti- instead, against + na name) + -ia — more at ANTI-, ιf another designation for a com-ne: as  a : the use of an official ι f a proper name (as his honor for pellative (as chief executive for ιf a proper name to designate a ιomon for a wise ruler); also : the or verb from a proper name (as : the giving of a proper name (as hat names or suggests a leading , Doctor Sawbones)

ₔ, -ᵗn,im\ n -s [¹anti- + -onym] ιg (the usual ~ of good is bad) — on·y·my \an·ˈtänəmē, aan-, -mi\

ιəs\ adj : being an antonym : in-:ance : OPPOSING, CONTRADICTING

antrum of high·more \-ˈhī,mō(ə)r\ usu cap H [after Nathaniel Highmore †1685 Eng. physician who first described it] : MAX-ILLARY SINUS

an·trus·tion \an'trəschən\ n -s [ML antrustion-, antrustio, of Gmc origin; akin to OHG ant-, int- against and OHG trōst help, comfort — more at ANTE-, TRUST] : a follower usu. in the bodyguard of Frankish princes of the 5th to 7th centuries

An·try·cide \'antrə,sīd\ trademark — used for a white crystalline compound derived from quinoline and used in the control of trypanosomiasis in cattle

ants pl of ANT

ant·shrike \'ant,shrīk\ n [antbird + shrike] : any of numer-ous tropical American antbirds (family Formicariidae) re-sembling shrikes

ant's-wood n, pl ant's-woods : SAFFRON PLUM; broadly : BUCKTHORN 2

antsy \'an(t)sē, 'aan-, 'ain-\ adj, usu -ER/-EST [ants (pl. of ¹ant) + -y] slang : EAGER, IMPATIENT, RESTLESS; sometimes : CON-CUPISCENT

ant thrush n 1 : ANTBIRD  2 : PITTA 2

ant tree n : any of several So. American trees of the genus Triplaris having hollow stems inhabited by venomous ants which repel intruders

ANTU \'an,tü\ abbr or n -s sometimes not cap [alpha-naphthyl-ʳhiourea] : a chemical $C_{10}H_7NHCSNH_2$ produced as a gray powder for use as a rat poison; alpha-naphthylthiourea

an·tung \'än·,tùng, -,dùng\ adj, usu cap [fr. Antung, Manchuria] : of or from the city of Antung, Manchuria : of the kind or style prevalent in Antung

ant·werp \'ant·,wərp, 'aan-, 'ain-, -,wòp, -,wə(r)p\ adj, usu cap [fr. Antwerp, Belgium] : of or from the city of Antwerp, Belgium : of the kind or style prevalent in Antwerp

antwerp or antwerp pigeon n -s usu cap A [fr. Antwerp, Bel-gium] : one of a Belgian variety of homing pigeons

antwerp blue n, usu cap A  1 : any of various iron-blue pig-ments (as one containing alumina or a zinc compound) 2 : a moderate blue that is greener and duller than average copen and greener and deeper than azurite blue, Dresden blue, or pompadour — called also Harlem blue, mineral blue

antwerp brown n, often cap A : CONGO 4

antwerp red n, often cap A : ²BOLE 3

antwren \'ₔ,-\ n [¹ant + wren] : any of various small antbirds having short tails like wrens

anty over sometimes cap A, var of ANTONY OVER

anu \'ä,nü, -,nyü, 'a-\ also an·yu \-,nyü\ n -s [AmerSp añú, fr. Quechua áñu] 1 : a So. American herb (Tropaeolum tuberosum) cultivated for its edible tubers  2 : the tuber pro-duced by the anu

anu·bing \'änü,biŋ, ,ₔ·\ also anu·bin \-,bēn\ or ano·bing \-nō,biŋ\ n -s [Tag anubing] 1 : any of several trees of the genus Artocarpus  2 : the wood of the anubing

anu·bis baboon \ₔ'n(y)übəs-\ n [after Anubis, a jackal god in ancient Egyptian religion  the pictorial representation of which the animal was thought to resemble, fr. L, fr. Gk Anoubis, fr. Egypt Anpu, Anp] : a rather rare Sudanese baboon (Papio doguera)

anucleate also anucleated \(')ā+\ adj [²a- + nucleate, nu-cleated] : lacking a nucleus

a number 1 \'ā,ₔₔ'wən\ adj, cap A : A1 (sense 2)

an·under \ₔ'nən(d)ₔ(r)\ prep [ME, fr. an, on on + under] chiefly dial : UNDER

an·u·ra \ₔ'n(y)ùrₔ, a'-\ [NL, fr. an- + -ura] syn of SALIENTIA

an·u·ran \-'n(y)ùrₔn\ adj or n [NL Anura + E -an] : SALIEN-TIAN

an·u·re·sis \,anyₔ'rēsₔs, -nₔ'-\ n, pl anure·ses \-ē,sēz\ [NL, fr. an- + uresis] : retention of urine in the urinary bladder : failure or inability to void urine — compare ANURIA — an·u·ret·ic \,ₔ'retⁱk\ adj

an·u·ria \ₔ'n(y)ùrēₔ, a'-\ n -s [NL, fr. an- + -uria] : absence or defective excretion of urine — compare ANURESIS — an·u·ric \-ˈùrik\ adj

an·u·rous \ₔ'n(y)ùrₔs, a'-\ or an·our·ous \-'nùrₔs\ adj [an-+ -urous, -ourous] zool : having no tail (~ toads) (~ frogs)

an·u·ry \'anyₔrē, -ri\ n -ES [an- + Gk oura tail + E -y] zool : absence of a tail (the inheritance of ~ in mice)

anus \'ānₔs\ n, pl anuses also ani \'ā(,)nī\ [L, ring, anus; akin to OIr áinne and perh. to Arm anur necklace, ring] : the posterior opening of the alimentary canal

an·us·va·ra \,anₔs'värₔ, ,än-\ n -s [Skt anusvāra] 1 : a Sanskrit postvocalic nasal sound or group of sounds occurring in the interior of a morpheme only before i, s, s, or h and at the end of a morpheme only before an initial consonant of a following morpheme  2 : a sign used in writing Sanskrit to represent the anusvara sound or sounds and in some manu-scripts and editions certain other postvocalic nasal sounds — see ALPHABET table

¹an·vil \'anvəl, 'aan- sometimes -(,)vil\ n -s [alter. of ME anfilt, anfelt, fr. OE anfealt, anfilt (akin to OHG anafalz, G Amboss, MD anvilt), fr. an on + -fealt, -filt (akin to Sw dial. filta to beat) — more at ON, FELT] 1 a : a heavy usu. steel-faced iron block on which metal is shaped (as by hand hammering or forging) b : a machine part that serves a similar purpose — compare SNARLING IRON  2 : something that resembles an anvil in shape or use (bold imagination, able thought, and discussion ... are the ~ of public policy —A.E.Stevenson b.1900): as  a : INCUS  b : the metal structure of a cartridge against which the percussion composition is exploded by the blow of the fir-ing pin upon the head of the primer  c : the lower contact of a telegraphic key  d : the fixed jaw in a measuring instrument (as a micrometer caliper)  e : a musical percussion instrument consisting of a steel bar that when struck with a hammer sounds like an anvil — on the anvil adv (or adj) : under dis-cussion or in preparation

²anvil \'ₔ\ vt anvilled; anvilled; anvilling; anvils obs : to shape on an anvil : hammer out

anvil bat n : EPAULET BAT

anvil 1a

: a psychoneurotic disorder characterized by diffuse anxiety often accompanied by somatic manifestations of fear

anx·ious \'aŋ(k)shₔs, 'aiⁿ-\ adj [L anxius, fr. angere to strangle, distress — more at ANGER] 1 : characterized by extreme uneasiness of mind about some contingency : ex-periencing a sense of brooding fear : APPREHENSIVE, WORRIED (wounded by the disapproval of . . . her friends and ~ for the future —R.M.Lovett) (a timid young woman, not used to cities, ~ about small things —Leslie Rees)  2 : charac-terized by, resulting from, or causing anxiety : WORRYING (two ~ days followed while the ship was being loaded —T.B. Costain) (bid my ~ fears subside —William Williams) 3 : characterized by strong earnest desire : ardently wishing (a kindhearted landlord ever ~ to ameliorate the condi-tion of the poor —Anthony Trollope) syn see AFRAID; EAGER

anxious bench or anxious seat n 1 : a seat near the pulpit reserved at some revival meetings for persons esp. concerned about their spiritual condition — called also mourners' bench 2 : a state of worry or anxiety caused by uncertainty (every-body was kept on the anxious seat by this system of perpetual probation —Alva Johnston)

anx·ious·ly adv : in an anxious manner

anx·ious·ness n -ES : the state of being anxious

¹any \'enē, -ni sometimes -ₔn- or, after t or d, °n-\ adj [ME any, eny, fr. OE ǣnig (akin to OFris ēnig, OHG einag, ON einigr anyone, no one), fr. ān one + -ig -y — more at ONE] 1 : one indifferently of more than two : one or some in-discriminately of whatever kind: a : one or another : this, that, or the other — used as a function word esp. in inter-rogative and conditional expressions to indicate one that is not a particular or definite individual of the given category but whichever one chance may select (did you experience ~ trouble) (if ~ defect appears) (ask ~ man you meet)  b : one, no matter what one : EVERY — used as a function word esp. in assertions and denials to indicate one that is selected without restriction or limitation of choice (~ child would know that) (forbidden to enter ~ house)  c : one or some of whatever kind or sort; esp : one or some however imperfect — used as a function word to indicate one that is selected with indif-ference to quality (~ plan is better than no plan)  2 : one, some, or all indiscriminately of whatever quantity: a : one or more : not none — used as a function word to indicate a positive but undetermined number or amount (I can't find ~ stamps) (have you ~ money)  b : ALL — used as a func-tion word to indicate the maximum or whole of a number or quantity (give me ~ letters you find) (he needs ~ help he can get)  c : a or some no matter how great or small — used as a function word to indicate what is considered despite its quantity or extent (determined to win at ~ cost) (it is good of you to pay ~ attention to him)  3 a : great, unmeasured, or unlimited in amount, quantity, number, time, or extent : up to whatever measure may be needed or desired (the falls can produce ~ quantity of water power) (could have seen him ~ time last week)  b : appreciably or at all large, pro-longed, or extended in amount, quantity, time, or extent — used with a preceding negative (could not endure it ~ length of time) (could not walk ~ distance without falling)

²any \'ₔ\ pron, pl any [ME any, eny fr. OE ǣnig, fr. ǣnig, adj.] 1 : one or more indiscriminately from all those of a kind: a : any person or persons : ANYBODY (asked if there were ~ present who had remembered) (~ of them could answer the question)  b : any thing or things : any part, quantity, or number (promised not to lose ~ of the books) (a scene as effective as ~ in modern drama) (no money and no prospect of ~)  2 now dial Eng : one of two : EITHER

³any \'ₔ\ adv [ME any, eny, fr. any, eny, adj.] : to any extent : in any degree : at all (he won't be ~ happier there) (he could not walk ~ farther) (you certainly aren't helping me ~)

an·yath·i·an \(')än'yathēən\ adj, usu cap [Burmese ān-ya·thā native of upper Burma + E -ian] : of or belonging to a lower Paleolithic culture of Burma and Thailand characterized by distinctive chopping tools

¹any·body \'enē,bädē, -(,)bədē, -ni...di\ pron [¹any + body] : a person out of an indefinite number : any person : ANY-ONE (is ~ home) (had forgotten to ask ~ to come)

²anybody \'ₔ\ n : a person of some importance (everybody who was ~ at all was at the dance)

anyhow \'ₔₔ,ₔ\ adv 1 a : in any manner whatever : ANYWISE (wheat may be sown almost ~ —Adrian Bell)  b : without order or arrangement : HAPHAZARDLY (untidy scrambles of bed linen . . . flung ~ over balustrades —Richard Llewellyn) 2 : in any case : at any rate : in any event (and ~ it was very much better for the generals to go on with the military operations —Sir Winston Churchill)

anymore \'ₔₔ'ₔ\ adv [³any + more] : at the present time : NOWADAYS, CURRENTLY, NOW — used only in a negative context (I am not lucky ~ —Ernest Hemingway) or a state-ment with negative implication (he rarely comes here ~) ex-cept in dial. (used to be I had to . . . carry my own whiskey out of the Hollow, but ~ I'm such a good customer they tote it up here . . . for me —Charley Robertson) (every time I even smile at a man ~ the papers have me practically married to him —Betty Grable)

any·one \'ₔₔ(,)wən\ pron [ME any on, eny on, fr. any, eny + on one] : any person indiscriminately : ANYBODY (~ on the lookout for good prose —J.W.Beach) (did ~ care for her opinion —Hugh Walpole)

anyplace \'ₔₔ,ₔ\ adv [¹any + place] : in any place : ANY-WHERE (wouldn't let you work ~ else —Edmund Wilson)

any-quantity rate n : a freight rate with the charge per unit the same regardless of the quantity offered for shipment — abbr. AQ

anys·ti·dae \ₔ'nistₔ,dē\ n pl, cap [NL, fr. Anystis, type genus + -idae] : a family of predatory mites having no median groove in the cephalothorax and the last joint of the first pair of legs not swollen though usu. long

¹any·thing \'enē,thiŋ, -ni,-, often -,thiŋ or -,thēŋ when another word follows without pause\ pron [ME anything, enything fr. OE ǣnig thing, fr. ǣnig any + thing] : any thing whatever