# Exhibit 31



*Second College Edition*

# THE
# AMERICAN
# HERITAGE
# DICTIONARY



Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

Copyright © 1982, 1985 by Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Permissions, Houghton Mifflin Company, 2 Park Street, Boston, MA 02108.

Library of Congress Cataloging in Publication Data
Main entry under title:
American Heritage dictionary.
    Rev. ed. of: American Heritage dictionary of the English language. New college ed. c1976.
    1. English language—Dictionaries.   I. Morris, William, 1913–
PE1625.A54   1982       423       82-9346
ISBN 0-395-32943-4
ISBN 0-395-32944-2 (thumb index)
ISBN 0-395-33959-6 (deluxe edition)

Manufactured in the United States of America

growths, usually elongated and branched, that characteristically grow on the heads of male deer and related animals. [ME *aunteler* < OFr. *antoillier*.] —**ant'lered** (ănt'lərd) *adj.*
**Ant·li·a** (ănt'lē-ə) *n.* A constellation in the Southern Hemisphere near Hydra and Vela. [Lat. *antlia*, pump < Gk. *antlos*, bucket.]
**ant lion** *n.* 1. Any insect of the family Myrmeleontidae, of which the adults resemble dragon flies. 2. The larva of the ant lion, which digs holes to trap ants and other insects for food.
**an·to·no·ma·sia** (ăn'tə-nō-mā'zhə) *n.* 1. The substitution of a title or epithet for a proper name, as in calling a king "His Majesty." 2. The substitution of a personal name for a common noun to designate a member of a group or class, as in calling a libertine a "Don Juan." [Lat. < Gk. *antonomazein*, to name instead : *anti-*, instead of + *onomazein*, to name < *onoma*, name.]
**an·to·nym** (ăn'tə-nĭm') *n.* A word having a meaning opposite to a meaning of another word: *The word "light" is an antonym of "dark."* [ANT(I)- + -ONYM.] —**an'to·nym'ic** (-nĭm'ĭk) *adj.* —**an·ton'y·mous** (ăn-tŏn'ə-məs) *adj.* —**an·ton'y·my** *n.*
**an·tre** (ăn'tər) *n.* A cavern or cave. [Fr. < Lat. *antrum*, cave.]
**an·trorse** (ăn'trôrs') *adj. Biol.* Directed forward and upward. [NLat. *antrorsus*, perh. < Lat. *anterior*, before. —see ANTERIOR.] —**an·trorse'ly** *adv.*
**an·trum** (ăn'trəm) *n., pl.* **-tra** (-trə). A cavity, usually in bone, esp. either of the sinuses in the upper jaw opening into the nose. [LLat., cavity < Lat., cave < Gk. *antron*.] —**an'tral** *adj.*
**A·nu·bis** (ə-noo'bĭs, ə-nyoo'-) *n. Myth.* A jackal-headed Egyptian god who conducted the dead to judgment. [Lat. < Gk. *Anoubis*, of Egypt. orig.]
**a·nu·ran** (ə-noor'ən, ə-nyoor'-) *adj.* Of or pertaining to frogs and toads. —*n.* A frog or toad. [NLat. *Anura*, order of frogs and toads : AN- + Gk. *oura*, tail.]
**an·u·re·sis** (ăn'yə-rē'sĭs) *n.* 1. Inability to urinate. 2. Anuria. [AN- + Gk. *ourēsis*, urination < *ourein*, to urinate < *ouron*, urine.] —**an'u·ret'ic** (-rĕt'ĭk) *adj.*
**a·nu·ri·a** (ə-noor'ē-ə, ə-nyoor'-) *n.* 1. The pathological condition characterized by failure to urinate. 2. Anuresis. —**a·nu'ric** (ə-noor'ĭk, ə-nyoor'-) *adj.*
**a·nu·rous** (ə-noor'əs, ə-nyoor'-) *adj.* Having no tail; tailless.
**a·nus** (ā'nəs) *n., pl.* **a·nus·es**. The excretory opening of the alimentary canal. [Lat.]
**an·vil** (ăn'vĭl) *n.* 1. A heavy block of iron or steel with a smooth, flat top on which metals are shaped by hammering. 2. The fixed jaw in a set of calipers against which the object to be measured is placed. 3. *Anat.* The incus. [ME *anvelt* < OE *anfilt*.]
**anx·i·e·ty** (ăng-zī'ĭ-tē) *n., pl.* **-ties**. 1 a. A state of uneasiness and distress about future uncertainties; apprehension; worry. b. A cause of such uneasiness; worry. 2. *Psychiat.* Intense fear or dread lacking an unambiguous cause or a specific threat. 3. Eagerness or earnestness, often marked by uneasiness. [Lat. *anxietas* < *anxius*, anxious.]
   *Synonyms: anxiety, worry, care, concern, solicitude.* These nouns express troubled states of mind. *Anxiety* suggests feelings of fear and concern detached from objective sources, feeding themselves, as it were. *Worry* implies persistent doubt or fear that produces strong mental agitation. *Care*, often in the plural, implies mental oppression of varying degree arising from heavy responsibilities. *Concern* has more to do with serious thought than with emotion, and stresses personal involvement in the source of mental unrest. *Solicitude* is active concern for the well-being of another person or persons.
**anx·ious** (ăngk'shəs, ăng'shəs) *adj.* 1 a. Worried and distressed about some uncertain event or matter; uneasy. b. Attended with, showing, or causing such worry. 2. Eagerly or earnestly desirous. [Lat. *anxius* < *angere*, to torment.] —**anx'ious·ly** *adv.* —**anx'ious·ness** *n.*
   *Usage: Anxious* has a long history of use in America as a synonym for *eager*, but many insist that the distinction between the two words should be maintained and that *anxious* should be used only when its subject is apprehensive or concerned about the event anticipated. *I was anxious to get home before it rained*, but *I was eager* (not *anxious*) *to get home and have a nice dinner.*
**an·y** (ĕn'ē) *adj.* 1. One or some, regardless of kind, quantity, or number: *Take any book you want. Are there any messages for me?* 2. a. One or another selected at random: *Any child would do the same.* b. One or another without restriction or exception: *will accept any suggestion offered.* 3. The whole amount of; all: *will turn over any profit to charity.* 4. An indeterminate number or amount: *Is there any soda?* —*pron.* 1. Any one or ones among three or more. 2. Any quantity or part. —*adv.* To any degree or extent; at all: *didn't feel any better.* —See Usage note at **everyone**. [ME *ani* < OE *ænig*.]
   *Usage:* The phrase *of any* is often used in informal contexts to mean "of all," as in *He is the best of any living authority on the subject.* A majority of the Usage Panel finds this construction unacceptable. *Any* is used to mean "at all" before a comparative adjective: *Is she any better? He is not any friendlier than before.* This use is entirely proper, but the related use of *any* all by itself to mean "at all" is considered informal. In writing, one should avoid sentences like *it didn't hurt any* or *if the child cries any, give her the bottle.*
**an·y·bod·y** (ĕn'ē-bŏd'ē, -bŭd'-ē) *pron.* Anyone. —*n.* A person of some consequence: *everybody who is anybody.* —See Usage note at **everyone**.
**an·y·how** (ĕn'ē-hou') *adv.* 1. In any way or by any means whatever; at all. 2. In any case. 3. Carelessly; neglectfully.
**an·y·more** (ĕn'ē-môr', -mōr') *adv.* 1. At the present; from now on: *mustn't talk anymore.* 2. *Regional.* Nowadays.
   *Usage:* In many dialects of American English, *anymore* is used to mean "nowadays," as in *the downtown garages are crowded anymore* or, sometimes, *anymore, she works a twelve-hour day.* This use is apt to confuse speakers who are not familiar with it and is not sufficiently well established to be acceptable in written prose.
**an·y·one** (ĕn'ē-wŭn', -wən) *pron.* Anybody; any person.
   *Usage:* The one-word form *anyone* is used to mean "whatsoever person or persons." The two-word form *any one* is used to mean "whatever one (person or thing) of a group." *Anyone may join* means admission is open to everybody. *Any one may join* means admission is open to one person only. When followed by *of*, only *any one* can be used: *Any one* (not *anyone*) *of the boys could carry it by himself. Anyone* is often used in place of *everyone* in sentences like *She is the most thrifty person of anyone I know.* Such usage is unacceptable in formal writing to a majority of the Usage Panel.
**an·y·place** (ĕn'ē-plās') *adv.* To, in, or at any place; anywhere.
**an·y·thing** (ĕn'ē-thĭng') *pron.* Any object, occurrence, or matter whatever. —*adv.* To any degree or extent; at all. —**idiom. anything but.** By no means; not at all.
**an·y·time** (ĕn'ē-tīm') *adv.* At any time.
**an·y·way** (ĕn'ē-wā') *adv.* Nevertheless; at any rate; anyhow.
**an·y·ways** (ĕn'ē-wāz') *adv. Nonstandard.* Anyway.
**an·y·where** (ĕn'ē-hwâr', -wâr') *adv.* 1. To, in, or at any place. 2. To any extent or degree; at all.
**an·y·wise** (ĕn'ē-wīz') *adv.* In any way or manner.
**An·zac** (ăn'zăk') *n.* A soldier who is from New Zealand or Australia. [A(USTRALIAN AND) N(EW) Z(EALAND) A(RMY) C(ORPS).]
**A-O-K** also **A-O-kay** (ā'ō-kā') *adj. & adv. Informal.* Perfectly OK.
**A-one** also **A-1** (ā'wŭn') *adj.* 1. *Informal.* First-class; excellent; splendid. 2. Having a hull and equipment in the best condition, as a ship.
**a·o·rist** (ā'ər-ĭst) *n. Gram.* A verb tense originally used in classical Greek that usually denotes past action without indicating completion, continuation, or repetition of this action. —*adj.* Of or in the aorist. [< Gk. *aoristos*, indefinite : *a-*, not + *horistos*, definable < *horizein*, to define < *horos*, boundary.] —**a'o·ris'tic** *adj.* —**a'o·ris'ti·cal·ly** *adv.*
**a·or·ta** (ā-ôr'tə) *n., pl.* **-tas** or **-tae** (-tē). *Anat.* The main trunk of the systemic arteries, carrying blood from the left side of the heart to the arteries of all limbs and organs except the lungs. [NLat. < Gk. *aortē* < *aeirein*, to lift.] —**a·or'tal, a·or'tic** *adj.*
**a·ou·dad** (ä'oo-dăd', ou'dăd') *n.* A wild sheep, *Ammotragus lervia*, of northern Africa, having long, curved horns and a beardlike growth of hair on the neck and chest. [Fr. < Berber *audad*.]
**ap-¹** *pref.* Variant of **ad-**. Used before *p*.
**ap-²** *pref.* Variant of **apo-**.
**a·pace** (ə-pās') *adv.* At a rapid pace; swiftly. [ME *apas* < OFr. *à pas* : *à*, to (< Lat. *ad*) + *pas*, step. —see PACE.]
**a·pache** (ə-păsh') *n., pl.* **a·paches** (ə-păsh'). A member of the Parisian underworld. [Fr. < *Apache*, Apache Indian.]
**A·pach·e** (ə-păch'ē) *n., pl.* **Apache** or **-es**. 1. A formerly nomadic tribe of North American Indians inhabiting the southwestern United States and northern Mexico. 2. A member of the Apache. 3. Any of the Athapascan languages of the Apache. [Mex. Sp., prob. < Zuñi *Apachu*, enemy.]
**ap·a·nage** (ăp'ə-nĭj) *n.* Variant of **appanage**.
**ap·a·re·jo** (ăp'ə-rā'hō, -rā'ō) *n., pl.* **-jos**. *Southwestern U.S.* A packsaddle made of a stuffed leather pad. [Mex. Sp. < Sp., equipment < *aparejar*, to prepare.]
**a·part** (ə-pärt') *adv.* 1. a. In pieces. b. To pieces. 2. a. Separately or at a distance in time, place, or position: *trees ten feet apart.* b. To one side; aside. 3. One from another. 4. Separately or aside for a particular function or purpose. 5. Considered or viewed separately. 6. Excepted or excluded from consideration; aside. —*adj.* Set apart; isolated. Used after a noun or in the predicate: *a race apart.* [ME < OFr. *à part*, to the side : *à*, to (< Lat. *ad*) + *part*, side < Lat. *pars*.]
**apart from** *prep.* With the exception of; besides.
**a·part·heid** (ə-pärt'hīt', -hāt') *n.* An official policy of racial segregation promulgated in the Republic of South Africa. [Afr. : Du. *apart*, separate < Fr. *à part*, apart + *-heid*, -hood.]
**a·part·ment** (ə-pärt'mənt) *n.* 1. A room or suite of rooms designed for housekeeping and generally located in a building occupied by more than one household. 2. A room. [Fr. *appartement* < Ital. *appartamento* < *appartare*, to separate < *a parte*, apart : *a*, to (< Lat. *ad*) + *parte*, side < Lat. *pars*.]
**apartment house** *n.* A building divided into apartments; apartment building.



anvil



aorta
A. Celiac artery
B. Superior mesenteric artery
C. Renal arteries
D. Spermatic artery
E. Inferior mesenteric artery



aoudad