THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
*Western Division*

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, | CIVIL ACTION NO. C-1-02-393 |
| Plaintiff/Counterclaim-Defendant, | Judge Walter Herbert Rice |
| v. | Magistrate Judge Sharon Ovington |
| THE COCA-COLA COMPANY, | |
| Defendant/Counterclaim-Plaintiff. | |

**ORDER**

**[Document Number 67]**

For good cause shown, Plaintiff The Procter & Gamble Company's Motion for Leave to File Answering Claim Construction Brief in Excess of Twenty Pages is hereby GRANTED.

**SO ORDERED.**

_2-6-04_
Date

_/s/ Walter Herbert Rice_
Hon. Walter Herbert Rice