IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
*Western Division*

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, | CIVIL ACTION NO. C-1-02-393 |
| Plaintiff, | |
| | Hon. Walter Herbert Rice |
| v. | Hon. Sharon L. Ovington (Magistrate) |
| THE COCA-COLA COMPANY, | |
| Defendant. | |

**JOINT MOTION AND
PROPOSED SCHEDULING ORDER**

Plaintiff The Procter & Gamble Company and Defendant The Coca-Cola Company hereby respectfully submit the following proposed Scheduling Order for the Court's consideration and review. The following new schedule is being advanced in view of the recent rescheduling of the claim construction hearing from February 19, 2004 to April 7, 2004.

| | |
|---|---|
| Hearing on claim construction | Wednesday April 7, 2004 |
| Primary Damages Expert reports due | Friday May 7, 2004 |
| Rebuttal Damages Expert reports due | Friday June 4, 2004 |
| Damages Expert Discovery Cut-off | Friday July 2, 2004 |
| Dispositive motions due | Tuesday July 27, 2004 |
| Deadline for disclosure of witnesses pursuant to Fed. R. Civ. P. 26(a)(3)(A) | Thursday September 2, 2004 |
| Responses to Requests For Admissions due | Thursday September 9, 2004 |

| | |
|---|---|
| Joint Final Pretrial Order by parties to be filed no later than | Friday October 1, 2004 |
| Trial exhibits to be exchanged by | Friday October 15, 2004 |
| Final Pretrial Conference | Thursday October 28, 2004 |
| Trial | Monday November 8, 2004 |

Pursuant to Local Rule 7.3, the parties certify that they have conferred regarding this Motion and have agreed to the relief requested herein.

Respectfully submitted,

| Attorneys for the Plaintiff  The Procter & Gamble Company | Attorneys for the Defendant  The Coca-Cola Company |
|---|---|
| /s/ Vinita Ferrera  Mark A. Vander Laan (Ohio Bar #0013297)  Dinsmore & Shohl LLP  1900 Chemed Center  255 East Fifth Street  Cincinnati, OH 45202-3172  (513) 977-8200 | /s/ Robert L. Burns  Roger J. Makley (Ohio Bar # 0018702)  Coolidge, Wall, Womsley & Lombard  Suite 600  33 West First Street  Dayton, OH 45402-1289  (937) 223-8177 |
| William F. Lee  David B. Bassett  Vinita Ferrera  Hale and Dorr LLP  60 State Street  Boston, MA 02109  (617) 526-6000 | Donald R. Dunner  Gerald F. Ivey  Christopher P. Isaac  Robert L. Burns  Finnegan, Henderson, Farabow, Garrett & Dunner, LLP  1300 I Street, N.W.  Washington, D.C. 20005-3315  (202) 408-4000 |

Dated: March 16, 2004

Date: _____          FOR THE COURT:

                                      _____