IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

4 hrs. 5 mins.

## CIVIL MINUTES

CASE NUMBER: 1:02-CV-393

CASE CAPTION: Proctor & Gamble Co. vs. Coca Cola Co.

PROCEEDINGS: Markman/Claims Construction Hearing

BEFORE UNITED STATES DISTRICT JUDGE WALTER H. RICE

COURT REPORTER: Monna McCormick   Courtroom Deputy: Kyla Krauschar

PLAINTIFF(S) COUNSEL:
1. William F. Lee
2. David Bassett
3. Vinita Ferrera
4. Mark VanderLaan

DEFENDANT(S) COUNSEL
1. Donald R. Dunner
2. Robert Burns
3. Chris Isaac
4. Gerald Ivey
5. Roger Taksey

Notes:
Markman/Claims Construction Hearing

DOCKET ENTRY/ORDERS: Hearing held 4-7-04 before Judge Walter H. Rice; argument held on claim construction; court takes under advisement; a decision will issue in writing.

AO 72A
(Rev. 8/82)

Case No. 1:02-CV-393   Date 4-7-04

Case Name P&G Co vs. Coca Cola Co   Page 1

Ct. Rptr. Donna McCormick   Ctrm. Deputy Karla Evans-Clark

| Pltf. | | Deft. | | Exh | Item | Atty | Exam | Time |
|---|---|---|---|---|---|---|---|---|
| No. | Id. | No. | Id. | | | | | |
| | | | | | | | Court | 9:03 |
| | | | | | Background of Patent; | Wm. Lee | | 9:04 |
| | | | | | Legal Issues | | | |
| | | | | | (PowerPoint presentation) | | | |
| | | | | | (w/ Exhibit Book) | | recess | 10:03 |
| | | | | | | | reconvene | 10:17 |
| | | | | | Coca Cola's Presentation | Donald Dunner | | 10:17 |
| | | | | | (Exhibit Book) | | | |
| | | | | | | | Court | 11:41 |
| | | | | | rebuttal reply | Wm. Lee | | 11:42 |
| | | | | | | | recess | 11:56 |
| | | | | | | | reconvene | 1:34 |
| | | | | | cont. reply | Wm. Lee | | 1:34 |
| | | | | | ref. Doc. #64 Exh. 9 (filed 1-16-04) | | | |
| | | | | | Appendix to P&G Co's | | | |
| | | | | | Opening Claim Construction Brief | | | |
| | | | | | further comments | Donald Dunner | | 1:57 |
| | | | | | final comments | Wm. Lee | | 2:15 |
| | | | | | | | recess | 2:20 |