UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
*Western Division*

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, | )<br>)<br>) |
| Plaintiff/Counterclaim-Defendant, | )<br>)<br>) |
| v. | ) CIVIL ACTION NO. C-1-02-393 |
| THE COCA-COLA COMPANY, | ) Chief Judge Walter Herbert Rice<br>) Hon. Sharon L. Ovington (Magistrate) |
| Defendant/Counterclaim-Plaintiff. | )<br>)<br>) |

**NOTICE OF CHANGE OF FIRM NAME**

PLEASE TAKE NOTICE THAT effective May 31, 2004 Hale and Dorr LLP merged with Wilmer Cutler Pickering LLP. The new Firm's name is Wilmer Cutler Pickering Hale and Dorr LLP. The address and telephone numbers of the attorneys from the Firm who are admitted *pro hac vice* in this case remain the same. Their email addresses, however, have changed to: william.lee@wilmerhale.com; david.bassett@wilmerhale.com; vinita.ferrera@wilmerhale.com; maryrose.scozzafava@wilmerhale.com; richard.o'neill@wilmerhale.com; and benjamin.stern@wilmerhale.com.

Respectfully submitted,

**THE PROCTER & GAMBLE COMPANY**

By its attorneys,


/s/ Mark A. Vander Laan
Mark Vander Laan
Trial Attorney (Reg. No. 0013297)
Dinsmore & Shohl LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH  45202-3172
(513) 977-8200

William F. Lee (admitted *pro hac vice*)
David B. Bassett (admitted *pro hac vice*)
Vinita Ferrera (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts  02109
(617) 526-6000

Dated:  June 2 2004


### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing will be electronically served via the Court's CM/ECF Electronic Filing System upon all counsel of record this 2nd day of June, 2004.

/s/ Mark A. Vander Laan

BOSTON 1920031v1