IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY,<br><br>Plaintiff/Counterclaim-Defendant<br><br>v.<br><br>THE COCA-COLA COMPANY,<br><br>Defendant/Counterclaim-Plaintiff. | Civil Action No.: C-1-02-393<br><br>Hon. Walter Herbert Rice |

**JOINT MOTION TO EXTEND SCHEDULE**

The parties respectfully request that the Court reschedule the due date for filing motions for summary judgment, and adjust all other deadlines accordingly. Presently, pursuant to the Court's Notation Order of March 27, 2004, motions for summary judgment are due on July 27, 2004. Because any summary judgment motion that the parties may file is contingent on this Court's claim construction decision, the parties respectfully request that the Court reschedule the present due date to 30 days following the issuance of the Court's decision on claim construction. The parties further request that all subsequent case deadlines be adjusted accordingly. Restructuring the schedule in this manner will serve to more efficiently utilize the resources of both the Court and the parties.

|  |  |
|---|---|
|  | Respectfully submitted, |
| THE PROCTER & GAMBLE COMPANY | THE COCA-COLA COMPANY |
| By its attorneys, | By its attorneys, |
| /s/ Vinita Ferrera | /s/ Robert L. Burns |
| William F. Lee (admitted pro hac vice) | Donald R. Dunner (admitted pro hac vice) |
| David B. Bassett (admitted pro hac vice) | Gerald F. Ivey (admitted pro hac vice) |
| Vinita Ferrera (admitted pro hac vice) | Christopher P. Isaac (admitted pro hac vice) |
| Wilmer Cutler Pickering Hale and Dorr LLP | Robert L. Burns (admitted pro hac vice) |
| 60 State Street | Finnegan, Henderson, Farabow, Garrett |
| Boston, Massachusetts 02109 | & Dunner, L.L.P. |
| (617) 526-6000 | 1300 I Street, N.W. |
| vinita.ferrera@wilmerhale.com | Washington, D.C. 20005 |
|  | (202) 408-4000 |
|  | robert.burns@finnegan.com |
| Mark A. Vander Laan (Reg. No. 0013297) | Roger J. Makley (Reg. No. 0018702) |
| Dinsmore & Shohl LLP | Coolidge, Wall, Womsley & |
| 1900 Chemed Center | Lombard Co., P.A. |
| 255 East Fifth Street | 33 West First Street, Suite 600 |
| Cincinnati, OH 45202-3172 | Dayton, OH 45402 |
| (513) 977-8200 | (937) 223-8177 |

Dated: July 27, 2004

SO ORDERED:

_____    7-29-04
Hon. Walter Herbert Rice          Date