IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
*Western Division*

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE COCA-COLA COMPANY, ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION NO. C-1-02-393 <br><br> Hon. Walter Herbert Rice (Chief Judge) <br> Hon. Sharon L. Ovington (Magistrate) |

### THE COCA-COLA COMPANY'S UNOPPOSED MOTION FOR A ONE DAY ENLARGEMENT OF TIME TO FILE A REPLY TO THE PROCTER & GAMBLE COMPANY'S OPPOSITION TO THE COCA-COLA COMPANY'S MOTION FOR "CLARIFICATION" OF STATUS OF P&G'S MOTION FOR LEAVE TO FILE A <u>SECOND AMENDED COMPLAINT</u>

The Coca-Cola Company ("Coca-Cola"), through counsel, respectfully moves for a one day enlargement of time to file a Reply to The Procter & Gamble Company's ("P&G") Opposition to Coca-Cola's Motion for Clarification of the Status of P&G's Motion for Leave to File a Second Amended Complaint. This is Coca-Cola's first request for an enlargement of time to respond to P&G's Opposition. Pursuant to the Local Rules, Counsel for Coca-Cola have consulted with counsel for P&G and believe that P&G does not oppose this motion. A proposed Order is attached.

Dated: September 15, 2004

**Of Counsel:**

Donald R. Dunner, Esq.
Gerald F. Ivey, Esq.
Christopher P. Isaac, Esq.
Robert L. Burns, Esq.
Christopher W. Day, Esq.
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
1300 I Street, N.W., Suite 700
Washington, DC 20005-3315
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Michael J. Kline, Esq.
Michael V. Kruljac, Esq.
THE COCA-COLA COMPANY
P.O. Box 1734
Atlanta, GA 30301
Telephone: (404) 676-3162
Facsimile: (404) 676-7636

Respectfully submitted,

/s/ Roger J. Makley
  Roger J. Makley
  Trial Attorney (Reg. No. 0018702)
  COOLIDGE, WALL, WOMSLEY &
    LOMBARD CO., L.P.A.
  33 West First Street, Suite 600
  Dayton, OH 45402
  Telephone: (937) 223-8177
  Facsimile: (937) 223-6705
  E-mail: makley@coollaw.com

COUNSEL FOR DEFENDANT AND
COUNTERCLAIM-PLAINTIFF
THE COCA-COLA COMPANY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
*Western Division*

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE COCA-COLA COMPANY, ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION NO. C-1-02-393 <br><br> Hon. Walter Herbert Rice (Chief Judge) <br> Hon. Sharon L. Ovington (Magistrate) |

## **PROPOSED ORDER**

Upon consideration of The Coca-Cola Company's Unopposed Motion for Enlargement of Time, it is

ORDERED that the motion is GRANTED, and Defendant, The Coca-Cola Company's time for filing its response brief is extended from September 14, 2004 to September 15, 2004.


Date: _____        FOR THE COURT: _____

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of THE COCA-COLA COMPANY'S UNOPPOSED MOTION FOR A ONE DAY ENLARGEMENT OF TIME TO FILE A REPLY TO THE PROCTER & GAMBLE COMPANY'S OPPOSITION TO THE COCA-COLA COMPANY'S MOTION FOR "CLARIFICATION" OF STATUS OF P&G'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT and PROPOSED ORDER was served on this 15th day of September, 2004, via Facsimile to Plaintiff's counsel:

| | |
|---|---|
| Mark A. Vander Laan<br>Dinsmore & Shohl L.L.P.<br>1900 Chemed Center<br>255 East Fifth Street<br>Cincinnati, Ohio 45202-3172<br>(513) 977-8200 | William F. Lee<br>David B. Bassett<br>Vinita Ferrera<br>Wilmer, Cutler, Pickering,<br>Hale and Dorr LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>(617) 526-6000 |

/s/ Robert L. Burns
Robert L. Burns