# Exhibit A

# WILMER CUTLER PICKERING
# HALE AND DORR LLP

August 6, 2004

By Facsimile and First Class Mail

James Galbraith
Kenyon & Kenyon
One Broadway
New York, New York 10004

Vinita Ferrera

60 STATE STREET
BOSTON, MA 02109
+1 617 526 6208
+1 617 526 5000 fax
vinita.ferrera@wilmerhale.com

Re: The Procter & Gamble Co. v. The Coca-Cola Co.
Civ.A.No. 02-1-393 (S.D. Ohio)

Dear James:

I am writing concerning a subpoena for documents and a deposition that we served ton Kenyon & Kenyon on September 23, 2003. I have attached a copy of the subpoena for your reference. At the time we served the subpoena, the Court had not ruled on P&G's motion to amend the pleadings to file a Second Amended Complaint. According to your September 25, 2003 letter, you declined to respond to the subpoena unless and until the Court ruled in P&G's favor.

As you may know, the Court has now granted P&G's motion to amend the pleadings and allowed P&G's Second Amended Complaint. Please inform me as soon as possible when Kenyon & Kenyon will produce the documents that P&G requested and make a witness available for a deposition.

Very truly yours,

Vinita Ferrera

VF:bms

cc: Robert Burns, Esq.

BALTIMORE   BERLIN   BOSTON   BRUSSELS   LONDON   MUNICH
NEW YORK   NORTHERN VIRGINIA   OXFORD   PRINCETON   WALTHAM   WASHINGTON