# Exhibit B

# United States Court of Appeals for the Federal Circuit

01-1357, -1376, 02-1221, -1256

KNORR-BREMSE SYSTEME FUER NUTZFAHRZEUGE GMBH,

                              Plaintiff-Cross Appellant,

v.

DANA CORPORATION,

                              Defendant-Appellant,

and

HALDEX BRAKE PRODUCTS CORPORATION,
and HALDEX BRAKE PRODUCTS AB,

                              Defendants-Appellants.

    Jeffrey D. Sanok, Crowell & Moring L.L.P., of Washington, DC, argued for plaintiff-cross appellant. With him on the brief were Michael I. Coe, Herbert I. Cantor and Karen Canaan. Of counsel were John C. Lenahan, Edward R. Murray and Clifton Elgarten.

    Ellen A. Efros, Rader, Fishman & Grauer, PLLC, of Washington, DC, for defendant-appellant Dana Corporation, joined in the brief of Haldex Brake Products AB, et al.

    Stanley H. Lieberstein, St. Onge Steward Johnston & Reens, LLC, of Stamford, Connecticut, argued for defendants-appellants Haldex Brake Products AB and Haldex Brake Products Corporation; and defendant-appellant Dana Corporation. With him on the brief for Haldex were Wesley W. Whitmyer, Jr. and Richard J. Basile. Of counsel were James P. Jeffry, Michael G. Gabriel, and David W. Aldrich.

    Ralph P. Albrecht, Venable LLP, of Washington, DC, for amicus curiae Bar Association of the District of Columbia - Patent, Trademark & Copyright Section. With him on the brief was Lynn E. Eccleston, The Eccleston Law Firm, of Washington, DC.

    Norman L. Balmer, Washington & Lee University School of Law, of Lexington, Virginia, for amicus curiae Lexington Patent Policy Group.

    Nicholas M. Cannella, Fitzpatrick, Cella, Harper & Scinto, of New York, New York, for amicus curiae New York Intellectual Property Law Association. With him on

the brief was <u>F. Christopher Mizzo</u>. Of counsel on the brief was <u>Melvin C. Garner</u>, Darby & Darby P.C., of New York, New York.

<u>Donald S. Chisum</u>, Morrison & Foerster LLP, of Palo Alto, California, for amici curiae BEA Systems, Inc. and Novell, Inc. With him on the brief was <u>Emily A. Evans</u>. Of counsel were <u>Michael A. Jacobs</u> and <u>Alison M. Tucher</u>, of San Francisco, California.

<u>Donald R. Dunner</u>, Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., of Washington, DC, for amicus curiae American Intellectual Property Law Association. With him on the brief was <u>Jeffrey I.D. Lewis</u>, Patterson, Belknap, Webb & Tyler, LLP, of New York, New York. Also on the brief was <u>David G. Conlin</u>, Edwards & Angell, LLP, of Boston, Massachusetts.

<u>George E. Hutchinson</u>, Executive Director, Federal Circuit Bar Association, of Washington, DC, for amicus curiae Federal Circuit Bar Association. With him on the brief was <u>Robert L. Baechtold</u>, Fitzpatrick, Cella, Harper & Scinto, of New York, New York.

<u>Jerold A. Jacover</u>, Brinks Hofer Gilson & Lione, of Chicago, Illinois, for amicus curiae The City of Chicago. With him on the brief were <u>Roy E. Hofer</u>, <u>Thomas J. Filarski</u>, <u>Meredith Martin Addy</u> and <u>Janet A. Pioli</u>.

<u>Kelly L. Morron</u>, Chadbourne & Parke LLP, of New York, New York, for amicus curiae The Association of the Bar of the City of New York. With him on the brief was <u>Peter A. Sullivan</u>, Hughes Hubbard & Reed LLP, of New York, New York.

<u>Steven L. Friedman</u>, Dilworth Paxson LLP, of Philadelphia, Pennsylvania, for amicus curiae Securities Industry Association.

<u>Ronald E. Myrick</u>, Chair, Amicus Brief Committee, Intellectual Property Owners Association, of Washington, DC, for amicus curiae Intellectual Property Owners Association. With him on the brief were <u>Paul H. Berghoff</u> and <u>Joshua R. Rich</u>, McDonnell Boehnen Hulbert & Berghoff, of Chicago, Illinois. Of counsel was <u>Herbert C. Wamsley</u>, Intellectual Property Owners Association, of Washington, DC.

<u>Frank E. Scherkenbach</u>, Fish & Richardson P.C., of Boston, Massachusetts, for amicus curiae Microsoft Corporation. With him on the brief were <u>John A. Dragseth</u>, of Minneapolis, Minnesota; and <u>Jennifer K. Bush</u>, of San Diego, California.

<u>Steven C. Sereboff</u>, SoCal IP Law Group, of Westlake Village, California, for amicus curiae Conejo Valley Bar Association. With him on the brief was <u>Karol M. Pessin</u>.

<u>Edward R. Reines</u>, Weil, Gotshal & Manges LLP, of Redwood Shores, California, for amici curiae United States Council for International Business, et al. With him on the brief were <u>Matthew D. Powers</u> and <u>Steven C. Carlson</u>.

    <u>Elizabeth H. Rader</u>, Center for Internet & Society, Stanford Law School, of Stanford, California, for amicus curiae Public Patent Foundation. With her on the brief was <u>Daniel B. Ravicher</u>, Executive Director, Public Patent Foundation, of New York, New York.

    <u>Philip T. Petti</u>, Fitch, Even, Tabin & Flannery, of Chicago, Illinois, for amicus curiae The Association of Patent Law Firms. With him on the brief was <u>G. Paul Edgell</u>.

    <u>Mitchell G. Stockwell</u>, Kilpatrick Stockton LLP, of Atlanta, Georgia, for amicus curiae Association of Corporate Counsel. With him on the brief was <u>Cynthia B. Rothschild</u>, of Winston-Salem, North Carolina.

    <u>Joshua D. Sarnoff</u>, Glushko-Samuelson Intellectual Property Law Clinic, Washington College of Law, American University, of Washington, DC, for amicus curiae Public Knowledge.

    <u>Brian P. Barrett</u>, Eli Lilly and Company, of Indianapolis, Indiana, for amicus curiae Biotechnology Industry Organization. With him on the brief was <u>Thomas S. Borecki</u>, Baxter Healthcare Corporation, of Deerfield, Illinois.

    <u>Joel W. Nomkin</u>, Brown & Bain, P.A., of Phoenix, Arizona, for amicus curiae Semiconductor Industry Association.

    <u>William A. Rakoczy</u>, Lord, Bissell & Brook LLP, of Chicago, Illinois, for amicus curiae Generic Pharmaceutical Association. With him on the brief was <u>Hugh S. Balsam</u>.

    <u>L.J. Chris Martiniak</u>, Heller Ehrman White & McAuliffe LLP, of San Francisco, California, for amici curiae Computer Associates International, Inc., et al.

    <u>Dennis W. Archer</u>, President, American Bar Association, of Chicago, Illinois, for amicus curiae American Bar Association. With him on the brief were <u>Richard P. Beem</u> and <u>Joseph N Welch II</u>.

    <u>L. Gene Spears</u>, Baker Botts, L.L.P., of Houston, Texas, for amicus curiae Houston Intellectual Property Law Association.

    <u>John E. Peterson</u>, Paul, Hastings, Janofsky & Walker, LLP, of San Diego, California, for amicus curiae San Diego Intellectual Property Law Association. With him on the brief were <u>Douglas E. Olson</u> and <u>Howard N. Wisnia</u>.

Appealed from: United States District Court for the Eastern District of Virginia

Judge T. S. Ellis, III