IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, ) | |
| ) | |
| Plaintiff/Counterclaim-Defendant, ) | Civil Action No.: C-1-02-393 |
| ) | Judge Walter H. Rice |
| vs. ) | Magistrate Judge Sharon Ovington |
| ) | |
| THE COCA-COLA COMPANY, ) | |
| ) | **In Re: Document No. 84** |
| Defendant/Counterclaim-Plaintiff. ) | |

**ORDER**

Upon consideration of The Procter & Gamble Company's Motion To File Materials Under Seal pursuant to Local Rule 79.3 and the Stipulation And Protective Order the Court entered on March 18, 2003, and for good cause shown, it is this 5th day of January, 2005.

**ORDERED** that the Motion be and hereby is granted.

　　　　　　　　　　　　　　　　  /S/ WALTER HERBERT RICE
　　　　　　　　　　　　　　　　Hon. Walter H. Rice
　　　　　　　　　　　　　　　United States District Court Judge