## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### *WESTERN DIVISION*

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. C-1-02-393 |
| v. ) | |
| ) | Hon. Walter Herbert Rice |
| THE COCA-COLA COMPANY, ) | Hon. Sharon L. Ovington (Magistrate) |
| Defendant. ) | |

### NOTICE OF CHANGE OF ADDRESS

I, Roger J. Makley, of the law firm of Coolidge, Wall, Womsley & Lombard, Co. L.P.A., hereby advise the Court that effective January 18, 2005, the address for counsel Donald R. Dunner, Gerald F. Ivey, and Christopher W. Day has changed and now is as follows:

> Donald R. Dunner
> Gerald F. Ivey
> Christopher W. Day
> Finnegan, Henderson, Farabow,
>  Garrett & Dunner, L.L.P.
> 901 New York Ave., N.W.
> Washington, D.C. 20001-4413
> Telephone: (202) 408-4000
> Facsimile: (202) 408-4400

All telephone, fax, and e-mail contact information for these counsel remains the same.

The address and contact information for all other counsel for Defendant, The Coca-Cola Company, has not changed.

PDF created with pdfFactory trial version www.pdffactory.com

Dated: January 25, 2005

Of Counsel:

Donald R. Dunner, Esq.
Gerald F. Ivey, Esq.
Christopher W. Day, Esq.
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Christopher P. Isaac, Esq.
Robert L. Burns, Esq.
Michele L. Mayberry, Esq.
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190-5675
Telephone: (571) 203-2700
Facsimile: (202) 408-4400

Michael J. Kline, Esq.
Michael V. Kruljac, Esq.
The Coca-Cola Company
P.O. Box 1734
Atlanta, GA 30301
Telephone: (404) 676-3162
Facsimile: (404) 676-7636

Respectfully submitted,

THE COCA-COLA COMPANY


  /s/ Roger J. Makley
Roger J. Makley (0018702)
COOLIDGE, WALL, WOMSLEY &
LOMBARD CO., L.P.A.
33 West First Street, Suite 600
Dayton, Ohio 45402
Telephone: (937) 223-8177
Facsimile: (937) 223-6705
E-mail: makley@coollaw.com

ATTORNEYS FOR DEFENDANT
THE COCA-COLA COMPANY

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 25, 2005, a copy of the foregoing NOTICE OF CHANGE OF ADDRESS was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's CM/ECF and copies will be mailed via U.S. Mail to those parties to whom electronic notice has not been sent.  Parties may access the filing through the Court's system.


                                                                   /s/ Roger J. Makley_____
                                                                 Roger J. Makley

*S:\WDOX\CLIENT\005634\00376\00213683.DOC*

PDF created with pdfFactory trial version www.pdffactory.com