IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE COCA-COLA COMPANY, )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. C-1-02-393<br><br>Hon. Walter Herbert Rice<br>Hon. Sharon L. Ovington (Magistrate) |

### ORDER

Upon consideration of The Coca-Cola Company's ("Coca-Cola") Motion for Enlargement of Time to Respond to The Procter & Gamble Company's ("P&G") Motion for Partial Summary Judgment on The Coca-Cola Company's Defense of Equitable Estoppel, it is ORDERED that the Motion is GRANTED, and Defendant, The Coca-Cola Company, time for responding to The Procter & Gamble Company's ("P&G") Motion for Partial Summary Judgment on The Coca-Cola Company's Defense of Equitable Estoppel is extended until 30 days following the issuance of the Court's decision on claim construction or in the alternative until April 20, 2005.

Dated: January 24, 2005

_____
The Honorable Walter H. Rice
United States District Court Judge

Respectfully submitted,

THE COCA-COLA COMPANY and
COCA-COLA ENTERPRISES, INC.

By <u>s/Roger J. Makley</u>
    Roger J. Makley (0018702)
    Trial Attorney
    33 West First Street, Suite 600
    Dayton, Ohio 45402
    Telephone: (937) 223-8177
    Facsimile: (937) 223-6705
    E-mail: makley@coollaw.com

TRIAL COUNSEL FOR DEFENDANT
THE COCA-COLA COMPANY

<u>Of Counsel</u>:

Donald R. Dunner, Esq.
Gerald F. Ivey, Esq.
Christopher P. Isaac, Esq.
Robert L. Burns, Esq.
Christopher W. Day, Esq.
Michele L. Mayberry, Esq.
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
1300 I Street, N.W., Suite 700
Washington, D.C. 20005-3315
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Michael J. Kline, Esq.
Michael V. Kruljac, Esq.
The Coca-Cola Company
P.O. Box 1734
Atlanta, GA 30301
Telephone: (404) 676-3162
Facsimile: (404) 676-7636

*H:\DOCS\New Folder\00213100.doc*