IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
*Western Division*

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, ) <br> ) <br> Plaintiff/Counterclaim- ) <br> Defendant, ) <br> ) <br> v. ) <br> ) <br> THE COCA-COLA COMPANY, ) <br> ) <br> Defendant/Counterclaim- ) <br> Plaintiff. ) | CIVIL ACTION NO. C-1-02-393 <br><br> Hon. Walter Herbert Rice <br> Hon. Sharon L. Ovington (Magistrate) |

**THE COCA-COLA COMPANY'S MOTION FOR LEAVE TO FILE LIMITED REPLY TO THE PROCTER & GAMBLE COMPANY'S RESPONSE IN FURTHER SUPPORT OF ITS MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

The Coca-Cola Company ("Coca-Cola"), through counsel, respectfully moves this Honorable Court for leave to file its Limited Reply to The Procter & Gamble Company's ("P&G") Response in Further Support of its Motion for Leave to File Second Amended Complaint, on the limited issue of the impact of the *Knorr-Bremse Systeme Fuer Nutzfahrzeuge GMBH v. Dana Corp.*[1] decision.

In support thereof, Coca-Cola states the following:

1. P&G's response purports to apply the holding of *Knorr-Bremse* in support of leave to file the second amended complaint, but misstates the substance and scope of the Federal Circuit's opinion.

2. In offering this Response, Coca-Cola limits its points to matters on which it has not had a previous opportunity to comment.

---

[1] 383 F.3d 1337 (Fed. Cir. Sept. 13, 2004).

WHEREFORE, The Coca-Cola Company respectfully requests that this Honorable Court grant leave to file the attached Limited Reply and which further relief as the Court deems appropriate.

Dated: April 4, 2005

By: /s/Roger J. Makley
Roger J. Makley
Trial Attorney (Reg. No. 0018702)
COOLIDGE, WALL. WOMSLEY & LOMBARD
33 West First Street, Suite 600
Dayton, Ohio 45402
Telephone:   (937) 223-8177
Facsimile:   (937) 223-6705
E-mail:   makley@coollaw.com

Donald R. Dunner, Esq. (admitted *pro hac vice*)
Gerald F. Ivey, Esq. (admitted *pro hac vice*)
Christopher P. Isaac, Esq. (admitted *pro hac vice*)
Robert L. Burns, Esq. (admitted *pro hac vice*)
Christopher W. Day, Esq. (admitted *pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
1300 I Street, N.W., Suite 700
Washington, DC 20005-3315
Telephone:   (202) 408-4000
Facsimile:   (202) 408-4400

Michael J. Kline, Esq.
Michael V. Kruljac, Esq.
The Coca-Cola Company
P.O. Box 1734
Atlanta, GA 30301
Telephone:   (404) 676-3162
Facsimile:   (404) 676-7636

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of THE COCA-COLA COMPANY'S MOTION FOR LEAVE TO FILE LIMITED REPLY TO THE PROCTER & GAMBLE COMPANY'S RESPONSE IN FURTHER SUPPORT OF ITS MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT was served on this 4th day of April, 2005, via e-mail by the Court's Electronic System to Plaintiff's counsel:

<u>By Hand</u>

Mark A. Vander Laan
Dinsmore & Shohl L.L.P.
1900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202-3172
(513) 977-8200

<u>By Federal Express</u>

William F. Lee
David B. Bassett
Vinita Ferrera
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000


/s/Roger J. Makley
Roger J. Makley