IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
*Western Division*

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. C-1-02-393 |
| v. ) | |
| ) | Hon. Walter Herbert Rice |
| THE COCA-COLA COMPANY, ) | Hon. Sharon L. Ovington (Magistrate) |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of The Coca-Cola Company's ("Coca-Cola") Motion for Enlargement of Time to Respond to The Procter & Gamble Company's ("P&G") Motion for Partial Summary Judgment on The Coca-Cola Company's Defense of Equitable Estoppel, it is ORDERED that the Motion is GRANTED, and Defendant's, The Coca-Cola Company, time for responding to The Procter & Gamble Company's ("P&G") Motion for Partial Summary Judgment on The Coca-Cola Company's Defense of Equitable Estoppel is extended until 30 days following the issuance of the Court's decision on claim construction or, in the alternative until July 20, 2005, whichever date is later.

Dated: 4-20-05

_____
The Honorable Walter H. Rice
United States District Court Judge

3