UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
*Western Division*

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, | Civil Action No. C-1-02-393 |
| Plaintiff, | |
| v. | Hon. Walter H. Rice (Chief Judge) |
| THE COCA-COLA COMPANY, | Hon. Michael R. Merz (Magistrate) |
| Defendant. | |

### **STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby stipulate that all claims and counterclaims asserted by either party in the above-captioned action are hereby dismissed with prejudice.  Each party will bear its own attorneys' fees and costs.

| THE PROCTER & GAMBLE COMPANY | THE COCA-COLA COMPANY |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Mark A. Vander Laan | /s/ Roger J. Makley |
| Mark A. Vander Laan (Bar No. 0013297) | Roger J. Makley Trial Attorney (Bar No. 0018702) |
| DINSMORE & SHOHL LLP | BOUCHER & BOUCHER CO., L.P.A. |
| 1900 Chemed Center | 12 West Monument Avenue, Suite 200 |
| 255 East Fifth Street | Dayton, OH 45402 |
| Cincinnati, OH 45202-3172 | Telephone: (937) 223-0122 |
| Telephone:    (513) 977-8200 | Facsimile: (937) 223-0120 |
| | E-Mail: makley@boucherandboucher.com |
| William F. Lee (admitted *pro hac vice*) | |
| David B. Bassett (admitted *pro hac vice*) | Donald R. Dunner, Esq. (admitted *pro hac vice*) |
| Vinita Ferrera (admitted *pro hac vice*) | Gerald F. Ivey, Esq. (admitted *pro hac vice*) |
| Mary Rose Scozzafava, Ph.D. | Christopher P. Isaac, Esq. (admitted *pro hac vice*) |
|     (admitted *pro hac vice*) | Robert L. Burns, Esq. (admitted *pro hac vice*) |
| Richard W. O'Neill (admitted *pro hac vice*) | Christopher W. Day, Esq. (admitted *pro hac vice*) |
| Benjamin Stern (admitted *pro hac vice*) | Michele L. Mayberry, Esq. (admitted *pro hac vice*) |
| WILMER CUTLER PICKERING HALE | FINNEGAN, HENDERSON, FARABOW, |
|     AND DORR LLP |     GARRETT & DUNNER, L.L.P. |
| 60 State Street | 1300 I Street, N.W., Suite 700 |
| Boston, Massachusetts 02109 | Washington, DC  20005-3315 |
| Telephone:    (617) 526-6000 | Telephone:    (202) 408-4000 |
| Facsimile:    (617) 526-5000 | Facsimile:    (202) 408-4400 |

Dated: March 14, 2006